SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>          Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>          Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br>          Defendants. | Adv. Proc. No. 17-05044<br><br>**STIPULATION REGARDING MOTIONS TO DETERMINE JURY TRIAL RIGHTS**<br><br>*[Proposed Order lodged concurrently herewith]*<br><br>Judge: Hon. Elaine Hammond |

1     WHEREAS, Robert Brower, Sr. ("Mr. Brower") commenced the underlying bankruptcy case by filing a voluntary chapter 11 petition on March 11, 2015 in the above-captioned bankruptcy court (the "Bankruptcy Court");

    WHEREAS, Plaintiff MUFG Union Bank, N.A. ("Plaintiff") commenced this adversary proceeding by filing its original Complaint on May 11, 2017;

    WHEREAS, Plaintiff subsequently filed its First Amended Complaint ("FAC") on May 16, 2017;

    WHEREAS, in the First and Second Claims for Relief in the FAC, Plaintiff seeks declarations from the Court that certain assets nominally held in the names of certain third parties are actually property of the bankruptcy estate of Mr. Brower;

    WHEREAS, Mr. Brower, Patricia Brower ("Mrs. Brower"), Coastal Cypress Corporation (a California corporation) ("Coastal CA"), Coastal Cypress Corporation (a Delaware Corporation) ("Coastal DE"), American Commercial Properties, Inc. ("ACP"), Anthony Nobles, Wilfred "Butch" Lindley, Richard Babcock, and the Patricia Brower Trust (the "Trust") (collectively, "Defendants"), have filed jury trial demands in this action, and assert that they have the right to a jury trial on the First and Second Claims for Relief in the FAC, and that the Bankruptcy Court lacks the constitutional authority to enter a final judgment on the First and Second Claims for Relief in the FAC;

    WHEREAS, Plaintiff disputes Defendants' assertions that they have a right to a jury trial on the First and Second Claims for Relief in the FAC, and that the Bankruptcy Court lacks the constitutional authority to enter a final judgment on the First and Second Claims for Relief in the FAC;

    WHEREAS, in light of this dispute, the Defendants plan to file motions with the Court to determine whether they have rights to a jury trial on the First and Second Claims for Relief in the FAC;

    WHEREAS, on the issue of whether the Bankruptcy Court has the constitutional authority to enter a final judgment on the First and Second Claims for Relief in the FAC, the parties wish to avoid the cost and delay associated with litigating those matters, and instead stipulate to follow

Federal Rules of Bankruptcy Procedure 9033 and Bankruptcy Local Rule 9033-1 with respect to the First and Second Claims for Relief;

WHEREFORE, Plaintiff and Defendants, by and through their counsel of record, HEREBY STIPULATE as follows:

1. As to the First and Second Claims for Relief in the FAC:

    (a) the parties stipulate that the Defendants will file their motions to determine whether a jury trial right exists by no later than December 7, 2017, that any opposition from the Plaintiff would be filed by no later than December 22, 2017, that any reply brief(s) from the Defendants would be filed by no later than January 3, 2018, and that the Court (its calendar permitting) would hold a hearing on the aforesaid motions on January 9, 2018 at 11:00 a.m.; and

    (b) the parties stipulate that any rulings on the First and Second Claims for Relief in the FAC by the Bankruptcy Court will be treated as proposed findings of fact and conclusions of law in the manner described in Federal Rule of Bankruptcy Procedure 9033, and that the procedures outlined in Local Bankruptcy Rule 9033-1 will be followed with respect to such claims for relief.

2. As to the Third and Fourth Claims for Relief in the FAC, the parties stipulate that no jury trial right exists, and that the Bankruptcy Court has the authority to issue a final ruling with respect to the Third and Fourth Claims for Relief in the FAC.

3. The parties jointly request that the Bankruptcy Court enter an order approving this Stipulation in the form attached hereto as Exhibit A.

IT IS SO STIPULATED.

Dated: December 6, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Steven B. Sacks*
STEVEN B. SACKS
MICHAEL M. LAUTER
ISAIAH Z. WEEDN
Attorneys for MUFG UNION BANK, N.A.

| | |
|---|---|
| 1 | Dated: December 6, 2017 |
| 2 | L+G, LLP |
| 3 | |
| 4 | By /s/ David W. Balch |
| 5 | DAVID W. BALCH |
| 6 | Attorneys for COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, WILFRED "BUTCH" LINDLEY, PATRICIA BROWER, PATRICIA BROWER TRUST, and AMERICAN COMMERCIAL PROPERTIES, INC. |
| 10 | Dated: December 6, 2017 |
| 11 | |
| 12 | JAURIGUE LAW GROUP |
| 13 | |
| 14 | By /s/ Michael J. Jaurigue |
| 15 | MICHAEL J. JAURIGUE<br>RYAN A. STUBBE |
| 16 | Attorneys for ROBERT BROWER, SR. |
| 17 | Dated: December __, 2017 |
| 18 | SAMINI SCHEINBERG, PC |
| 20 | By _____ |
| 21 | BABAK SAMINI |
| 22 | Attorneys for RICHARD BABCOCK and ANTHONY NOBLES |

Dated: December __, 2017

        L+G, LLP

        By _____
             DAVID W. BALCH

        Attorneys for COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, WILFRED "BUTCH" LINDLEY, PATRICIA BROWER, PATRICIA BROWER TRUST, and AMERICAN COMMERCIAL PROPERTIES, INC.

Dated: December 6, 2017

        JAURIGUE LAW GROUP

        By /s/ _____
             MICHAEL J. JAURIGUE
             RYAN A. STUBBE

        Attorneys for ROBERT BROWER, SR.

Dated: December 6, 2017

        SAMINI SCHEINBERG, PC

        By /s/ _____
             BABAK SAMINI

        Attorneys for RICHARD BABCOCK and ANTHONY NOBLES

# **EXHIBIT A**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>        Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br>        Defendants. | Adv. Proc. No. 17-05044<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING MOTIONS TO DETERMINE JURY TRIAL RIGHTS**<br><br><br>Judge: Hon. Elaine Hammond |

The Court, having reviewed the *Stipulation Regarding Motions to Determine Jury Trial Rights* jointly submitted by all parties to this adversary proceeding on December 6, 2017 (the "Stipulation"), and finding good cause for the relief requested therein,

HEREBY ORDERS THAT:

1. The Stipulation is APPROVED.

2. As to the First and Second Claims for Relief in the FAC:

    (a) the Defendants will file their motions to determine whether a jury trial right exists by no later than December 7, 2017, that any opposition from the Plaintiff would be filed by no later than December 22, 2017, that any reply brief(s) from the Defendants would be filed by no later than January 3, 2018, and that the Court (its calendar permitting) would hold a hearing on the aforesaid motions on January 9, 2018 at 11:00 a.m.; and

    (b) Any rulings on the First and Second Claims for Relief in the FAC by the Bankruptcy Court will be treated as proposed findings of fact and conclusions of law in the manner described in Federal Rule of Bankruptcy Procedure 9033, and the procedures outlined in Local Bankruptcy Rule 9033-1 will be followed with respect to such claims for relief.

3. Pursuant to the Stipulation and applicable law, the Bankruptcy Court has the authority to issue a final ruling with respect to the Third and Fourth Claims for Relief in the FAC.

4. Capitalized terms not defined herein shall have the meanings given to them in the Stipulation.

* * * END OF ORDER * * *

SMRH:484847470.2
Case: 17-05044    Doc# 51    Filed: 12/06/17    Entered: 12/06/17 22:34:04    Page 8 of 9

**COURT SERVICE LIST**

None.