The following constitutes
the order of the court. Signed January 25, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS,
Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER,
Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN,
Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff,
MUFG UNION BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>              Debtor.<br>_____<br>MUFG UNION BANK, N.A.,<br><br>              Plaintiff,<br>     v.<br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br>              Defendants. | Case No. 15-50801<br><br>Chapter 11<br><br><br>Adv. Proc. No. 17-05044<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**<br><br>Place:  United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond<br>Crtrm: 3020 |

The Court, having considered the *ex parte* application (the "Application") of Plaintiff MUFG Union Bank, N.A. ("Union Bank") filed on January 24, 2018 for a temporary restraining order against all Defendants American Commercial Properties, Inc. ("ACP"), Coastal Cypress Corporation, a Delaware corporation ("Coastal Delaware"), Coastal Cypress Corporation, a California corporation ("Coastal California," and together with Coastal Delaware, "Coastal"), Patricia Brower, and Robert Brower, Sr., the evidence and record submitted in support of the Application, and finding good cause for the relief requested in the Application,

**HEREBY ORDERS THAT** ACP, Coastal, and their officers, directors, agents, affiliates, servants, employees, and attorneys, and all persons in active concert or participation with any or all of them (including but not limited to Patricia Brower and Robert Brower, Sr.), who receive notice of this order as set forth below, from transferring, encumbering, dissipating or otherwise disposing in any manner or by any means the net proceeds of the sale of the residence owned by ACP with a mailing address of 28088 Barn Court, Carmel, CA (the "Barn Court Residence"). Coastal and ACP shall place the net proceeds of the Barn Court Residence in a blocked account where such proceeds shall remain until the resolution of the Second Claim for Relief in the first amended adversary complaint filed by Union Bank in this action. For the purposes of this Order, "net proceeds" shall include the sale price less any payments made out of escrow for ordinary closing costs, broker commissions of six percent or less, and the release of liens other than the liens of the two Coastal Deeds of Trust (as defined in the Application), or any other lien held by Robert Brower, Sr., Patricia Brower, or any of the other defendants in this lawsuit. In other words, all funds to be paid to either ACP or Coastal from the sale of the Barn Court Residence should be deposited into a blocked account and remain there pending resolution of the Second Claim for Relief.

**FURTHER, THE DEFENDANTS ARE HEREBY ORDERED TO SHOW CAUSE,** at 10:30 a.m. on February 15, 2018, or as soon as soon thereafter as counsel may be heard in the courtroom of the Honorable M. Elaine Hammond, located at 280 South

First Street, San Jose, CA 95113-3099, Courtroom 3020, why the Court should not issue a preliminary injunction that shall remain in effect pending further order of this Court or entry of final judgment herein.

**IT IS ALSO HEREBY ORDERED THAT** this Order (the "Order To Show Cause") shall be served upon all defendants in this adversary proceeding by personal service, overnight mail, email or facsimile within two (2) business days of the issuance hereof. Union Bank, and any other party in interest, shall file and serve all pleadings and papers in connection with the hearing on the Order to Show Cause on all defendants and the United States Trustee's representative by personal service, overnight mail, email or facsimile by no later than January 29, 2018, and proof of service thereof shall be filed no later than January 29, 2018. Any response or opposition to this Order To Show Cause must be filed and served by personal service, overnight mail, email or facsimile on Union Bank's counsel and the United States Trustee's representative no later than February 7, 2018, and proof of service shall be filed no later than February 7, 2018. Any reply by any party in interest shall be filed by February 13, 2018, and proof of service shall be filed no later than February 13, 2018.

**\*\* END OF ORDER \*\***

Court Service List

None.