1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
3 | ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
4 | mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
5 | iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
6 | San Francisco, CA 94111-4109
Telephone:     415-434-9100
7 | Facsimile:      415-434-3947

8 | Attorneys for Creditor and Plaintiff,
MUFG UNION BANK, N.A.

9

UNITED STATES BANKRUPTCY COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

| | |
|---|---|
| 13  In re | Case No. 15-50801 MEH |
| 14  ROBERT BROWER, SR., | Chapter 11 |
| 15            Debtor. | |
| 16  MUFG UNION BANK, N.A., | Adv. Proc. No. 17-05044 MEH |
| 17            Plaintiff, | **CERTIFICATE OF SERVICE** |
| 18       v. | |
| 19  ROBERT BROWER, SR., an individual, | |
| 20  PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a | |
| 21  California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, | |
| 22  AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY | |
| 23  NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD | |
| 24  BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | |
| 25            Defendants. | |

26

27

28

-1-

SMRH:483260485.1                                                    CERTIFICATE OF SERVICE.

| | |
|---|---|
| 1 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center |
| 2 | Drive, 4th Floor, Costa Mesa, CA 92626-1993. |
| 3 | On **January 25, 2018**, I served true copies of the following document(s) described |
| 4 | as |
| 5 | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** |
| 6 | on the interested parties in this action as follows: |
| 7 | **See attached Service List** |
| 8 | |
| 9 | **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address iweedn@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the |
| 10 | transmission, any electronic message or other indication that the transmission was unsuccessful. |
| 11 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of |
| 12 | the bar of this Court at whose direction the service was made. |
| 13 | Executed on **January 25, 2018**, at Costa Mesa, California. |
| 14 | |
| 15 | */s/ Isaiah Z. Weedn* |
| 16 | Isaiah Z. Weedn |

-2-

SMRH:483266485.1                                                                    CERTIFICATE OF SERVICE.

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Michael J. Jaurigue            *Attorneys for Robert Brower, Sr.*<br>Ryan A. Stubbe |
| 4 | Jaurigue Law Group<br>300 W. Glenoaks Blvd., Ste. 300<br>Glendale, California 91202 |
| 5 | Email: michael@jlglawyers.com<br>         ryan@jlglawyers.com |

*Attorneys for Robert Brower, Sr.*

Michael J. Jaurigue
Ryan A. Stubbe
Jaurigue Law Group
300 W. Glenoaks Blvd., Ste. 300
Glendale, California 91202
Email: michael@jlglawyers.com
　　　 ryan@jlglawyers.com

Babak Samini
Samini Scheinberg,PC
2801 West Coast Highway, Suite 200
Newport Beach, CA 92663-4049
Email: bsamini@saminilaw.com

*Attorneys for Richard Babcock and Anthony Nobles*

David W. Balch
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Email: david@lg-attorneys.com

*Attorneys for Defendants Coastal Cypress Corporation (California and Delaware), Wilfred "Butch" Lindley, Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.*

R. Stephen McNeill
Potter Anderson Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19801
Email: rmcneill@potteranderson.com

*Attorneys for Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.*

Douglas W. Oldfield, Esq.
Oldfield & Creely, LLP
26619 Carmel Center Place, Suite 202
Carmel, CA 93923
Email: doldfield@oldfieldcreely.com

*Attorneys for Chateau Julien, Inc.*

John E. Kesecker, Esq.
Andrew B. Kreeft, Esq.
Fenton & Keller
2801 Salinas Hwy
Monterey, CA 93940
Email: jkesecker@fentonkeller.com
　　　 akreeft@fentonkeller.com

*Attorneys for Great American Wineries, Inc.*

-3-

SMRH:483260485.1                  CERTIFICATE OF SERVICE.