```
 1  David W. Balch, Esq. SBN 226519
    JRG Attorneys at Law
 2  318 Cayuga Street
    Salinas, California 93901
 3  Telephone: (831) 754-2444
    Facsimile: (831) 754-2011
 4
 5  Attorney for Defendants,
    Coastal Cypress Corporation (California and
 6  Delaware); Patricia Brower, American Commercial
    Properties, Inc.; Wilford "Butch" Lindley; and
 7  Patricia Brower Trust
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| In re Robert Brower, Sr.<br><br>Debtor.<br><br>MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | Case No. 15-50801<br><br>Chapter 11<br><br>Adv. Proc. No. 17-05044<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TEMPORARY RESTRAINING ORDER UNTIL THE COURT RULES ON ITS OSC**<br><br>DATE: FEBRUARY 8, 2018<br>TIME: 10:30 AM<br>DEPT: COURTOOM 3020 - HAMMOND |

Defendants COASTAL CYPRESS CORPORATION (CALIFORNIA AND DELAWARE); PATRICIA BROWER, AMERICAN COMMERCIALPROPERTIES, INC.; WILFORD "BUTCH" LINDLEY; and PATRICIA BROWER TRUST files this Statement of

CASE NO. 17-05044
STATEMENT OF NON-OPPOSITION

Non-Opposition to the Ex Parte Application to Extend Temporary Restraining Order filed by counsel for Plaintiff due to be heard on February 8, 2018.

Dated: February 6, 2018                JRG Attorneys at Law


                                       By: _____s/ David W. Balch, Esq._____
                                           David W. Balch, Esq.
                                           Attorney for Defendant
                                           American Commercial Properties