David W. Balch, Esq. (SBN 226519)
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Tel: 831.754.2444

Attorneys for Coastal Cypress Corporation, Wilfred "Butch" Lindley
Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Robert Brower, Sr.* | Case No.: 15-50801 (MEH) |
| Debtor. | Chapter 11 |

| | |
|---|---|
| MUFG UNION BANK, N.A., | Adv. Proc. No. 17-05044 |
| Plaintiff, | **DECLARATION OF ROBERT BROWER, SR.** |
| v. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | Place: United States Bankruptcy Court 280 South First Street San Jose, CA 95113 Judge: Hon. M. Elaine Hammond Crtrm: 3020 |
| Defendants. | |

I, Robert Brower, Sr., declare as follows:

1.    I am a defendant in this action and I am a shareholder, officer, and director of defendant Coastal Cypress Corporation.  I make this declaration upon personal knowledge, and if called upon to testify, I could and would do so.

1

Declaration of Robert S. Brower

2.      As discussed in greater detailed below, I was formerly the 100% shareholder of American Commercial Properties, Inc. ("ACP"). I transferred my ownership interest in ACP to my wife, Patty Brower, on November 8, 2000. Until 2015, I was the President, Treasurer, and Secretary of ACP, but I resigned from those positions on November 20, 2000. I am also the president of Coastal Cypress Corporation (Delaware) ("CCC") and a 24% shareholder of CCC.

3.      On June 11, 1980, I entered into a notarized pre-marital agreement with Patricia Ann Hendrickson (now Patricia Brower), concerning our pre-marital assets. That agreement reflected that, prior to marriage, I had separate property in excess of $1 million. That agreement also provided that each party would own all of their property existing as of the date of the agreement, and property obtained afterwards, as separate property. (Agreement, par. 2.) This agreement was executed and notarized in New Jersey and is to be interpreted under New Jersey law. A true and correct copy of this Premarital Agreement is attached hereto as Exhibit A and incorporated herein by reference.

4.      Prior to June 1983, I owned a gasoline station as separate property. I sold this property, and with the proceeds, I purchased the Barn Court residence in Carmel (which is the subject of this *ex parte* application) and I established ACP. On June 3, 1983, ACP issued to me 100 shares of stock, which represented the total amount of outstanding and issued shares of ACP from June 3, 1983, through November 8, 1983. A true and correct copy of my original share certificate is attached hereto as Exhibit B. Based on the foregoing, I owned ACP as separate property.

5.      On November 8, 2000, on occasion of my 20th wedding anniversary with my wife Patricia Brower, I transferred my entire interest in ACP to Patricia Brower as her sole and separate property. The following documents evidence that transaction:

- A letter, executed on and dated November 8, 2000, from me to Patricia Brower, stating that "attached is a stock certificate for all my interest in American Commercial Properties, Inc. For your own financial health and well being a wife must feel secure that her home will always be her home. I am proud to give you all my interest in that company to do with as you choose. Happy 20th Anniversary." The letter was signed by me and accepted by Patricia Brower. A true and correct copy of this letter is attached hereto as Exhibit C.

2

Declaration of Robert S. Brower

- On November 8, 2000, I gave flowers to my wife with a note attached that read, in part, "ACP is now yours." A true and correct copy of this letter is attached hereto as Exhibit D.

- On November 8, 2000, I endorsed my ACP stock certificate over to Patricia Brower. A true and correct copy of the endorsed stock certificate is attached hereto as Exhibit E.

- ACP's stock certificate book contained "stubs" which were filled out when stock certificates were issued. The stub for certificate no. 1 shows that 100 shares were issued to me on June 3, 1983. The stub for certificate #2 shows that certificate #1, and the shares represented by certificate #1, were transferred to Patricia Brower on November 8, 2000. A true and correct copy of the certificate stub is attached hereto as Exhibit F.

- ACP maintains a register of Original and Re-Issued Stock Certificates, which reflects that 100 shares were issued to me on June 3, 1983, and re-issued to Patricia Brower on November 8, 2000. A true and correct copy of the certificate stub is attached hereto as Exhibit G.

- On November 20, 2000, ACP held a special meeting of shareholders. At that meeting, it was noted that Patricia Brower held 100 shares of ACP and Robert Brower held zero (0) shares of ACP. A true and correct copy of the November 20, 2000 shareholder minutes is attached hereto as Exhibit H.

6.    In addition, the shareholder minutes for ACP prior to November 8, 2000 all list me as the sole shareholder, and all shareholder minutes for ACP after November 8, 2000, list Patricia Brower as the sole shareholder. (Until July 14, 2015, I signed the ACP shareholder minutes in my role as corporate secretary and director.) A true and correct copy of the shareholder minutes from April 15, 1994 through April 17, 2000, is attached hereto as Exhibit I. A true and correct copy of the shareholder minutes from November 20, 2000 through July 14, 2015, is attached hereto as Exhibit J.

7.    From and after November 8, 2000, through the present, I have had no ownership interest in ACP.

8.    In 2017, Coastal Cypress Corporation loaned $495,000 to ACP, and the debt is secured by deeds of trust. This information is also contained in Plaintiff's moving papers.

3

Declaration of Robert S. Brower

1    I declare under penalty of perjury under the laws of the State of California and the laws of

2  the United States that the foregoing is true and correct. Dated this 7th day of February, 2017, in

3  Ocean View          , Delaware.

4

5                                                        By: _____

6                                                              Robert S. Brower

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Robert S. Brower

# EXHIBIT A

# AGREEMENT

Between

ROBERT S. BROWER

and

CIA ANN HENDRICKSON

Dated: June 11, 1980.

THIS AGREEMENT, executed in duplicate this
day of ⎯⎯ J U N E ⎯ , 1980, between ROBERT S. BROWER, of 8
Hampshire Drive, Mendham, New Jersey, AND PATRICIA ANN
HENDRICKSON, residing at 8 Hampshire Drive, Mendham, New
Jersey;

W I T N E S S E T H:

WHEREAS, Robert S. Brower is a divorced man, aged
30, with two minor children by a previous marriage, and
Patricia Ann Hendrickson is a single woman, aged 24; and

WHEREAS, the said parties have represented to
each other that they are free to marry and therefore contem-
plate marriage to each other, such marriage to be solemnized
in the near future; and

WHEREAS, Robert S. Brower presently has property
and investments in an amount in excess of $1,000,000.; and

WHEREAS, Patricia Ann Hendrickson presently has
property and investments in an amount in excess of $15,000.;
and

WHEREAS, each party enters into this Agreement
with full knowledge of the extent and approximate present
value of all of the property and estate of the other and of

all the rights and privileges in and to such property and
estate which would be conferred by law upon each in the
property and estate of the other by virtue of the consumma-
tion of the proposed marriage if this Agreement were not en-
tered into; and

WHEREAS, each party has had the benefit of inde-
pendent legal advice prior to the execution of this Agree-
ment, has been fully advised as to his or her rights here-
under and in the absence of such an agreement, and with
full knowledge of such rights, each is fully satisfied to
enter into this Agreement so that the forthcoming marriage,
whether or not consummated, should not impair his or her
relationship to the other, nor his relationship to his chil-
dren and his financial responsibilities to them; and

WHEREAS, the parties desire to fix, limit and de-
termine by this Agreement the interest, rights and claims
that will accrue to each of them in the property and estate
of the other by reason of their marriage to each other,
whether or not consummated, and to accept the provisions of
this Agreement in lieu and in full discharge, settlement
and satisfaction of any and all interest, rights and claims
that otherwise each might or could have, under the law, in
and to the property and estate of the other, both before
and after the other's death.

- 2 -

NOW, THEREFORE, in consideration of the foregoing and intending to be legally bound hereby, the parties agree as follows:

1. Each party hereby acknowledges that he and she has had the opportunity to ascertain, has been informed by a full and frank disclosure of the other of, and is fully acquainted with and aware of, all the income, property, net worth and financial circumstances of the other, that each has ascertained and weighed all the facts, conditions and circumstances likely to influence his or her judgment in all matters embodied herein; and that each has given due consideration to all such matters and questions and clearly understands and consents to all the provisions hereof and has had the benefit of the advice of counsel of his and her own choice and is willing to accept the provisions of this Agreement in lieu of all other rights.

2. Each party shall during his or her lifetime keep and retain sole ownership, enjoyment, control and power of disposal of all property of every kind and nature whatsoever now owned or hereafter acquired by such party and all increments thereto, free and clear of any interest, rights or claims of the other (including rights under community property laws). Each party irrevocably authorizes the other

- 3 -

to act as his or her attorney-in-fact, to join in the mak-
ing, execution, acknowledgment and delivery of any deed,
conveyance, transfer or assignment of any property of such
other party so that thereby the joinder, if necessary, may
be made freely and without restraint. Each party shall,
upon the request of the other, execute, acknowledge and de-
liver to the other any and all instruments necessary or ap-
propriate to carry into effect the purpose and intent of
this Agreement.

3.  Each party does hereby waive, relinquish and
release any and all right, claim or demand of every kind,
nature and description he or she might otherwise acquire
or have at any time hereafter in any property whatsoever
or against the estate of the other by reason of the mar-
riage to each other (including rights under community prop-
erty laws) or as surviving spouse, whether by way of intes-
tacy, dower or curtesy, or rights in the nature of intes-
tacy, dower or curtesy, or any other right of the surviving
spouse to share in the estate of the other or to receive any
allowance or exemption from the estate of such other, or
any right to elect to take against the will of such other,
or the right to act as administrator or as administratrix
of the estate of such other.

- 4 -

4.  None of the foregoing is intended to limit or relieve the legal obligation of Robert S. Brower to support Patricia Ann Hendrickson as his wife in a reasonable manner and to the extent of her necessities for so long as they continue to be lawfully married to each other; provided, however, the legal obligation to support the said wife shall not be extended or applied so as to permit or require the payment of any alimony or payments in the nature of alimony or to give said wife any rights, interest or claim to any of his property.

5.  In the event of an annulment, a separation, legal or by mutual agreement, or a pending or final divorce between the parties hereto, or in the event that the parties hereto have lived apart for a period in excess of ninety (90) continuous days and one of the parties has no intention of returning, each agrees that there shall be no property settlement or division of property between them, but each shall keep and retain sole ownership, enjoyment, control and power of disposal of all property of every kind and nature whatsoever now owned or hereafter acquired by such party and all increments thereto free and clear of any interest, rights or claims of the other (including rights under community property laws).  Upon the happening of any

- 5 -

of the events mentioned in the immediately preceding sentence, each irrevocably waives any right, interest, claim or demand for any property settlement (including rights under community property laws), and each shall retain the sole ownership, enjoyment, control and power of disposal of all property of any kind or nature whatsoever now owned or hereafter acquired and all increments thereto as if such parties had never been married.

6. This Agreement shall be effective in all respects whether or not the contemplated marriage between the parties hereto shall take place.

7. This Agreement contains the entire understanding of the parties. There are no representations, warranties, promises, covenants or undertakings, oral or otherwise, other than those expressly set forth herein.

8. This Agreement shall inure to the benefit of and shall be binding upon the heirs, executors and administrators of the parties.

9. The invalidity or unenforceability of any provision, term or condition of this Agreement shall not affect the validity or enforceability of all the other provisions, terms and conditions of this Agreement.

10. This Agreement is made in New Jersey and

- 6 -

shall be construed and given effect in accordance with the laws and decisions of New Jersey.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and
Delivered in the
Presence of:

_____ (L.S.)
ROBERT S. BROWER
Dated: _____, 1980

_____
As to Robert S. Brower


_____ (L.S.)
PATRICIA ANN HENDRICKSON
Dated: _____, 1980

_____
As to Patricia Ann Hendrickson

- 7 -

STATE OF NEW JERSEY     )
                        : SS.:
COUNTY OF MORRIS        )

        BE IT REMEMBERED, that on this _____ day of _____, 1980, before me, the subscriber, a _____ of the State of New Jersey, personally appeared ROBERT S. BROWER, who, I am satisfied, is the person named in and who executed the within Agreement, and thereupon he did acknowledge that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

_____

STATE OF NEW JERSEY  )
                     : SS.:
COUNTY OF MORRIS     )

      BE IT REMEMBERED, that on this _11th_ day of

_June_    , 1980, before me, the subscriber, _an Attorney_

of the State of New Jersey, personally appeared PATRICIA

ANN HENDRICKSON, who, I am satisfied, is the person named

in and who executed the within Agreement, and thereupon she

did acknowledge that she signed, sealed and delivered the

same as her voluntary act and deed, for the uses and pur-

poses therein expressed.

                                _____

# EXHIBIT B



Incorporated under the Laws of the State of Nevada

1983

NUMBER
1

SHARES
100

# American Commercial Properties, Inc.

Authorized: 1,000 Shares    Without Nominal or Par Value

**This Certifies** that ROBERT S. BROWER is the record holder of One Hundred (100) Shares of the Capital Stock of American Commercial Properties, Inc.

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers, and its Corporate Seal to be hereunto affixed this 3rd day of June A.D. 19 83.

SECRETARY                    PRESIDENT

ALLEN CORP. SUPPLY · 5645 W. PICO BLVD. L.A. CA 90035

# EXHIBIT C

November 8, 2000

Patricia A. Brower
28088 Barn Court
Carmel, CA 93923

**A GIFT OF MY LOVE**

Dear Patty:

Attached is a stock certificate for all of my interest in American Commercial Properties, Inc. For your own financial health and well being a wife must feel secure that her home will always be her home. I am proud to give you all my interest in that company to do with as you choose. Happy 20th anniversary.

Sincerely,

Robert S. Brower

Accepted:

Patricia A. Brower

Enclosure



Incorporated under the Laws of the State of Nevada

1983

NUMBER

SHARES
100

# American Commercial Properties, Inc.

Authorized: 1,000 Shares    Without Nominal or Par Value

**This Certifies that** ROBERT S. BROWER is the record

holder of One Hundred (100) Shares of the Capital Stock of

American Commercial Properties, Inc.

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

*In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 3rd *day of* June *A.D. 19 83.*

SECRETARY                    PRESIDENT

ALLEN CORP. SUPPLY • 1865 W. PICO BLVD., L.A., CA 90006

FOR VALUE RECEIVED ___I___ HEREBY SELL, ASSIGN AND TRANSFER UNTO

_Patricia A Brower_

_100_ _____ SHARES REPRESENTED
BY THE WITHIN CERTIFICATE AND DO HEREBY IRREVOCABLY CONSTITUTE AND

APPOINT ___Patricia A Brower_____ ATTORNEY
TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED
CORPORATION, WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED ___Nov 8___ 19 _2000_

IN PRESENCE OF _____  }  _____

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

# EXHIBIT D



*Happy Anniversary*
11/8/03

Dearest
Patty

Love forever

Alt is now yours

# EXHIBIT E



Incorporated under the Laws of the State of Nevada

1983

NUMBER          SHARES

**American Commercial Properties, Inc.**

Authorized: 1,000 Shares    Without Nominal or Par Value

ROBERT S. BROWER                    is the record

holder of    One Hundred (100)    Shares of the Capital Stock of

American Commercial Properties, Inc.

transferable only on the books of the Corporation by the holder hereof in
person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed
by its duly authorized officers and its Corporate Seal to be hereunto affixed

this    3rd    day    of    June    A.D. 19 83.

SECRETARY                                              PRESIDENT

FOR VALUE RECEIVED _____ I _____ HEREBY SELL, ASSIGN AND TRANSFER UNTO

_Patricia A Brower_

_____ 100 _____ SHARES REPRESENTED
BY THE WITHIN CERTIFICATE AND DO HEREBY IRREVOCABLY CONSTITUTE AND

APPOINT _____ Patricia A Brower _____
TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED _____ ATTORNEY
CORPORATION, WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED _____ Nov 8 ___ 19 2000

IN PRESENCE OF

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST COR-
RESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE
CERTIFICATE IN EVERY PARTICULAR, WITHOUT ALTERATION
OR ENLARGEMENT, OR ANY CHANGE WHATEVER.

# EXHIBIT F

Case: 17-05044   Doc# 76   Filed: 02/07/18   Entered: 02/07/18 23:13:24   Page 27 of
52



**Certificate No. 3**

For 160 Shares — Issued to Brower Trust

Dated 6/30 2015 79

From whom transferred: Patricia A. Brower

Dated 6/30 2015

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
| --- | --- | --- |
| 160 | 2 | 100 |

Received Certificate No. 2 For 160 Shares this 30th day of June 2015

Brower Trustee

**Certificate No. 2**

For 100 Shares — Issued to Patricia A. Brower

Dated Nov 5 20

From whom transferred: Robert S. Brower

Dated Nov 5

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
| --- | --- | --- |
| 100 | 1 | 100 |

Received Certificate No. 1 For 100 Shares this 5th day of Nov 20

**Certificate No. 1**

For 100 Shares — Issued to Robert S. Brower

Dated June 3, 19 83

From whom transferred

Dated 19

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
| --- | --- | --- |
| | | |

Received Certificate No. For Shares this day of 19

Case: 17-05044    Doc# 76    Filed: 02/07/18    Entered: 02/07/18 23:13:24    Page 28 of 52

# EXHIBIT G

SHARN CO. FORM J-1

| NO. OF CERTIFICATE | | DATE | | | STOCKHOLDER'S NAME | SHARES IN EACH CERTIFICATE | FRAC-TION | LEDGER PAGE | |
|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL | RE-ISSUE | MONTH | DAY | YEAR | | | | | |
| 1 | | | | | | | | | |
| 1 | | 6 | 3 | 83 | Robert S. Brower | 100 | | 1 | |
| 2 | | 11 | 8 | 2000 | Patricia A. Brower | 100 | | 1 | |
| 3 | | 6 | 30 | 2015 | Brower Trust | 100 | | 1 | |

# RE-ISSUED STOCK CERTIFICATES

D'HARN CO. FORM J-1

| DATE | TRANSFERRED TO | CERTIFICATE RE-ISSUED | | | SURRENDERED CERTIFICATE | | | LEDGER PAGE | MEMORANDUM |
|---|---|---|---|---|---|---|---|---|---|
| | | NO. | NO. OF SHARES | FRAC-TION | NO. | NO. OF SHARES | FRAC-TION | | |
| 11/08/2000 | Patricia A. Brower | 1 | 100 | | 1 | 100 | | 1 | issue #2 |
| 6/30/2015 | Brower Trust | 2 | 100 | | 1 | 100 | | 1 | issue #3 |

# EXHIBIT H

## WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A
## SHAREHOLDERS MEETING OF
## AMERICAN COMMERCIAL PROPERTIES, INC.
## A NEVADA CORPORATION

November 20, 2000                                        5:00 P.M.

The undersigned, being all the Shareholders of the above Corporation, do hereby waive notice and consent to the holding of the meeting of the Shareholders of such corporation, to be held at 28088 Barn Court, Carmel, California 93923.

Robert Brower
Secretary

The undersigned hereby agree that any business transacted at said meeting shall be as valid as if had at a meeting regularly called and noticed.

Patricia Brower
Shareholder

# MINUTES OF SPECIAL MEETING OF THE
# SHAREHOLDERS OF

# AMERICAN COMMERCIAL PROPERTIES, INC.

# NOVEMBER 20, 2000

The special meeting of the shareholders of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1. <u>Persons Present</u>:

    The following shareholder(s), representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

    | Shareholders | Number of Shares Held |
    | --- | --- |
    | Robert S. Brower | -0- |
    | Patricia A. Brower | 100 |

2. <u>Notice</u>:

    The waiver of notice of Shareholder and Director meeting was read.

3. Change of Ownership:

    Robert S. Brower transferred 100 shares to Patricia Brower on November 8, 200 for love and affection of 20 years of marriage. Patricia Brower owns all of the outstanding shares of stock.

1

4.      Upon discussion, the Shareholders ratified and indemnified all the actions of the Directors and Officers to affect such transfer.


There being no further business to come before the meeting, on motion duly made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:


Robert Brower
Secretary

# EXHIBIT I

**WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A BOARD OF
DIRECTORS AND SHAREHOLDERS MEETING OF
AMERICAN COMMERCIAL PROPERTIES, INC.
A NEVADA CORPORATION**


April 17, 2000                                      5:00 P.M.

     The undersigned, being all the Shareholders and Directors of the above
Corporation, do hereby waive notice and consent to the holding of the meeting of the
Shareholders and Board of Directors of such corporation, to be held at 28088 Barn Court,
Carmel, California 93923.

Robert Brower
Secretary


The undersigned hereby agree that any business transacted at said meeting shall be as
valid as if had at a meeting regularly called and noticed.


Robert S. Brower
Shareholder and Director


Patricia Brower
Director

# MINUTES OF ANNUAL MEETING OF THE
## SHAREHOLDERS AND DIRECTORS OF

## AMERICAN COMMERCIAL PROPERTIES, INC.

## APRIL 17, 2000

The annual meeting of the shareholders and directors of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1.  Persons Present:

    The following shareholders, representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

    | Shareholders | Number of Shares Held |
    |---|---|
    | Robert S. Brower | 100 |

2.  Directors:

    The following directors were present at the meeting:

    Robert Brower
    Patricia Brower

3.  Notice:

    The waiver of notice of Shareholder and Director meeting was read.

4.  Election of Directors:

    The President then announced that the selection of directors was in order. The stockholders present at the meeting, being a quorum thereof, then elected the following directors to serve until the next annual meeting of stockholders and until their successors were duly elected and qualified. The following directors were unanimously elected:

1

Robert Brower
Patricia Brower

5.    Election of Officers:

The following officers were elected to the offices indicated:

President                    Robert Brower
Secretary                    Robert Brower
Treasurer                    Robert Brower

6.    Ratification and Indemnification of all actions of the Directors and
Officers.

Upon discussion, the Shareholders and Directors ratified and indemnified
all the actions of the Directors and Officers.

There being no further business to come before the meeting, on motion duly
made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:

Robert Brower
Secretary

2

## WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A BOARD OF DIRECTORS AND SHAREHOLDERS MEETING OF AMERICAN COMMERCIAL PROPERTIES, INC. A NEVADA CORPORATION

April 15, 1999                                        5:00 P.M.

    The undersigned, being all the Shareholders and Directors of the above Corporation, do hereby waive notice and consent to the holding of the meeting of the Shareholders and Board of Directors of such corporation, to be held at 28088 Barn Court, Carmel, California 93923.

Robert Brower
Secretary

The undersigned hereby agree that any business transacted at said meeting shall be as valid as if had at a meeting regularly called and noticed.

Robert S. Brower
Shareholder and Director

Patricia Brower
Director

# MINUTES OF ANNUAL MEETING OF THE
# SHAREHOLDERS AND DIRECTORS OF

# AMERICAN COMMERCIAL PROPERTIES, INC.

# APRIL 15, 1999

The annual meeting of the shareholders and directors of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1.  Persons Present:

    The following shareholders, representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

    | Shareholders | Number of Shares Held |
    | --- | --- |
    | Robert S. Brower | 100 |

2.  Directors:

    The following directors were present at the meeting:

    Robert Brower
    Patricia Brower

3.  Notice:

    The waiver of notice of Shareholder and Director meeting was read.

4.  Election of Directors:

    The President then announced that the selection of directors was in order. The stockholders present at the meeting, being a quorum thereof, then elected the following directors to serve until the next annual meeting of stockholders and until their successors were duly elected and qualified. The following directors were unanimously elected:

1

Robert Brower
Patricia Brower

5.      Election of Officers:

The following officers were elected to the offices indicated:

President                Robert Brower
Secretary                Robert Brower
Treasurer                Robert Brower

6.      Ratification and Indemnification of all actions of the Directors and
Officers.

Upon discussion, the Shareholders and Directors ratified and indemnified
all the actions of the Directors and Officers.

There being no further business to come before the meeting, on motion duly
made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:

Robert Brower
Secretary

2

# EXHIBIT J

## WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A BOARD OF DIRECTORS AND SHAREHOLDERS MEETING OF AMERICAN COMMERCIAL PROPERTIES, INC. A NEVADA CORPORATION

April 15, 2002                                         5:00 P.M.

The undersigned, being all the Shareholders and Directors of the above Corporation, do hereby waive notice and consent to the holding of the meeting of the Shareholders and Board of Directors of such corporation, to be held at 28088 Barn Court, Carmel, California 93923.

_____
Robert Brower
Secretary

The undersigned hereby agree that any business transacted at said meeting shall be as valid as if had at a meeting regularly called and noticed.

_____
Robert S. Brower
Director

_____
Patricia Brower
Shareholder and Director

## MINUTES OF ANNUAL MEETING OF THE
## SHAREHOLDERS AND DIRECTORS OF

## AMERICAN COMMERCIAL PROPERTIES, INC.

## APRIL 15, 2002

The annual meeting of the shareholders and directors of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1.  Persons Present:

    The following shareholders, representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

    | Shareholders | Number of Shares Held |
    | --- | --- |
    | Patricia Brower | 100 |

2.  Directors:

    The following directors were present at the meeting:

    Robert Brower
    Patricia Brower

3.  Notice:

    The waiver of notice of Shareholder and Director meeting was read.

4.  Election of Directors:

    The President then announced that the selection of directors was in order. The stockholders present at the meeting, being a quorum thereof, then elected the following directors to serve until the next annual meeting of stockholders and until their successors were duly elected and qualified. The following directors were unanimously elected:

1

Robert Brower
Patricia Brower

5.    Election of Officers:

The following officers were elected to the offices indicated:

| | |
|---|---|
| President | Robert Brower |
| Secretary | Robert Brower |
| Treasurer | Robert Brower |

6.    Ratification and Indemnification of all actions of the Directors and Officers.

Upon discussion, the Shareholders and Directors ratified and indemnified all the actions of the Directors and Officers.

There being no further business to come before the meeting, on motion duly made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:

Robert Brower
Secretary

2

## WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A BOARD OF DIRECTORS AND SHAREHOLDERS MEETING OF AMERICAN COMMERCIAL PROPERTIES, INC. A NEVADA CORPORATION

April 16, 2001                                     5:00 P.M.

       The undersigned, being all the Shareholders and Directors of the above Corporation, do hereby waive notice and consent to the holding of the meeting of the Shareholders and Board of Directors of such corporation, to be held at 28088 Barn Court, Carmel, California 93923.

 

                        Robert Brower
                        Secretary

 

The undersigned hereby agree that any business transacted at said meeting shall be as valid as if had at a meeting regularly called and noticed.

 

Robert S. Brower
Director

Patricia Brower
Shareholder and Director

# MINUTES OF ANNUAL MEETING OF THE
# SHAREHOLDERS AND DIRECTORS OF

## AMERICAN COMMERCIAL PROPERTIES, INC.

## APRIL 16, 2001

The annual meeting of the shareholders and directors of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1.   Persons Present:

The following shareholders, representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

| Shareholders | Number of Shares Held |
|---|---|
| Patricia Brower | 100 |

2.   Directors:

The following directors were present at the meeting:

Robert Brower
Patricia Brower

3.   Notice:

The waiver of notice of Shareholder and Director meeting was read.

4.   Election of Directors:

The President then announced that the selection of directors was in order. The stockholders present at the meeting, being a quorum thereof, then elected the following directors to serve until the next annual meeting of stockholders and until their successors were duly elected and qualified. The following directors were unanimously elected:

1

Robert Brower
Patricia Brower

5.     Election of Officers:

The following officers were elected to the offices indicated:

| | |
|---|---|
| President | Robert Brower |
| Secretary | Robert Brower |
| Treasurer | Robert Brower |

6.     Ratification and Indemnification of all actions of the Directors and Officers.

Upon discussion, the Shareholders and Directors ratified and indemnified all the actions of the Directors and Officers.

There being no further business to come before the meeting, on motion duly made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:

Robert Brower
Secretary

2

# MINUTES OF SPECIAL MEETING OF THE
# SHAREHOLDERS OF


# AMERICAN COMMERCIAL PROPERTIES, INC.

# NOVEMBER 20, 2000


The special meeting of the shareholders of American Commercial Properties, Inc., a California corporation, was held on the above date, at 28088 Barn Court, Carmel, California 93923.

1.  Persons Present:

    The following shareholder(s), representing all the shareholders, were present at the meeting in person representing the number of shares indicated:

    | Shareholders | Number of Shares Held |
    | --- | --- |
    | Robert S. Brower | -0- |
    | Patricia A. Brower | 100 |


2.  Notice:

    The waiver of notice of Shareholder and Director meeting was read.


3.  Change of Ownership:

    Robert S. Brower transferred 100 shares to Patricia Brower on November 8, 200 for love and affection of 20 years of marriage. Patricia Brower owns all of the outstanding shares of stock.

1

4.     Upon discussion, the Shareholders ratified and indemnified all the actions of the Directors and Officers to affect such transfer.

There being no further business to come before the meeting, on motion duly made, the meeting was adjourned.

DATED AS OF THE ABOVE DATE:

Robert Brower
Secretary

2

# WAIVER OF NOTICE AND CONSENT TO THE HOLDING OF A
# SHAREHOLDERS MEETING OF
# AMERICAN COMMERCIAL PROPERTIES, INC.
# A NEVADA CORPORATION

November 20, 2000                                                    5:00 P.M.

The undersigned, being all the Shareholders of the above Corporation, do hereby waive notice and consent to the holding of the meeting of the Shareholders of such corporation, to be held at 28088 Barn Court, Carmel, California 93923.

Robert Brower
Secretary

The undersigned hereby agree that any business transacted at said meeting shall be as valid as if had at a meeting regularly called and noticed.

Patricia Brower
Shareholder