David W. Balch, Esq. (SBN 226519)
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Tel: 831.754.2444
Fax: 831.754-2011

Attorneys for Coastal Cypress Corporation, Wilfred "Butch" Lindley
Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Robert Brower, Sr.* | Case No.: 15-50801 (MEH) |
| Debtor. | Chapter 11 |
| MUFG UNION BANK, N.A., | Adv. Proc. No. 17-05044 |
| Plaintiff, | **DECLARATION OF PATRICIA BROWER** |
| v. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | Place: United States Bankruptcy Court 280 South First Street San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond<br>Crtrm: 3020 |
| Defendants. | |

I, Patricia Brower, declare as follows:

1.  I am a defendant in this action. I am also the sole shareholder of defendant ACP and I am the trustee of the Patricia Brower Trust. I make this declaration upon personal

1

Declaration of Patricia Brower

knowledge, and if called upon to testify, I could and would do so.

2. As discussed in greater detailed below, the Patricia Brower Trust is the 100% shareholder of American Commercial Properties, Inc. ("ACP"), a Nevada Corporation. From 2000 through 2015, I owned 100% of ACP as my sole and separate property, at which time I transferred the ACP shares into my trust.

3. On June 11, 1980, I entered into a notarized pre-marital agreement with Robert Brower concerning our pre-marital assets. That agreement reflected that, prior to marriage, Mr. Brower had separate property in excess of $1 million. That agreement also provided that each party would own all of their property existing as of the date of the agreement, and property obtained afterwards, as separate property. (Agreement, par. 2.) This agreement was executed and notarized in New Jersey and is to be interpreted under New Jersey law. A true and correct copy of the Premarital Agreement is attached as Exhibit A to the accompanying declaration of Robert Brower and is incorporated herein by reference.

4. In 1983, Robert Brower purchased the Barn Court residence in Carmel (which is the subject of this *ex parte* application) using his sole and separate property, and he established ACP. I understand from reviewing corporate records that, on June 3, 1983, ACP issued to Mr. Brower 100 shares of stock, which represented the total amount of outstanding and issued shares of ACP from June 3, 1983, through November 8, 2000. Mr. Brower owned the ACP shares as his sole and separate property.

5. On November 8, 2000, on occasion of my 20th wedding anniversary with Robert Brower, he transferred to me his entire interest in ACP as my sole and separate property:

- A letter, executed on and dated November 8, 2000, from Mr. Brower to me, stating that "attached is a stock certificate for all my interest in American Commercial Properties, Inc. For your own financial health and well being a wife must feel secure that her home will always be her home. I am proud to give you all my interest in that company to do with as you choose. Happy 20th Anniversary." The letter was signed by Mr. Brower and accepted by me. A true and correct copy of this letter is attached to the accompanying declaration of Robert Brower as Exhibit C and is incorporated herein by reference.

- On November 8, 2000, Mr. Brower gave me flowers with a note that read, "ACP is

2

Declaration of Patricia Brower

now yours." A true and correct copy of this letter is attached to the accompanying declaration of Robert Brower as Exhibit D and is incorporated herein by reference.

- On November 8, 2000, Mr. Brower endorsed his ACP stock certificate over to me as my sole and separate property. A true and correct copy of the endorsed stock certificate is attached to the accompanying declaration of Robert Brower as Exhibit E and is incorporated herein by reference.

- ACP's stock certificate book contained "stubs" which were filled out when stock certificates were issued. The stub for certificate no. 1 shows that 100 shares were issued to Robert Brower on June 3, 1983. The stub for certificate #2 shows that certificate #1, and the shares represented by certificate #1, were transferred to Patricia Brower on November 8, 2000. A true and correct copy of the certificate stub is attached to the accompanying declaration of Robert Brower as Exhibit F and is incorporated herein by reference.

- ACP maintains a register of Original and Re-Issued Stock Certificates, which reflects that 100 shares were issued to Robert Brower on June 3, 1983, and re-issued to Patricia Brower on November 8, 2000. A true and correct copy of the certificate stub is attached to the accompanying declaration of Robert Brower as Exhibit G and is incorporated herein by reference.

- On November 20, 2000, ACP held a special meeting of shareholders. At that meeting, it was noted that Patricia Brower held 100 shares of ACP and Robert Brower held zero (0) shares of ACP. A true and correct copy of the November 20, 2000 shareholder minutes is attached to the accompanying declaration of Robert Brower as Exhibit H and is incorporated herein by reference.

- ACP issued a share certificate to me, dated November 8, 2000, for the 100 shares of ACP owned by me. A true and correct copy of this share certificate is attached hereto as Exhibit A.

6. In addition, the shareholder minutes for ACP prior to November 8, 2000 all list me as the sole shareholder, and all shareholder minutes for ACP after November 8, 2000, list Patricia Brower as the sole shareholder. (Until July 14, 2015, I signed the ACP shareholder minutes in my role as corporate secretary and director.) A true and correct copy of the shareholder minutes from April 15, 1994 through April 17, 2000, is attached to the accompanying declaration of Robert Brower as Exhibit I and is incorporated herein by reference. A true and correct copy of the shareholder minutes from November 20, 2000 through July 14, 2015, is attached hereto to the accompanying declaration of Robert Brower as Exhibit J and is incorporated herein by reference.

3

7. On June 30, 2015, I transferred my shares of ACP into the Patricia Brower Trust.

8. From and after November 8, 2000, through June 30, 2015, I was the sole shareholder of ACP, and I have held those shares as my separate property. From June 30, 2015 through the present, the Patricia Brower Trust has been the sole shareholder of ACP.

9. In 2017, Coastal Cypress Corporation loaned $495,000 to ACP, and the debt is secured by deeds of trust. This information is also contained in Plaintiff's moving papers.

10. I have attached a portion of ACP's 2011 tax returns, signed by ACP's CFO, Anthony Gogliucci. Schedule G reflects that I am the 100% owner of ACP. A true and correct redacted copy of the first page of the 2011 tax return and the schedule G are attached hereto as Exhibit B.

11. On April 1, 2015, I had a lengthy surgery to remove a large tumor in my brain, which covered portion of both my right and left frontal lobes. In November 2017, my current neurologist provided me a letter which noted the following:

> Ms. Patricia Brower is my patient at Johns Hopkins. She has a history of a large brain tumor, seizures and memory problems. She has difficulty focusing and periods of confusion.

A true and correct copy of my neurologist's letter is attached hereto as Exhibit C.

12. Apart from a $900 per month disability check, my ownership of ACP represents my only other source of assets and income. I can no longer work. When ACP sells the Barn Court residence and distributes the net proceeds to me, I will use that money to pay for medical bills, legal bills in this lawsuit, and for general living expenses. It would work a gross hardship on me to grant Union Bank's motion for preliminary injunction.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Dated this 7th day of February, 2018, in OCEAN VIEW, Delaware.

By: /s/ Patricia Brower
Patricia Brower

5

Declaration of Patricia Brower

# EXHIBIT A

# American Commercial Properties, Inc.

Incorporated under the Laws of the State of Nevada

1983

NUMBER 2

SHARES

Authorized: 1,000 Shares    Without Nominal or Par Value



## This Certifies that

PATRICIA A. BROIER

is the record holder of  One Hundred (100)  Shares of the Capital Stock of

**American Commercial Properties, Inc.**

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

*In Witness Whereof,* the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this  6th  day of  November  A.D. 19 2000



_____    _____
SECRETARY                                    PRESIDENT

ALLEN CORP SUPPLY • 8885 W. PICO BLVD., L.A., CA 90035

Case: 17-05044   Doc# 77   Filed: 02/07/18   Entered: 02/07/18 23:14:34   Page 7 of 12

# EXHIBIT B

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2011 or tax year beginning _____, 2011, ending _____, _____
► See separate instructions.

OMB No. 1545-0123

**2011**

**A Check if:**
1 a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch PH) ☐
3 Personal service corp (see instrs) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: American Commercial Properties Inc.
Number, street, and room or suite number. If a P.O. box, see instructions.
P.O. Box 620916
City or town: Las Vegas NV 89162   State: NV   ZIP code: 89162

**B** Employer Identification number: 94-2887109
**C** Date incorporated: 08/20/1983
**D** Total assets (see instructions): $547,385.

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 0. |
| 1b | Gross receipts or sales not reported on line 1a (see instructions) | |
| 1c | Total. Add lines 1a and 1b | 0. |
| 1d | Returns and allowances plus any other adjustments (see instructions) | |
| 1e | Subtract line 1d from line 1c | |
| 2 | Cost of goods sold from Form 1125-A, line 8 (attach Form 1125-A) | |
| 3 | Gross profit. Subtract line 2 from line 1e | |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions — attach schedule) | |
| 11 | **Total income.** Add lines 3 through 10 ► | |

## Deductions (See instructions on deductions)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers from Form 1125-E, line 4 (attach Form 1125-E) ► | |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | |
| 15 | Bad debts | |
| 16 | Rents | |
| 17 | Taxes and licenses | |
| 18 | Interest | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc, plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule). See Other Deductions Statement | |
| 27 | **Total deductions.** Add lines 12 through 26 ► | |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | |
| 29a | Net operating loss deduction (see instructions) | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | Add lines 29a and 29b | |

## Tax, Refundable Credits, and Payments

| Line | Description | Amount |
|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | |
| 31 | Total tax (Schedule J, Part I, line 11) | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want Credited to 2012 estimated tax ►   Refunded ► | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 12/15/12   Title: Treasurer

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

Print/Type preparer's name: _____   Preparer's signature: _____   Date: _____   Check if self-employed ☐   PTIN: _____
Firm's name ► Self-Prepared
Firm's address ►
Firm's EIN ►
Phone no.

BAA For Paperwork Reduction Act Notice, see separate instructions.   CPCA0212  12/12/11   Form 1120 (2011)

# SCHEDULE G
(Form 1120)
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.
▶ See instructions.

OMB No. 1545-0123

**Name:** AMERICAN COMMERCIAL PROPERTIES, INC.

**Employer Identification number (EIN):** 94-2887109

## Part I — Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |

## Part II — Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| PATRICIA BROWER | 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 | US | 100.00 |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

CPCA1901  06/02/11

Schedule G (Form 1120) (Rev 12-2011)

# EXHIBIT C

**Dr. Gregory Bergey**
*Professor of Neurology*
*Director, Epilepsy Center*

**Neurology**
600 N. Wolfe Street / Meyer 2-147
Baltimore, MD 21287-7613
410-955-7338 T
410-502-2507 F
gbergey@jhmi.edu



November 16, 2017

Re: Patricia Brower DOB 12/12/55 JH46659172

To Whom It May Concern:

Ms. Patricia Brower is my patient at Johns Hopkins. She has a history of a large brain tumor, seizures and memory problems. She has difficulty focusing and periods of confusion. She should be excused from having to give a deposition or similar testimony.

Please do not hesitate to contact me if you wish to have additional information.

Sincerely,

Gregory Kent Bergey, M.D.
Professor of Neurology
Director, Johns Hopkins Epilepsy Center