JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Ryan A. Stubbe (SBN 289074)
  ryan@jlglawyers.com
300 W. Glenoaks Blvd., Suite 300
Glendale, California 91202
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*[Proposed] Attorneys for Robert S. Brower, Sr., Defendant*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>Adv. Proc. No. 17-05044 MEH |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants | **DEFENDANT ROBERT S. BROWER, SR.'S RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**<br><br>Date: February 15, 2018<br>Time: 10:30 a.m.<br>Place: 280 South First Street<br>         Courtroom 3020<br>         San Jose, CA 95113-3099<br><br>Assigned to: Hon. M. Elaine Hammond |

Defendant Robert S. Brower, Sr. ("Brower") hereby joins in the Memorandum of Points and Authorities in Opposition to Motion for Preliminary Injunction filed by co-defendants Coastal Cypress Corporation (California and Delaware); Wilfred "Butch" Lindley; American Commercial Properties, Inc.; Patricia Brower; and Patricia Brower Trust, which is incorporated herein by reference.

Dated: February 7, 2018

JAURIGUE LAW GROUP

/s/ *Ryan A. Stubbe*
Michael J. Jaurigue
Ryan A. Stubbe
*[Proposed] Attorneys for Robert S. Brower, Sr., Defendant*

RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED
ADV. PROC. NO. 17-05044 MEH

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of eighteen years and am not a party to the within action; and my business address is 300 W. Glenoaks Blvd., Suite 300, Glendale, California 91202.

On **February 7, 2018**, I served the document(s) described as **DEFENDANT ROBERT S. BROWER, SR.'S RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** as follows:

☐ **BY U.S. MAIL:** I enclosed the document(s) in sealed envelopes and/or packages addressed to the persons at the addresses listed on the Service List and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope(s) and/or package(s) containing the document(s) would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Glendale, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal-cancellation date or postage-meter date is more than one day after the date of deposit for mailing.

☐ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope (or envelopes) or package (or packages) provided by an overnight-delivery carrier and addressed to the person(s) at the address(es) above. I placed the envelope(s) or package(s) for collection and overnight delivery at an office or a regularly utilized drop-box of the overnight-delivery carrier.

☐ **BY HAND-DELIVERY:** I caused an envelope (or envelopes) containing the document(s) to be delivered by hand to in open court to the individual(s) listed above.

XXX **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on **February 7, 2018**, at Glendale, California.

/s/ Ryan A. Stubbe
Ryan A. Stubbe

RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED
ADV. PROC. NO. 17-05044 MEH