1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2  A Limited Liability Partnership Including Professional Corporations
3  STEVEN B. SACKS,
   Cal. Bar No. 98875

The following constitutes
the order of the court. Signed February 26, 2018

*M. Elaine Hammond*

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

4  ssacks@sheppardmullin.com
   MICHAEL M. LAUTER,
5  Cal. Bar No. 246048
   mlauter@sheppardmullin.com
6  ISAIAH Z. WEEDN,
   Cal. Bar No. 229111
7  iweedn@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
8  San Francisco, CA 94111-4109
   Telephone:    415-434-9100
9  Facsimile:    415-434-3947

10  Attorneys for Plaintiff,
    MUFG UNION BANK, N.A.

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION
14

15

16  In re                              Case No. 15-50801 MEH

17  ROBERT BROWER, SR.,                Chapter 11

18            Debtor.

19  _____       Adv. Proc. No. 17-05044

    MUFG UNION BANK, N.A.,
20                                     **ORDER APPROVING STIPULATION**
                    Plaintiff,         **REGARDING SALE OF 28088 BARN**
21          v.                         **COURT, CARMEL, CA**

22  ROBERT BROWER, SR., an individual,
    PATRICIA BROWER, an individual,
23  COASTAL CYPRESS CORPORATION,       Place:  United States Bankruptcy Court
    a California corporation, COASTAL          280 South First Street
24  CYPRESS CORPORATION, a Delaware            San Jose, CA 95113-3099
    corporation, AMERICAN              Judge:  Hon. M. Elaine Hammond
25  COMMERCIAL PROPERTIES, INC., a     Crtrm:  3020
    Nevada corporation, ANTHONY
26  NOBLES, an individual, WILFRED
    "BUTCH" LINDLEY, an individual,
27  RICHARD BABCOCK, an individual,
    PATRICIA BROWER TRUST, and DOES
28  1-50,
              Defendants.

This Court, having reviewed the *Stipulation Regarding Sale of 28088 Barn Court, Carmel, CA* (the "Stipulation") submitted on February 21, 2018 by and between Plaintiff MUFG Union Bank, N.A. ("Union Bank"), on the one hand, and Defendants Robert Brower, Sr., Patricia Brower, Coastal Cypress Corporation, a California corporation, Coastal Cypress Corporation, a Delaware corporation, and American Commercial Properties, Inc., a Nevada corporation (collectively, the "TRO Defendants"), on the other hand, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

The Stipulation is APPROVED and made an order of the court.

**\*\*END OF ORDER\*\***

1

## __Court Service List__

2

3 None.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28