SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center 17th Floor
San Francisco, CA 94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947

Attorneys for Plaintiff,
MUFG UNION BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-50801 |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | |
| MUFG UNION BANK, N.A., | Adv. Proc. No. 17-05044 |
| Plaintiff,<br>v. | **STIPULATION TO EXTEND THE DISCOVERY CUT-OFF** |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | |
| Defendants. | |

The parties hereby submit the following stipulation:

WHEREAS, pursuant to the Court's order dated August 15, 2018 (Doc# 95), the discovery cut-off in the above-entitled adversary proceeding is currently November 5, 2018 and a status conference is set for November 19, 2018 at 10:00 a.m.;

WHEREAS, no motion cut-off or trial date has been set;

WHEREAS, plaintiff MUFG Union Bank, N.A. ("Plaintiff") has sought discovery from the various defendants as well as various third parties;

WHEREAS, defendants Robert Brower, Sr. and Patricia Brower represent that they have been experiencing various medical issues over the last several months that have hindered their ability to timely comply with discovery propounded to themselves as well as defendants American Commercial Properties, Inc., Coastal Cypress Corporation (California), and, Coastal Cypress Corporation (Delaware);

NOW, THEREFORE, the parties, by through their counsel of record, hereby STIPULATE as follows:

1. The discovery cut-off shall be extended to January 7, 2019; and

2. The status conference currently set for November 19, 2018 shall be continued to January 21, 2019 at 10:00 a.m. or such other date and time thereafter as the Court may determine in accordance with its availability.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 19, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Isaiah Z. Weedn
ISAIAH Z. WEEDN
STEVEN B. SACKS
MICHAEL M. LAUTER

Counsel for the Plaintiff,
MUFG UNION BANK, N.A.

Dated: September 19, 2018

L+G, LLP

By        /s/ David W. Balch
          DAVID W. BALCH

Attorneys for COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, PATRICIA BROWER, AMERICAN COMMERCIAL PROPERTIES, INC., WILFRED "BUTCH" LINDLEY, and the PATRICIA BROWER TRUST

Dated: September 19, 2018

JAURIGUE LAW GROUP

By        /s/ Ryan A. Stubbe
          MICHAEL J. JAURIGUE
          RYAN A. STUBBE

Attorneys for ROBERT BROWER, SR.

Dated: September 19, 2018

SAMINI SCHEINBERG, PC

By        /s/ Nicole Prado
          BABAK SAMINI
          NICOLE C. PRADO
Attorneys for RICHARD BABCOCK and ANTHONY NOBLES