SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>        Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>        Plaintiff,<br>    v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>        Defendants. | Adv. Proc. No. 17-05044<br><br>**STIPULATION TO EXTEND THE DISCOVERY CUT-OFF** |

The parties hereby submit the following stipulation:

WHEREAS, pursuant to the Court's order dated September 28, 2018 (Doc# 97), the discovery cut-off in the above-entitled adversary proceeding is currently January 7, 2019 and a status conference is set for January 28, 2019 at 10:00 a.m.;

WHEREAS, no motion cut-off or trial date has been set;

WHEREAS, plaintiff MUFG Union Bank, N.A. ("Plaintiff") has sought discovery from the various defendants as well as various third parties;

WHEREAS, Plaintiff noticed the depositions of defendants Robert Brower, Sr. (11/26/18), Patricia Brower (11/27/18), the Patricia Brower Trust (11/27/18), American Commercial Properties, Inc. (11/30/18), and Coastal Cypress Corporation (11/26/18);

WHEREAS, defendant Robert Brower, Sr. (who will also be the FRCP 30(b)(6) designee for Coastal Cypress Corporation) represents that he had surgery to address his pancreatic cancer during the week of November 12, 2018, following twelve weeks of chemotherapy and will be unable to sit for a deposition until January 2019;

WHEREAS, defendants Patricia Brower (who contends she is the only individual capable of testifying as the FRCP 30(b)(6) designee for defendants American Commercial Properties, Inc. and the Patricia Brower Trust) contends that she should be exempted from sitting for a deposition in light of her medical condition and is in the process of obtaining a declaration from her treating physician to support that contention;

WHEREAS, Plaintiff does not waive any rights with respect to the depositions of Robert Brower, Sr., Patricia Brower, the Patricia Brower Trust, American Commercial Properties, Inc., and Coastal Cypress Corporation, but is willing to accommodate Mr. Brower's recovery schedule and is willing to further meet and confer regarding Ms. Brower's deposition in a good faith effort to avoid further discovery motion practice;

NOW, THEREFORE, the parties, by through their counsel of record, hereby STIPULATE as follows:

1. The discovery cut-off shall be extended to February 25, 2019; and

2. The status conference currently set for January 28, 2018, shall be continued to March 11, 2019 at 10:00 a.m. or such other date and time thereafter as the Court may determine in accordance with its availability.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 26. 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Steven B. Sacks
ISAIAH Z. WEEDN
STEVEN B. SACKS
MICHAEL M. LAUTER

Counsel for the Plaintiff,
MUFG UNION BANK, N.A.

Dated: November 26, 2018

L+G, LLP

By /s/ David W. Balch
DAVID W. BALCH

Attorneys for COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, PATRICIA BROWER, AMERICAN COMMERCIAL PROPERTIES, INC., WILFRED "BUTCH" LINDLEY, and the PATRICIA BROWER TRUST

Dated: November 26, 2018

JAURIGUE LAW GROUP

By     /s/ Ryan A. Stubbe
MICHAEL J. JAURIGUE
RYAN A. STUBBE

Attorneys for ROBERT BROWER, SR.

Dated: November 26, 2018

SAMINI SCHEINBERG, PC

By     /s/ Nicole Prado
BABAK SAMINI
NICOLE C. PRADO
Attorneys for RICHARD BABCOCK and
ANTHONY NOBLES