Entered on Docket
November 29, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 28, 2018

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2  A Limited Liability Partnership Including Professional Corporations
3  STEVEN B. SACKS,
   Cal. Bar No. 98875
4  ssacks@sheppardmullin.com
   MICHAEL M. LAUTER,
5  Cal. Bar No. 246048
   mlauter@sheppardmullin.com
6  ISAIAH Z. WEEDN,
   Cal. Bar No. 229111
7  iweedn@sheppardmullin.com
   Four Embarcadero Center,
8  17th Floor
   San Francisco, CA 94111-4109
9  Telephone:   415-434-9100
   Facsimile:    415-434-3947
10
   Attorneys for Plaintiff,
11 MUFG UNION BANK, N.A.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>       Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>       Defendants. | Adv. Proc. No. 17-05044<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE DISCOVERY CUT-OFF** |

This Court, having reviewed the parties' *Stipulation to Extend the Discovery Cut-Off* (the "Stipulation") submitted on November 27, 2018 (Docket No. 99) and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The discovery cut-off shall be extended to February 25, 2019.
2. The status conference currently set for January 28, 2019 shall be continued to **March 13, 2019 at 10:00 a.m.**

**\*\*END OF ORDER\*\***

**Court Service List**

None.