SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Plaintiff,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | Adv. Proc. No. 17-05044<br><br>**STIPULATION TO EXTEND THE DISCOVERY CUT-OFF** |

The parties hereby submit the following stipulation:

WHEREAS, pursuant to the Court's order dated November 28, 2018 (Doc# 100), the discovery cut-off in the above-entitled adversary proceeding is currently February 25, 2019 and a status conference is set for March 13, 2019 at 10:00 a.m.;

WHEREAS, no motion cut-off or trial date has been set;

WHEREAS, plaintiff MUFG Union Bank, N.A. ("Plaintiff") has sought discovery from the various defendants as well as various third parties;

WHEREAS, Plaintiff has previously-noticed the depositions of defendants Robert Brower, Sr., Patricia Brower, the Patricia Brower Trust, American Commercial Properties, Inc., and Coastal Cypress Corporation on a number of occasions and most recently for January 28 and 29, 2019;

WHEREAS, defendant Robert Brower, Sr. (who will also be the FRCP 30(b)(6) designee for Coastal Cypress Corporation) represents that he has begun a new, every-other-week chemotherapy regimen to address his pancreatic cancer, necessitating a further delay of the depositions until February 7 and 8, 2019;

WHEREAS, defendant Patricia Brower (who contends she is the only individual capable of testifying as the FRCP 30(b)(6) designee for defendants American Commercial Properties, Inc. and the Patricia Brower Trust) contends that she should be exempted from sitting for a deposition in light of her medical condition and the parties are in the process of meeting and conferring re whether a stipulation can be reached to obviate the need for depositions of Mrs. Brower, American Commercial Properties, Inc. and the Patricia Brower Trust;

WHEREAS, Plaintiff does not waive any rights with respect to the depositions of Robert Brower, Sr., Patricia Brower, the Patricia Brower Trust, American Commercial Properties, Inc., and Coastal Cypress Corporation, but is willing to accommodate Mr. Brower's medical treatment schedule and is willing to further meet and confer regarding Ms. Brower's deposition in a good faith effort to avoid further discovery motion practice;

WHEREAS, counsel for Richard Babcock and Anthony Nobles suspended Mr. Nobles' deposition on January 25, 2019 to further investigate an issue raised by Mr. Nobles during the course of his deposition;

WHEREAS, counsel for Messrs. Babcock and Nobles stated at the deposition that they would investigate the matter alluded to above over the next ten (10) calendar days and get back to counsel for the other parties re how they intend to proceed;

WHEREAS, Plaintiff does not waive any rights with respect to the deposition of Mr. Nobles and does not concede that the deposition was appropriately suspended or that the issue that prompted suspension of the deposition is, in fact, legitimate;

NOW, THEREFORE, the parties, by through their counsel of record, hereby STIPULATE as follows:

1. The discovery cut-off shall be extended to March 25, 2019; and
2. The status conference currently set for March 13, 2019, shall be continued to April 8, 2019 at 10:00 a.m. or such other date and time thereafter as the Court may determine in accordance with its availability.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 28. 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Isaiah Z. Weedn
ISAIAH Z. WEEDN
MICHAEL M. LAUTER
Counsel for the Plaintiff,
MUFG UNION BANK, N.A.

Dated: January 28, 2019

          L+G, LLP

          By  /s/ David W. Balch
            DAVID W. BALCH
          Attorneys for COASTAL CYPRESS
          CORPORATION, a California corporation,
          COASTAL CYPRESS CORPORATION, a
          Delaware corporation, PATRICIA BROWER,
          AMERICAN COMMERCIAL PROPERTIES,
          INC., WILFRED "BUTCH" LINDLEY, and the
          PATRICIA BROWER TRUST

Dated: January 31, 2019

          JAURIGUE LAW GROUP

          By  /s/ Ryan A. Stubbe
            MICHAEL J. JAURIGUE
            RYAN A. STUBBE
          Attorneys for ROBERT BROWER, SR.

Dated: January 31, 2019

          SAMINI SCHEINBERG, PC

          By  /s/ Babak Samini
            BABAK SAMINI
            NICOLE C. PRADO
          Attorneys for RICHARD BABCOCK and
            ANTHONY NOBLES