

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MICHAEL M. LAUTER,
Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN,
Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center,
17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff,
MUFG UNION BANK, N.A.

The following constitutes the order of the Court.
Signed: February 1, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br>Defendants. | Adv. Proc. No. 17-05044<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE DISCOVERY CUT-OFF AND CONTINUE STATUS CONFERENCE**<br><br>Continued Status Conference:<br>Date: 04/08/19<br>Time: 10:00 a.m.<br>Ctrm: 3020 |

This Court, having reviewed the parties' *Stipulation to Extend the Discovery Cut-Off* (the "Stipulation") submitted on January 31, 2019 (Docket No. 101) and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The discovery cut-off shall be extended to March 25, 2019.
2. The status conference currently set for March 13, 2019 shall be continued to April 8, 2019 at 10:00 a.m.

**\*\*END OF ORDER\*\***

**Court Service List**

None.