

**Entered on Docket**
**February 06, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: February 6, 2019

_M. Elaine Hammond_
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Robert S. Brower, Sr.,<br><br>Debtor(s). | Case No. 15-50801 MEH<br><br>Chapter 11 |
| MUFG Union Bank, N.A.,<br><br>Plaintiff.<br><br>v.<br><br>Robert Brower, Sr. et al.<br><br>Defendant. | Adv. No. 17-05044 |

## ORDER AFTER DISCOVERY CONFERENCE

The court held a Federal Rule of Civil Procedure 26(f)[1] discovery conference in this matter on February 5, 2019, to determine whether Patricia Brower ("Patricia") may be required to testify by deposition on her own behalf, and as the FRCP 30(b)(6) representative

---
[1] Made applicable by Federal Rule of Bankruptcy Procedure 7026.

1

of American Commercial Properties, Inc. ("ACP"), and the Patricia Brower Trust (the "Trust"). Appearances were as stated on the record. Good cause appearing; it is hereby ORDERED as follows:

1. MUFG Union Bank, N.A. is authorized to depose Patricia, individually, and as the FRCP 30(b)(6) representative of ACP and the Trust.

2. If, prior to Patricia's scheduled depositions, Robert Brower, Sr. ("Robert"), testifies to the best of his knowledge and in his capacity as the former president of ACP, as to the events and transactions of ACP during the period that he was president, and to the best of his knowledge as to any events and transactions involving ACP after he resigned as president, and to the best of his knowledge as to any events and transactions involving the Trust, *then*, Patricia may be excused from testifying by deposition.

3. The depositions of Robert shall be scheduled prior to the depositions of Patricia.

4. The court will be available to hear and resolve by telephone any disputes that arise during Robert's depositions on the following schedule:
    a. February 20, 2019, at 9:30 a.m. and 4:30 p.m. Pacific Time,
    b. February 21, 2019, at 8 a.m. and 4:30 p.m. Pacific Time,
    c. Additional dates may be set to accommodate the parties' schedule.

5. If the parties require a telephone conference with the court during depositions, a request shall be emailed to Anna Rosales (anna_rosales@canb.uscourts.gov) and Ron Rombawa (ronald_rombawa@canb.uscourts.gov) no later than 30 minutes prior to the available time provided above. Mr. Rombawa may also be reached at (408) 278-7558.

6. Following Robert's depositions, if there is a dispute as to whether the testimony was sufficiently forthcoming to warrant Patricia being excused from her depositions, then the court will resolve the dispute by telephonic hearing on the afternoon of February 21, 2019.

7. If Patricia is excused from testifying at her depositions, then she will be precluded from offering any testimony at trial, directly or indirectly through discovery responses or by an expert's reliance upon her testimony; and any declaration filed by her in this adversary proceeding shall be stricken from the record.

***END OF ORDER***

**COURT SERVICE LIST**

All ECF Recipients