Robert Brower, Chateau Julien
August 5, 2011, page 3

*Indemnification*

Each party to this letter agrees to indemnify, defend, protect and hold harmless the other parties from and against any and all claims, demands, liabilities, costs and damages, including without limitation, reasonable attorneys' fees, resulting from the party's bad faith, willful misconduct or gross negligence in connection with this letter. This indemnification provision shall survive the termination of this letter agreement.

*Arbitration*

Any dispute between the parties concerning this agreement shall be submitted to binding arbitration in San Francisco, California in accordance with the rules of the California Arbitration Association. The prevailing party, as determined by the arbitrators, shall be entitled to recover any award plus all costs of arbitration, including reasonable attorneys' fees as determined by the arbitrator or arbitrators. Any final decision in any such arbitration shall be final and binding, and the prevailing party shall be entitled to entry of a judgment in the applicable court or courts.

*Information and Materials Provided*

You agree to make available to us information as needed for this process that we may request, including information with respect to the description, financial condition, historical performance, future prospects, financial projections, ownership, lease and operation of the assets. You authorize us to make appropriate use of such information with your permission, including providing it to potential parties and their representatives subject to suitable confidentiality arrangements for non-public information.

You will review any materials prepared by us that we submit to you and advise us of any revisions necessary to assure that such materials are not misleading or inaccurate. It is agreed that we will be indemnified in any claim based upon such materials. You will promptly advise us of any material developments affecting your ownership or operation of the assets that may bear on this assignment.

Thank you very much for your consideration, for your confidence and for the opportunity to assist you with this very important project. We look forward to working with you to meet your goals.

Sincerely,
GLOBAL WINE PARTNERS (U.S.) LLC

Don Brain

**APPROVAL AND ACCEPTANCE:**
Robert Brower

By: _____ Date: August 8, 2011

Print Name: Robert S. Brower Sr. Title: President


# GLOBAL WINE PARTNERS
MERGERS  ACQUISITIONS  VALUATION

## DECLARATION OF COMPLIANCE WITH SUBPOENA

**SUBJECT:** *MUFG Union Bank, N.A. v. Brower, Sr. et al.* -- Global Wine Partners' Compliance with MUFG Union Bank, N.A.'s April 17, 2018 Subpoena to Produce Documents

I am a duly authorized Custodian of Records of Global Wine Partners and have authority to testify and certify the records.

The copies of the records enclosed with my letter dated April 27, 2018 being produced in response to the document requests in the above-referenced Subpoena. They are true and correct copies of all documents responsive to the requests in Global Wine Partners' possession, custody, or control and were prepared by personnel of Global Wine Partners in the ordinary course of business at or near the time of the act, condition, or event so recorded.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed May 3, 2018 at St. Helena, California.

*[signature]*
Jaclyn Corcoran
Manager, Global Wine Partners

# EXHIBIT 33

**From:** Jennifer Childs <JChilds@globalwinebank.com>
**Date:** Friday, October 14, 2011 at 2:14 PM
**To:** "anobles@auroracapitaladvisors.com" <anobles@auroracapitaladvisors.com>, Mike Fisher <mfisher@globalwinebank.com>, Richard Babcock <rich@babcockassociates.com>, Donald Brain <dbrain@globalwinebank.com>, "'rbrower136@gmail.com'" <rbrower136@gmail.com>
**Subject:** project zoom -- updated CIM


Jennifer Childs
jchilds@globalwinebank.com
**Global Wine Partners LLC**

(707) 302-1192  Direct
(707) 963-3821  Fax
(913) 219-9442  Mobile

Member firm FINRA (NASD + NYSE) and SIPC
www.globalwinebank.com

CONFIDENTIALITY NOTICE: Do not read this transmission if you are not the intended recipient. This transmission, and any documents, files or previous transmissions attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply transmission or by telephone at (707) 967-5303 or by fax at (707) 963-3821, and destroy the original transmission and its attachments without reading or saving it in any manner. Thank you



BABC00700
Case: 17-05044    Doc# 109-15    Filed: 07/29/19    Entered: 07/29/19 21:25:52    Page 5 of 13





# Confidential Memorandum



## Confidential Memorandum-Required Notice

### Restricted Distribution and Use — Subject to Confidentiality Agreement

This Confidential Memorandum is based upon information provided Château Julien, ("Winery"). This memorandum is distributed by Global Wine Partners (U.S.) LLC ("Global Wine Partners") as Winery's financial advisors, solely for the use by prospective investors subject to Winery's confidentiality agreement in considering an acquisition of certain assets of Winery. This memorandum has been approved and is provided by Winery, the memorandum issuer.

This memorandum contains selected preliminary information to assist the recipient in making an initial decision whether to proceed with further investigation. Global Wine Partners and Winery expressly disclaim any and all liability for the information contained in this document or any omissions from it and reserve the right to supplement, amend and modify the information at any time, but have no obligation to do so.

This document does not constitute an offer to sell securities of Winery. Any acquisition of any assets of Winery should be based on further investigation. In connection with any transaction with Winery, Winery's sole responsibility with respect to the matters described herein shall be as set forth in the final executed agreement with Winery containing the terms of such transaction.

Each recipient of this document agrees that all the information contained herein is **confidential**, that the recipient will treat it confidentially and that the recipient **will not directly or indirectly disclose, reproduce or distribute such information** without prior written consent of Winery and Global Wine Partners.

This memorandum contains forward-looking statements based on certain Winery plans and estimates about the industry, management's beliefs and certain assumptions Winery has made. Any statements that refer to plans, opportunities, expectations, projections, forecasts, conditions or other statements regarding future events or circumstances, including any underlying assumptions, are forward-looking statements. These statements are not guarantees or assurances of future performance and are subject to many risks, uncertainties, circumstances and assumptions that are difficult to predict. Actual results may differ materially and adversely from those expressed in any forward-looking statements. Neither Global Wine Partners nor Winery undertakes any obligation to revise or update publicly any forward-looking statements for any reason.

Recipients who do not wish to pursue this matter must promptly return this document to Global Wine Partners.

**Under no circumstances shall recipients contact Winery, its owners, employees, suppliers, competitors, customers or the trade without consent in writing from Global Wine Partners.**

Direct all inquiries and requests for additional information to:

| **Don Brain** | **Mike Fisher** |
|---|---|
| +1 (707) 967-5328 direct | +1 (707) 967-5314 direct |
| +1 (913) 226-6895 mobile | +1 (707) 291-2388 mobile |
| dbrain@globalwinebank.com | mfisher@globalwinebank.com |

**Global Wine Partners (U.S.) LLC**
The Wine Business Center
899 Adams Street, Suite F
St. Helena, CA 94574, USA
+1 (707) 967-5303 main


GLOBAL WINE PARTNERS



# Table of Contents

| | | |
|---|---|---|
| I. | Highlights of the Opportunity | 4 |
| II. | Executive Summary | 5 |
| III. | Brand Trends and Growth Information | 7 |
| IV. | Overview of the Property, Events | 11 |
| V. | Direct to Consumer and Distribution | 17 |
| VI. | Brand Details, Awards, Press | 26 |
| VII. | Financial Overview | 39 |





## I. Highlights of the Opportunity

Opportunity to own the most important wine asset, both location and brand in the Monterey region.

Control the recognized leader in corporate events associated with wine related properties.

Acquire the only unlimited permitted site in Carmel Valley.

Own a profitable business growing revenue in every segment of the market significantly higher than the average for the wine industry.



4



## II. Executive Summary

Château Julien is the only operating winery in Carmel. The 16 acres picturesque Estate consists of the tasting room, production facility, barrel aging Chai and offices. The property is beautifully landscaped with manicured gardens and six acres of vineyard. The Estate is located only five miles from Monterey Peninsula and Carmel-by-the-Sea, two of the most highly regarded sites on earth.





5

## The business consists of three profit centers: Events, Retail Wine Sales and National Wine Sales.

The Winery use permits allows the winery to hold unlimited events at a number of venues throughout the property. Indoor venues range from 80 people in the Great Hall to 300 in the Chai. Two outdoor venues allow for larger groups. Over one hundred events were hosted in 2010 consisting mostly of corporate gatherings. The property carries unique entitles.



Retail wine sales include tasting room, wine club, corporate and event sales totaling 7,000 cases in 2011 of the total production and sales of over 42,000 cases.

The brand is highly recognized as a long term estate associated property. The current retail sales provide a strong foundation on which the current owner is building a strong growing retail presence, the buyer to expand sales of the Château Julien brand or provide a foundation for retail sales growth of an existing brand.


GLOBAL WINE PARTNERS

6



## III. Brand Trends and Growth Information

**Profitable and Growing Brand**



Wine Sales Revenue (Millions)
- 2009: 2.23
- 2010: 2.06
- 2011: 2.97
- 2012: 4.06
- 2013: 5.10
- 2014: 6.02

**Growth Opportunities**



Tasting Room: Average Sales Per Visitor
- 2008: $25.47
- 2009: $26.18
- 2010: $27.22
- 2011: $30.33 * Thru 8 months

GLOBAL WINE PARTNERS

7



## Transaction Overview

Global Wine Partners has been retained by Château Julien as exclusive advisor in connection with the sale of the assets of Château Julien. Château Julien desires to sell the winery assets which include the real estate, equipment, inventory, and brands. Château Julien intends to structure the transaction as a sale of assets.

Monterey is one of the most visited sites in all of California. Visitors bring of $2 billion to the area annually. Château Julien is the most visited winery site in the area. This is the best location and brand between the Napa/Sonoma region and the Central Coast.





8

BABC00708

Case: 17-05044   Doc# 109-15   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 13 of 13