

## CHÂTEAU JULIEN.
WINE ESTATE

### Brand History

In the late 1970's, Bob and Patty Brower set out to create a premier California winery. Originally from the East Coast, they had a passion for wine and admired the French hospitality encountered while traveling in Europe. They saw the potential in Monterey County as a quality wine growing region, and in 1982 began building what is now known today as Château Julien Wine Estate in Carmel Valley, California.

The winery's first release came in 1985 with Chardonnay and Merlot from the 1982 vintage. Today, the entire process of wine production takes place on the 16-acre estate, including the aging of nearly 2000 oak barrels of wine. Winemaker Bill Anderson joined the Brower's in 1982, and produced the winery's first 100% Merlot with the premier vintage. Bill continues to produce wine at Château Julien Wine Estate, and has played an integral part in establishing Merlot as the winery's flagship varietal.



9



## 30 Years of Excellence in Winemaking



**2011** — Merlot recognized in *Beverage Dynamics* National Retailer Wine Panel as one of the "Fastest-Selling Wines in the U.S."

**2011** — New "heritage and tradition" focused Barrel Selected package hits the national market.

**2010** — Malbec designated as "Private Reserve."

**2009** — Release of two additional high-end blends — Black Nova and La Conviviance, contributing to a new tier of "Proprietary Blends" to the Château Julien wine portfolio.

**2009** — La Conviviance awarded Best Blended Red Wine in the World by the Ultimate Wine Challenge, NY.

**2009** — Continued focus on sustainability in winemaking and viticulture.

**2009** — Second generation, Bobby Brower, joins the winery team in national sales.

**2008** — Private Reserve Merlot flagship wine recognized by *Wall Street Journal*.

**2007** — Château Julien Wine Estate celebrates 25 years, and releases first Proprietary blend "Bravura" in commemoration of the historical date.

**2006** — Château Julien wines served at Vice President's birthday dinner.

**2006** — Château Julien Wine Estate presented Hospitality Business of the Year, Monterey Peninsula Chamber of Commerce.

**2005** — Château Julien Wine Estate is one of over 65 wineries and 22 tasting rooms in Monterey County, and continues to be one of only two wineries offering daily tours of a full operating winery.

**2005** — Wine Estate again honored as Business of the Year, Carmel Chamber of Commerce.

**2005** — Syrah designated "Private Reserve."

**2003** — Zinfandel designated as "Private Reserve."

**2002** — Expanded emphasis on the vineyard with reduced yields and a focus on maximum quality — ultimately resulting in lower case production and superior quality wines.

**2001** — Chai is complete. Over 1200 oak barrels stored with aging wine. Gives the Winemakers the capacity to directly oversee quality of all wines, extend aging and barrel ferment 100% of the Chardonnay.

**2001** — Over 40,000 guests visit the Wine Estate throughout the year.

**1998** — 5 acres of Sangiovese grapes planted at the Wine Estate in Carmel Valley.

**1998** — Expansion of the Château grounds and vineyards, including Courtyard gardens, parking and addition of the Chai barrel room. 240 acres of vineyards in Lockwood Valley declared the "Estate Vineyard" and provides the source of most of the winery's production.

**1996** — Château Julien Merlot recognized by *Wine & Spirits* Magazine as one of the top ten Merlots by the glass, solidifying Château Julien Merlot's position in the national marketplace.

**1988** — Barrel Selected label introduced. Private Reserve remains the original label of the Winery.

**1988** — Rookie of the Year awarded for Château Julien wines.

**1988** — Winemaker Bill Anderson joins the Château Julien family.

**1988** — Château Julien wines served at the White House.

**1985** — First Hospitality Award received.

**1985** — JUNE The winery's tasting room opens to the public. Tours offered to private groups, family and friends.

**1985** — Cal-Ital label introduced.

**1984** — Cabernet Sauvignon joins Merlot and Chardonnay as the original "Private Reserve" designation.

**1983** — MARCH Permit approved to build the first significant Bordeaux-style Wine Estate in Monterey County.

**1983** — First wine bottled and released — 1982 Merlot and 1982 Chardonnay.

**1982** — JUNE Wine filtering and storage tanks were brought in by rail car on the old railroad that ran through the county to establish Château Julien Wine Estate as an official bonded winery, #5101 since Prohibition and #400 in the State of California.

**1981** — 8 acres purchased on Carmel Valley Road from Zebell's Nursery and Christmas Farm.

**1979** — Bob & Patty venture out to the west coast to look at the Monterey Wine region.

8940 Carmel Valley Rd., Carmel, CA 93923 | 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com

BABC00710
Case: 17-05044   Doc# 109-16   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 2 of 7



## IV. Overview of the Property, Events

### Facility and Production

Château Julien Wine Estate is located on 16 acres at the foot of the majestic Carmel Valley mountains. Classic French architecture provides the foundation for the ultimate union of traditional winemaking, modern technology and old world ambiance. Beautifully manicured gardens, six acres of lush vineyards and meandering cobblestone pathways grace the Estate grounds, only a short 5 miles from the beautiful Monterey Peninsula and Carmel-by-the-Sea. The winery boasts breathtaking vistas of the lush green valley where sunsets are unforgettable and rainbows bounce off the hills.

Nestled amongst six acres of Sangiovese grapes is the winery's newest addition: the "Chai" (pronounced "shay"). All of Château Julien's barrels, over 1200, are set in the Chai for aging. Built one story into the ground, the Chai is kept at a naturally cool temperature and humidity for aging wines. The walls are 12"-15" thick, with a natural ventilation system extending from the west of the building to the east. The addition of the Chai in 1998 has enabled the winery to barrel ferment one hundred percent of the Chardonnays and age wine longer in oak. Custom ambiance lighting and the dramatic stacking of oak barrels, make the Chai an ideal setting for private events.





11



| Facility Summary | |
|---|---|
| Location | 8940 Carmel Valley Road, Carmel |
| Size | Main facility 15,000 square feet<br>Chai 10,148 square feet<br>Petite Château 3,190 square feet<br>Residence 1,300 square feet |
| Capacity | Unlimited Use Permit |
| Key Features | ▪ Main facility divided into 3 sections, production, tasting and admin<br>▪ Bottling plant – 1,000 cases (750ML) per day<br>▪ Crush pad<br>▪ 300 ton daily crush<br>▪ 700 tons annual fermentation<br>▪ 1,700 barrel storage |
| Water | From two sources, public water and domestic wells |
| Wastewater | Processed through an onsite septic systems and Regional Discharge Permit with 5 aeration and settling ponds |
| Stainless Steel Tanks | 6 jacketed tanks with 6,000 gallon capacity per tank<br>6 jacketed tanks with 3,000 gallon capacity per tank<br>6 jacketed tanks with 1,500 gallon capacity per tank<br>5 jacketed tanks with 13,000 gallon capacity per tank<br>6 tanks with 19,500 total capacity |



BABC00712
Case: 17-05044   Doc# 109-16   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 4 of 7



# Events

## Vineyard dinners for special events and groups





13












15

BABC00715
Case: 17-05044   Doc# 109-16   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 7 of 7