

# CHATEAU JULIEN
## WINE ESTATE
### Corporate & Private Events



## Chateau Julien Wine Estate

The following capacities serve as guidelines for creating an event. Flexibility in planning allows use of multiple areas within the Estate to create a unique and personalized event venue.



**Chateau**

1. Great Hall
   Capacity: 90 reception / 50 sit down

2. Conservatory
   Capacity: 100 reception / 90 sit down

3. Lower Courtyard
   Capacity: 300 reception / 220 sit down.



4. Upper Courtyard
   Capacity: 325 reception / 250 sit down

5. Cellar
   Capacity: upon request

**Chai**

6. Barrel Room
   Capacity: 300 reception / 250 sit down
   Walking distance between the Chateau and Chai is 200 yards

*Location venues above can be combined to allow for maximum use potential.*

---

### Chateau Julien Wine Estate
8940 Carmel Valley Road, Carmel, California 93923 | P.O. Box 221775, Carmel, California 93922
ph: (831) 624-2600  fx: (831) 624-6138  info@chateaujulien.com  www.chateaujulien.com



BABC00716
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 1 of 16



# CHÂTEAU-JULIEN
WINE ESTATE

## V. Direct to Consumer and National Distribution

### Wine Sales

|  |  |  |  |  | 6 Months ended | |
|---|---|---|---|---|---|---|
| Calendar years ending Dec 31 | 2009 | | 2010 | | June 30, 2011 | |
| | Cases | $ (000s) | Cases | $ (000s) | Cases | $ (000s) |
| **BY PRODUCT LINE-** | | | | | | |
| Proprietory Blends | 446 | $ 350 | 538 | $ 427 | 123 | $ 124 |
| Chateau Julien | 13,458 | 1,543 | 12,764 | 1,399 | 10,655 | 1,035 |
| Emeral Bay & Other | 14,744 | 565 | 10,635 | 515 | 7,158 | 308 |
| Total Sales | 28,648 | $ 2,458 | 23,937 | $ 2,341 | 17,936 | $ 1,467 |
| **BY CHANNEL** | | | | | | |
| National | 18,830 | $ 1,087 | 15,363 | $ 843 | 14,270 | $ 777 |
| California House Accounts | 2,792 | 126 | 1,747 | 86 | 516 | 29 |
| International | 46 | 3 | 378 | 22 | 41 | 3 |
| Retail | 6,980 | 1,242 | 6,449 | 1,390 | 3,109 | 658 |
| Total Sales | 28,648 | $ 2,458 | 23,937 | $ 2,341 | 17,936 | $ 1,467 |



GLOBAL WINE PARTNERS



## The Wine Club

|  | 2008 | 2009 | 2010 | 2011 to 7/31 |
|---|---|---|---|---|
| Members at First of Year | 402 | 349 | 332 | 364 |
| Members Year End | 364 | 334 | 369 | 364 |
| Canceled | 100 | 87 | 66 | 38 |
| New Members | 62 | 79 | 103 | 38 |
| Shipments | 2,110 | 1,444 | 1,600 | 1,010 |
| Sales Club Shipments | $ 103,756 | $ 195,222 | $ 106,529 | $ 46,177 |
| Re-order Sales | $ 208,936 | $ 88,215 | $ 81,259 | $ 68,119 |
| Annual Sales | $ 312,692 | $ 283,438 | $ 187,788 | $ 114,296 |

The winery's wine club, know as the "wine collector's program", began over 20 years ago. There are three levels of participation with most members receiving 2 bottles bimonthly. Members' benefits include priority status for tasting and events, discounts on additional purchases, invitations to wine club events and concierge services for member visiting the Monterey Peninsula.



BABC00718
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 3 of 16





## About grapes produced/sourced

Grapes purchases from numerous growers in Monterey County. With the exception of the Sangiovese which is grown on the estate, the contracts are on a one year evergreen renewal basis. The Winery's grower have been supplying the brand for numerous years. Also, bulk wine is sourced for the Emerald Bay brand.

| Merlot | Up to 40 tons | $1,400 per ton |
|---|---|---|
| Gewurztraminer | Up to 20 tons | $1,000 per ton |
| Cabernet Sauvignon | Up to 20 tons | $1,500 per ton |
| Syrah | Up to 15 tons | $900 per ton |
| Sangiovese | Estimated at 12 tons | Growing price is about $2,400 per ton |





## About the People, Staff and Winemaker

**Bill Anderson**
**Winemaker**

Bill Anderson has been with Château Julien Wine Estate since the winery opened in 1982. With over forty years of experience in the wine industry, Bill's knowledge of enology and viticulture stems from his studies at Stanford and UC Davis. His philosophy continues to be as simple as the elegance he achieves in his wines.

"Elegance is what I keep in mind in winemaking. Simple, straightforward, clean; the truth is evident without frivolity. If you have good grapes and treat them well, do all the details every day and let them do what they will naturally do, you will have a good product." The winery's addition of the Chai has enabled Bill to continually focus on quality throughout each stage of growing and production





20

BABC00720
Case: 17-05044    Doc# 109-17    Filed: 07/29/19    Entered: 07/29/19 21:25:52    Page 5 of 16



### Mark Dreyer
**Operations Manager**
Mark oversees Château Julien's office and technology functions. All electronic systems are managed by Mark, in addition to daily processing of accounts receivable, accounts payable, order processing, inventory management and various government reporting.

### Robert "Bobby" Brower Jr.
**National Sales Manager**
Bobby is a Fresno State graduate, with a Bachelor's degree in Enology along with an emphasis in Chemistry and Entrepreneurship. Bobby's a strong motivator and his sales skills and product knowledge drives Château Julien's products and distribution in the national market. He brings a fresh, youthful, marketing and sales component to our distributor network.

### Kristin Horton
**Director of Wine Estate Marketing**
Kristin is responsible for Château Julien's corporate identity. This includes maintaining the award winning website, public relations activities, marketing materials including package design. Her efforts include working with every internal department to provide fresh and updated material to aid sales.

### Michele Gogliucci
**Special Events Manager**
Michele works with clients to create, develop and facilitate opportunities to build corporate client relationships. She develops clients that are diverse in culture and size, from local produce companies, to national and international fortune 500 companies with the idea to create memorable events.



21

BABC00721
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 6 of 16



## Wine Sales to Distributors by State

| Calendar years ending Dec 31 | 2009 | | 2010 | | 9 Months ended September 30, 2011 | |
|---|---|---|---|---|---|---|
| | Cases | $ (000s) | Cases | $ (000s) | Cases | $ (000s) |
| Wisconsin | 2,980 | $ 109 | 2,224 | $ 81 | 1,674 | $ 60 |
| Texas | 2,972 | 161 | 2,497 | 126 | 3,598 | 202 |
| New Jersey | 2,913 | 129 | 2,438 | 125 | 3,033 | 149 |
| Lousianna | 2,809 | 151 | 683 | 65 | - | - |
| California | 2,644 | 154 | 2,700 | 188 | 2,864 | 173 |
| Massachusetts | 1,492 | 92 | 183 | 7 | 439 | 16 |
| Oregon | 404 | 17 | 112 | 5 | 41 | 2 |
| South Carolina | 364 | 15 | 168 | 7 | - | - |
| New Hampshire | 271 | 13 | 189 | 8 | 188 | 9 |
| Michigan | 246 | 9 | 347 | 13 | 424 | 19 |
| Virginia | - | - | 1,014 | 50 | 854 | 36 |
| Florida | 112 | 5 | 752 | 44 | - | - |
| Kansas | 193 | 7 | 726 | 50 | 1,710 | 110 |
| Remaining | 1,735 | 225 | 1,330 | 74 | 12,545 | 1,460 |
| Total Sales | 19,135 | $ 1,087 | 15,363 | $ 843 | 27,370 | $ 2,237 |



22



## Retail Bottled Wine Inventory

| As of June 30, 2011 | 9L Cases | Case Price | Value (000s) |
|---|---|---|---|
| **RETAIL** | | | |
| **Proprietary Blends** | | | |
| La Conviviance | 1,017 | $1,080 | $ 1,098 |
| Bravura | 19 | $1,500 | 29 |
| Black Nova | 1,014 | $936 | 949 |
| **Private Reserve** | | | |
| Sangiovese Rosato | 247 | $264 | 65 |
| Gewurtztramier | 84 | $264 | 22 |
| Sangiovese RSV | 41 | $300 | 12 |
| Quinta Port | 74 | $336 | 25 |
| Malbec | 46 | $456 | 21 |
| Syrah | 152 | $432 | 66 |
| Chardonnay | 56 | $384 | 22 |
| Cabernet Sauvignon | 438 | $456 | |
| Merlot | 3,264 | $504 | 1,645 |
| **Hawk House** | | | |
| Chardonnay | 189 | $144 | 27 |
| Cabernet Sauvignon | 90 | $144 | 13 |
| Merlot | 270 | $144 | 39 |
| **Poiz** | | | |
| Merlot | 297 | $300 | 89 |
| Rose of Sangiovese | 94 | $240 | 23 |
| Chardonnay | 128 | $264 | 34 |
| Retail Inventory | 7,520 | | $ 4,178 |



23



## National Bottled Wine Inventory

| As of June 30, 2011 | 9L Cases | Case Price | Value (000s) |
|---|---:|---:|---:|
| **Private Reserve** | | | |
| Malbec | 46 | $228 | 10 |
| Syrah | 152 | $216 | 33 |
| Chardonnay | 56 | $244 | 14 |
| Cabernet Sauvignon | 438 | $228 | 100 |
| Merlot | 2,803 | $244 | 684 |
| **Barrel Select** | | | |
| Pinot Grigio | 489 | $66 | 32 |
| Chardonnay | 3,548 | $66 | 234 |
| Cabernet Sauvignon | 3,168 | $66 | 209 |
| Merlot | 4,344 | $66 | 287 |
| **Hawk House** | | | |
| Chardonnay | 189 | $60 | 11 |
| Cabernet Sauvignon | 90 | $60 | 5 |
| Merlot | 270 | $60 | 16 |
| **Poiz** | | | |
| Merlot | 297 | $145 | 43 |
| Rose of Sangiovese | 94 | $120 | 11 |
| Chardonnay | 128 | $132 | 17 |
| **Emerald Bay** | | | |
| 750ML | | | |
| Merlot | 316 | $40 | 13 |
| Cabernet Sauvignon | 240 | $40 | 10 |
| Chardonnay | 2,362 | $40 | 94 |
| 1.5L | | | |
| Merlot | 472 | $33 | 16 |
| Cabernet Sauvignon | 514 | $33 | 17 |
| Chardonnay | 543 | $33 | 18 |
| White Zinfandel | 325 | $33 | 11 |
| Wholesale Inventory | 20,884 | | $ 1,707 |



24



## Bulk Wine Inventory

| As of June 30, 2011 | Gallons | 9L Case Equivalents | Case Price | Value (000s) |
|---|---|---|---|---|
| **Proprietary Blends** | | | | |
| La Conviviance | 12,004 | 5,002 | $1,080 | $ 5,402 |
| Black Nova | 6,557 | 2,732 | $936 | 2,557 |
| **Private Reserve** | | | | |
| Pinot Grigio | 372 | 155 | $300 | 47 |
| Sangiovese RSV | 8,072 | 3,363 | $300 | 1,009 |
| Red Zinfandel | 120 | 50 | $936 | 47 |
| Syrah | 4,260 | 1,775 | $432 | 767 |
| Chardonnay | 6,000 | 2,500 | $384 | 960 |
| Merlot | 3,000 | 1,250 | $244 | 305 |
| **Barrel Select** | | | | |
| Chardonnay | 20,326 | 8,469 | $66 | 559 |
| Cabernet Sauvignon | 22,750 | 9,479 | $66 | 626 |
| Merlot | 29,652 | 12,355 | $66 | 815 |
| **Emerald Bay** | | | | |
| Merlot | 19,768 | 8,237 | $37 | 305 |
| Cabernet Sauvignon | 15,167 | 6,320 | $37 | 234 |
| Chardonnay | 13,352 | 5,563 | $37 | 206 |
| White Zinfandel | 3,024 | 1,260 | $37 | 47 |
| Retail Inventory | 164,424 | 68,510 | | $ 13,884 |



BABC00725
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 10 of 16



## VI. Brand Details, Awards, Press

**Product Overview**

### Proprietary Blends

Winemaker Bill Anderson highlights select vineyard lots, unique blend and extremely limited production varietals for this exclusive collection of wines, available only through allocation or at the Wine Estate Carmel Valley. Proprietary blends provide winemaker Bill Anderson the creative freedom to blend optimum flavors, complexity and texture through various varietals grown with long-time vineyard partners in the Monterey County wine region. Exquisite packaging, hand sealed wax and etching all enhance the overall finesse these wine have on the palate.

### Private Reserve

Château Julien Private Reserve wines signify the heritage of the winery. The label dates back to the first release of 1982 Merlot and represents the highest quality wines produced form each vintage, with only 300 cases produced annually. Over the years, small production lots and traditional techniques have ensured ultimate quality and consistency. Selected blocks of the highest quality fruit from the winery's Estate Vineyard are maintained at low yields an hand-harvested specifically for the Private Reserve wines. Limited distribution and long aging potential make these wine very sough after by wine lovers worldwide.

### Barrel Selected

The Château Julien Barrel Selected label was introduced in 1989. these wines typically have mild tannins and forward fruit, making them extremely food-friendly and approachable upon release. While still produced from Monterey County grapes, the grapes are ultimately managed for consistency and value in the vineyard. The Barrel Selected wines are aged in one to three-year-old French and American oak barrels and have been awarded numerous value accolades over the years.

### Emerald Bay

The Emerald Bay label was introduced in the national market in 1986 as a light fruity style wine ideal for restaurateurs. Produced form grapes grown throughout California's central coast, these wine benefit from vineyard diversity and the coastal climate's long growing seasons. They are stainless steel fermented with limited barrel aging and blending for smooth, fresh varietal flavors upon release. All of the varietals are available in both 750ml and 1.5L sizes.



26





## Awards & Accolades

"Winemaker Bill Anderson, who has been with Bob & Patty since 1982, has had plenty of time to hone his craft as well as his imagination. As Bob speaks about the winery its creative philosophy is clear. They are always trying to re-imagine their wine while always keeping quality in the highest esteem. Their Black Nova, (a) an unusual blend of Zinfandel and Syrah, is the latest example of what an ideal climate and their forward thinking can produce."
– Food & Beverage International, Jason Barlow

### Black Nova
#### 2007
90 Points, Gold Medal, Exceptional – "Deep garnet violet color. Aromas of nougat, raspberries, and spicy chocolate with a round, dry-yet-fruity medium body and a long, smooth, fine tannin finish." – tastings.com, Beverage Testing Institute

91 points – "An ultra-premium bottling composed of equal parts Malbec and Syrah. Purple-plum color. This unique proprietary blend bursts with cedar-tinged, bright, sassy, polished red plums and berries. It weighs in at a hefty 15% alcohol, yet is lithe and smooth in the mouth. With aeration, exotic perfumes emerge." – Winelinesonline.com

#### 2006
94 Points, Gold Medal "Exceptional" – tastings.com, Beverage Testing Institute

93 points – Cork'd

91 points – "…this is a lush, big, and ripe wine. Twelve months of aging in New American Oak brought out great complexity. Leisurely swirled and sipped, rich layers of flavors unfurl with cherry and raspberry flowing into deeper notes of vanilla, clove, oak, and spice. Bright, smooth, and lingering at its finish, this is a wine not soon forgotten. Only 500 cases were produced, so get yourself a bottle while you can." – Food & Beverage International, Jason Barlow

"a brilliant fusion of raspberries with an undercurrent of vanilla and is bursting with bright fruit flavors. This is a deep dark, luscious wine with just the right amount of oak." – Michael Cervin, Central Coast Magazine

### La Convivience
#### 2007
95 points – "Round and silky, an opaque and ripe blackberry and lavender thriller. The tongue-washing fruit seems limitless. Elegant and brightly lit." – Tasting Panel editor Meredith May

93 points, Cellar Selection – "Deep garnet color. Attractive aromas of dried apricot, waxy honeycomb, boysenberries, and toasty angel food cake with a supple fruity-yet-dry medium-to-full body and a zesty, savory cedar, pickled beet and earth accented finish. Great vibrancy and Old World meets New World style." – tastings.com, Beverage Testing Institute







## Awards & Accolades

92+ points – "A Bordeaux-style blend of Merlot, Malbec, and Cabernet Sauvignon. Deep purple-plum color. Wow! A complex, layered nose of coffee, leather, chocolate, and vanilla frames concentrated black currant and blackberry fruit. Full-bodied, with medium-grained tannins, this is a serious wine that will age gracefully over the next 15+ years." – Winelinesonline.com

90 points – "Rich dark fruit aromas dominate the nose with accents of dark chocolate. The palate is mouth-filling and supple with flavors of blackberries, currants, cherries, very dark chocolate, earth, and vanilla. A fairly robust wine." – California WineList.com

### 2006
91 points & Best Blended Red Wine, "Chairman's Trophy Award – Excellent, Highly Recommended" – Ultimate Wine Challenge, New York

94 points – tastings.com, Beverage Testing Institute

91 points – T Lewis, Cork'd.com

### Private Reserve Merlot
### 2007
90 points – "Nice to see such a nice Merlot from Chateau Julien, their best ever. It does what Merlot should, being dry and lush, with complex sour cherry, currant, herb, cocoa and spice flavors wrapped into smooth tannins. A lovely wine for drinking now" – Wine Enthusiast Magazine

95 points, Gold Medal, Exceptional – "Exotic aromas of cherry cola, melted toffee, thyme, and pomegranate-mint gelato with a silky fruity medium-to-full body and a lively blueberry compote, dried meat, and spiced nut accented finish. A really fresh and fun merlot that will shine from every angle at every occasion." – tastings.com, Beverage Testing Institute

90 points – "Black cherry and blackberries aromas mingle with notes of anise, chocolate, and coffee on the nose. A sip reveals flavors of cherry, blackberries, and strawberries along with suggestions of mocha, licorice, and oak. Layered, supple, and balanced, it is a fine example of what a Merlot can be." – California WineList.com, 2011

"finely balanced Merlot with deep, dark, rich colors and Anderson's memorable 'yummy factor' that just hums along." – The Tasting Panel, July 2011

88 points – "Very Good, Strong Recommendation" – Ultimate Wine Challenge

89 points – "Dark ruby color. An enticing nose of spicebox leads to aromas and flavors of ripe black fruits. Full-bodied yet supple, it sports mild, chocolately tannins on the finish. It will complement a number of foods, from nutty aged cheeses to charred red meats. The structure should offer drinking pleasure through 2018." – Winelinesonline.com



BABC00728
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 13 of 16





## Awards & Accolades

### Barrel Selected Merlot
**2009**

88 points – "Tangy and bright with lively plum, spice and silky texture, earthy and dense with nice structure and length. A super value." – Anthony Dias Blue, The Tasting Panel, July 2011

BEST BUY, 88 points – "Clear ruby color. A pretty, varietal nose of red cherries and berries, with leather and spice notes adding complexity. Medium in body; nicely balanced, with a supple mouthfeel. The spiced berry and cherry follows through to the end." – Winelinesonline.com

**2008**

90 Points, 4 stars, a very good wine and an excellent value. A wine for which customers will keep coming back – "A chunky and fleshier style of merlot; hints of cocoa and black fruits in the nose; medium-bodied and mouth-filling and a long lasting finish." – Beverage Dynamics National Retailer Wine Panel, *Growth Brand Winners – the Fastest-Selling Wines in the US*, March/April 2011

BEST BUY, 87 points – "Plum, chocolate nuts, and cracked pepper aromas with a tangy medium-to-full body and a crisp, dried apple and citrus accented dusty tannin finish." – Tastings.com, Beverage Testing Institute

"... has aromas of butter, concord grape, and blackberry jam on toast before flavors dominated by blackberry and oak plus a moderate amount of tannin." – Colorado Wine News, September 2009

### Barrel Selected Cabernet Sauvignon
**2009**

BEST BUY, 88 points – "Purple-plum color. Cedar box aromas frame ample perfumed black currant and berry fruit. Medium in body, balanced, the dark fruits sweeten up in the mouth. Mild tannins at the end make this a very friendly Cab for drinking over the next three years." – Winelinesonline.com

**2008**

BEST BUY, 88 points – "Spicy cassis jam and vanilla aromas with a tangy medium-to-full body and a tart apple and oak accent on the finish." – tastings.com, Beverage Testing Institute

**2007**

BEST BUY, 87 points – "Very tasty and easy drinking." – tastings.com, Beverage Testing Institute

**2006**

BEST BUY – "Well balanced, structured, and integrated. It will be popular." – Colorado Wine News 2009

"... one of the best values I've ever found in a wine." – Brian Goodell, Lubbock Avalance-Journal, September 2008







## Awards & Accolades

### Barrel Selected Chardonnay
**2009**
90 points – "Floral and bright: a sunny white that smacks of peaches and pansies. Mouthfilling and big-bodied, it dresses up like spring." –The Tasting Panel, October 2011

BEST BUY, 89 points – "Kiwi, guava, and pineapple aromas with a tangy, fruity-yet-dry medium body and a smooth passionfruit and lime finish. Very tasty." Tastings.com, Beverage Testing Institute

**2007**
BEST BUY – "... this is the kind of Chardonnay millions of people love. Totally Californian, and a good buy." – Wine Enthusiast Magazine, October 2009

"Subtle aromas of citrus with flavors of grapefruit and tropical fruit; full bodied with a slightly oily texture and well-integrated components with a very long finish. Try with Swordfish." –Santé Magazine, September 2009

Global Travelers' Wines on the Wing Awards – "Top 10 White Wine, First Class/Business Class"

### Barrel Selected Pinot Grigio
**2009**
BEST BUY, 88 points – "Apple, peach and nougat aromas with a round, clean light body and a tart citrus kiss. Nice." – tastings.com, Beverage Testing Institute

**2008**
BEST BUY, 89 Points – "Pale golden straw color. Bold aromas of peach cobbler and banana cream pie follow through on a soft, silky entry to a dryish medium body with apple cheese pastry and orange peel notes. Finishes with a crisp, wet limestone accented finish. Nice styled and proportioned fruit and acidity." – tastings.com, Beverage Testing Institute



30

BABC00730
Case: 17-05044   Doc# 109-17   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 15 of 16





## 2006 La Conviviance

# Voted the Best Blended Red Wine in the World

*Ultimate Wine Challenge 2010*

### Chairman's Trophy Award
91 points — Excellent, Highly Recommended
Red Blend Category
*Ultimate Wine Challenge, New York City, June 2010*





Scoring higher than any other red blend submitted in the competition, including national and international wines from Napa, California and Bordeaux, France.

46% Merlot, 38% Malbec and 16% Cabernet Sauvignon | Limited Availability

### Winemaker Notes
This wonderfully aromatic wine graces the palate with rich chocolate, dark Bing cherry and ripe blackberry essences. A touch of toasted vanilla and anise add complexity to the soft, full forward fruit flavors. Balanced with structure and acidity, this wine is a natural culinary accompaniment with a long mouth-filling finish and beautiful deep garnet hue.



8940 Carmel Valley Rd., Carmel, CA 93923 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com

