

### CHÂTEAU JULIEN
WINE ESTATE

## 2007 La Conviviance

# Tasting Panel Recommended La Conviviance Earns 95 Points

*The Tasting Panel, July 2011*



### 95 Points
The Tasting Panel's Publisher and Executive Editor, Meridith May, selects her favorite wines and spirits of the month.

"Round and silky, an opaque and ripe blackberry and lavender thriller. The tongue-washing fruit seems limitless. Elegant and brightly lit."

46% Merlot, 38% Malbec and 16% Cabernet Sauvignon | Limited Availability

### Winemaker Notes
This wonderfully aromatic wine graces the palate with rich chocolate, dark Bing cherry and ripe blackberry essences. A touch of toasted vanilla and anise add complexity to the soft, full forward fruit flavors. Balanced with structure and acidity, this wine is a natural culinary accompaniment with a long mouth-filling finish and beautiful deep garnet hue.



8940 Carmel Valley Rd., Carmel, CA 93023 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com


GLOBAL WINE PARTNERS

32

BABC00732









AS SEEN IN SEPTEMBER 2011



# BUYING GUIDE



**90** Château Julien 2007 Private Reserve Merlot (Monterey County); $42. Nice to see such a nice Merlot from Château Julien, their best ever. It does what Merlot should, being dry and lush, with complex sour cherry, currant, herb, cocoa and spice flavors wrapped into smooth tannins. A lovely wine for drinking now. —S.H.





# CHÂTEAU JULIEN
WINE ESTATE

## Barrel Selected Wines

The Barrel Selected label was introduced to the Chateau Julien wine portfolio in 1998. These wines typically have mild tannins and forward fruit, making them extremely food-friendly and approachable upon release. Winemaker Bill Anderson recently expanded beyond our own vineyard to explore quality, diversity and unique varietal characteristics with local vineyard partners throughout Monterey County. Long term relationships based on nearly 30 years of local wine production has allowed Anderson the flexibility to draw from multiple sources to produce the best quality and value for our Barrel Selected wines. Aged in one- to three-year-old French and American oak barrels, these wines have been awarded numerous value accolades over the years.
Varietals include: Merlot, Cabernet Sauvignon, Chardonnay, Pinot Grigio and Moscato.



### 2009 MERLOT

**Tasting Notes:** Forward fruit aromas of ripe plum, cherry and soft raspberry balance mild tannins and a hint of cedar. A full bodied palate with complexity through the finish.

**Appellation:** Monterey County

**Varietal Composition:** 85% Merlot, 15% Cabernet Sauvignon

**Barrel Aging:** Aged for 14 months in 1- and 2-year-old French and American medium toast oak barrels after 12 days of warm, temperature-controlled fermentation on the skins.



### 2009 CABERNET SAUVIGNON

**Tasting Notes:** Aromas of dark blackberry fruit, dark chocolate and spice and highlighted by the perfect touch of vanilla. Medium bodied and well balanced, with structure through a full, round finish.

**Appellation:** Monterey County

**Varietal Composition:** 100% Cabernet Sauvignon

**Barrel Aging:** Slow fermented on the skins for two weeks and aged for 14 months in 1- and 2-year old French and American oak barrels.



### 2010 MOSCATO

**Tasting Notes:** Refreshing aromas of white peaches, honeydew melon and ripe apricots are balanced with a hint of citrusy lemon. This off-dry, easy sipping wine has a great mouth-feel with a bright, crisp finish. A wonderful aperitif, paired with a selection of light cheeses or sorbet.

**Appellation:** Monterey County

**Varietal Composition:** 100% Moscato



### 2010 CHARDONNAY

**Tasting Notes:** Aromas of ripe peaches, pear and lemony citrus are complemented with notes of toasted vanilla on the palate. Nice texture and balanced acidity with well-integrated components through a full finish.

**Appellation:** Monterey County

**Varietal Composition:** 100% Chardonnay

**Barrel Aging:** One hundred percent barrel fermented and aged for 9 months in 1- and 2-year-old French and American medium toast oak barrels.



### 2010 PINOT GRIGIO

**Tasting Notes:** A forward floral aroma of sun basked honeysuckles complements lively acidity and fresh melon nuances. This lighter style wine holds a full mouth feel texture and soft lingering finish.

**Appellation:** Monterey County

**Varietal Composition:** 97% Pinot Grigio, 3% Gewürztraminer

---

8940 Carmel Valley Rd., Carmel, CA 93923 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com

BABC00735





## Barrel Selected Merlot

# Top Retailer Recommended Merlot Earns 90 Points

*Beverage Dynamics, March/April 2011*

### ★★★★ Four Stars

90 points — A very good wine and an excellent value. A wine for which customers will keep coming back.

*Beverage Dynamics National Retailer Wine Panel*



"A chunky and fleshier style of merlot; hints of cocoa and black fruits in the nose; medium-bodied and mouth-filling and a long lasting finish."

87% Merlot and 13% Cabernet Sauvignon | Suggested Retail Price $12 bottle

### Winemaker Notes

Aromas of cedar, black raspberry and ripe plum grace a full bodied palate. Mild tannins and earthy tones balance forward fruit and add complexity through the finish.

### beverage dynamics National Retailer Wine Panel

David Alphonso — Back Bay Restaurant Group
Ryan Armstrong — Bottle Bargains
Bill Beard — Bowery & Vine Wine & Spirits
Adam Botts — Urban Tavern
Brad Bowman — North Ridge Wine
Ralph J. Bondon — Battista Vino & Spicy

Todd Breednall — Bay Ridge Wine & Spirit
Bryan Brick — KSL Wine Merchants
Keon Brodmerkel — Carmel Wine & Spirits
Steve Burnell — Washington State Liquor Control Board
Terri Burney — Grand Tastings
Steve Carpenter — Bottle King Liquors

Dave Cleveland — Premium Wine & Spirits
Ken Cottura — Pearl Wine Shop
Benjamin W. English — Scozzi Olde Season Wine & Liquor Shop
Peter Finkelstein — Mills Fine Wine & Spirits
Erin Fitzpatrick — The Waverly Inn
Cliff Froehlich — Twin Peaks Liquor

Maggie Gephart — Lkyozuma Wine Cellar
Charles Gibson — Hy Vee Wine & Spirit
Dennis J. Kohl — Trig's Cellar 70
Bob Lechowicz — Malloy's Finest Wine & Spirits
Arnie Lowin — Hamilton Beverage
Brad Lewis — ABC Fine Wines & Spirits

Daniel A. Manning — Hazbell's
Jack Mantle — Frugal MacDoogal's
Jerry Martellaro — Sam Leonard's Wines
Rick McLeod — Prime Wines & Spirits
Jorge L. Mendoza — The Ritz Carlton
Dustin Mitzel — Happy Harry's Bottle Shop
Dan O'Brien — Oakk Liquors

Christina Pesneo — Total Wine & More
Matthew A. Roxy — Crestwood Liquors
John Riley — Brown Derby Stores
Michael A. Schnefer, CWE — Vine 100
Steve Small — Yachon Wine
Michael Sorg — Liquor Barn
Matt Swingo — Scimppo on the Lake

Steve Tindle — Shaw's Crab House
Jeff Vigneux — Prestige Wine & Spirits
Rob Wand — The Grog Shop
Collin A. Williams — Spec's Wine, Spirits and Finer Foods
Wilfred Wong — Beverages and more!

6940 Carmel Valley Rd., Carmel, CA 93923 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com

BABC00736
Case: 17-05044   Doc# 109-18   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 5 of 15





## Barrel Selected Chardonnay

# Tasting Panel Recommended Chardonnay Earns 90 Points

*The Tasting Panel, October 2010*

### 90 Points

The Tasting Panel's Publisher and Executive Editor, Meridith May, selects her favorite wines and spirits of the month.

"Floral and bright: a sunny white that smacks of peaches and pansies. Mouth-filling and big bodied, it dresses up like spring."

100% Chardonnay

Suggested Retail Price: $12 bottle



### Winemaker Notes
Aromas of crisp apples, ripe pears and lemony citrus are complemented by subtle hints of vanilla and toasted oak. Nice texture and balanced acidity with well-integrated components through a full finish.

### Barrel Aged
One hundred percent barrel fermented and aged for 9 months in 1- and 2-year-old French and American medium toast oak barrels.

8940 Carmel Valley Rd., Carmel, CA 93923 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.chateaujulien.com

- 37 -

# EMERALD BAY Sustainable

*Water is essential to all known forms of known life, our world's most precious natural resource. At Emerald Bay we are committed to further education and growth towards sustainable, environmental winemaking practices. This process is essential in preserving the beauty of our environment and in keeping our bays pristine and emerald.*

## CENTRAL COAST APPELLATION

California's coastal grape growing region presents an ideal climate for Emerald Bay wines. Cool ocean breezes and coastal mountain ranges maintain moderate temperatures throughout the growing season enabling the grapes to stay on the vines longer. These extra days on the vine allow the grape flavors to intensify and represent the true varietal character.



### 2009 CABERNET SAUVIGNON

**Tasting Notes:** Aromas of black cherry, toasted almonds and chocolate notes are highlighted by mild tannins and subtle oak aging. A small blend of Merlot contributes smooth, soft finish and round, berry finesse.

**Alcohol:** 13.5%

**Varietal Composition:** 90% Cabernet Sauvignon, 10% Merlot

**Food Pairings:** Beef tenderloin with mushroom wine sauce, hearty selection of cheese, chocolate truffles, roasted meats, hearty stews.



### 2010 CHARDONNAY

**Tasting Notes:** Fresh, crisp citrus, toasted vanilla and ripe pineapple notes grace the palate with forward fruit aromas. A nice balance and acidity through the finish, enhanced by hints of malolactic and barrel fermented Chardonnay.

**Alcohol:** 13.5%

**Varietal Composition:** 100% Chardonnay

**Food Pairings:** Seasonal vegetables, grilled chicken, assorted shellfish, halibut, pasta with light wine or cream sauce.



### 2009 MERLOT

**Tasting Notes:** Full forward fruit aromas highlighted by dark currant, Bing cherry and soft vanilla notes. Soft tannins and a moderate complexity are enhanced by the small blend of Cabernet Sauvignon. Smooth through the finish.

**Alcohol:** 13.5%

**Varietal Composition:** 85% Merlot, 15% Cabernet Sauvignon

**Food Pairings:** Pork tenderloin, pasta with red sauce, grilled Salmon, wild mushroom risotto, roasted duck, vegetarian lasagna.



### 2010 WHITE ZINFANDEL

**Winemaker Notes:** Crisp and refreshing, with notes of fresh picked ripe, plump strawberries. This wine was cold fermented in stainless steel tanks to maintain natural residual sugars, complemented by a balanced acidity. Best when served chilled.

**Residual Sugar:** 5.0%

**Alcohol:** 11.5%

**Varietal Composition:** 100% White Zinfandel

**Food Pairings:** Strawberry shortcake, fresh fruit cocktail, raspberry tart, lighter fare, a great picnic wine.

*Emerald Bay wines are available in 750 ml and 1.5 liter sizes. Product of U.S.A.*

---

8940 Carmel Valley Rd., Carmel, CA 93923 | P.O. Box 221775, Carmel, CA 93922
Telephone 831 624 2600 | Facsimile 831 624 6138 | www.emeraldbay.net

BABC00738
Case: 17-05044  Doc# 109-18  Filed: 07/29/19  Entered: 07/29/19 21:25:52  Page 7 of 15



## IV. Financial Overview

### Proforma Income Statements

| Calendar years ending Dec 31 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| **Wine Sales Revenue** | | | | | |
| Wine Sales | | | | | |
| National | $ 1,851 | $ 2,777 | $ 3,610 | $ 4,332 | $ 4,766 |
| Retail | 1,582 | 1,819 | 2,092 | 2,301 | 2,531 |
| Discounts | (459) | (505) | (555) | (611) | (672) |
| Wine Sales Revenue | 2,974 | 4,091 | 5,147 | 6,022 | 6,625 |
| **Cost of Wine** | (1,320) | (1,703) | (2,202) | (2,531) | (2,837) |
| Gross Profit-Wine | 1,654 | 2,388 | 2,945 | 3,491 | 3,788 |
| **Events Revenue** | 1,194 | 1,315 | 1,328 | 1,341 | 1,355 |
| Gross Profit | 2,848 | 3,703 | 4,273 | 4,832 | 5,143 |
| **Operating Expenses** | 1,963 | 2,167 | 2,345 | 2,522 | 2,703 |
| Operating Income | $ 885 | $ 1,536 | $ 1,928 | $ 2,310 | $ 2,440 |



39

BABC00739



| Calendar years ending Dec 31 | 2008 | 2009 | 2010 | 6 Months ended June 30, 2011 |
|---|---|---|---|---|
| **Wine Sales Revenue** | | | | |
| Wine Sales | | | | |
| National | $ 1,116 | $ 997 | $ 954 | $ 809 |
| Retail | 1,604 | 1,574 | 1,488 | 723 |
| Discounts | (321) | (340) | (384) | (200) |
| Wine Sales Revenue | 2,399 | 2,231 | 2,058 | 1,332 |
| **Cost of Wine** | | | | |
| Per Margin Contrib | (1,132) | (1,221) | (1,114) | (772) |
| Intercompany Rent | 15 | 306 | 116 | 65 |
| Gross Profit-Wine | 1,282 | 1,316 | 1,060 | 625 |
| **Other Revenue** | | | | |
| Events | 1,237 | 805 | 1,227 | 379 |
| Discounts | (51) | (46) | (67) | (29) |
| Bulk Wine | 749 | 680 | 546 | 189 |
| Merchandise | 70 | 70 | 70 | 32 |
| Other | 6 | 6 | 6 | 3 |
| Other Revenue | 2,011 | 1,515 | 1,782 | 574 |
| **Cost of Revenue-Other** | (234) | (469) | (123) | 52 |
| Gross Profit-Other | 1,777 | 1,046 | 1,659 | 626 |
| Gross Profit | 3,059 | 2,362 | 2,719 | 1,251 |
| **Operating Expenses** | | | | |
| Direct | 1,653 | 1,129 | 1,456 | 603 |
| Indirect | 64 | 143 | 76 | 85 |
| Operating Expenses | 1,717 | 1,272 | 1,532 | 688 |
| Operating Income | $ 1,342 | $ 1,090 | $ 1,187 | $ 563 |

Note: Operating Expenses exclude Owners' Compensation



40



## Margin Contribution

| Calendar years ending Dec 31 | 2008 | 2009 | 2010 | 6 Months ended June 30, 2011 |
|---|---|---|---|---|
| **NATIONAL SALES** | | | | |
| Wine Sales Revenue | | | | |
| Wine Sales | $ 1,116 | $ 997 | $ 954 | $ 809 |
| Discounts | - | - | - | - |
| Wine Sales Revenue | 1,116 | 997 | 954 | 809 |
| Cost of Wine | 735 | 748 | 682 | 553 |
| Gross Profit | 381 | 249 | 272 | 256 |
| Operating Expenses | 210 | 147 | 177 | 132 |
| Operating Income-Distributor Sales | $ 171 | $ 102 | $ 95 | $ 124 |
| | | | | |
| **RETAIL SALES** | | | | |
| Wine Sales Revenue | | | | |
| Wine Sales | $ 1,604 | $ 1,574 | $ 1,488 | $ 723 |
| Discounts | (321) | (340) | (384) | (200) |
| Wine Sales Revenue | 1,283 | 1,234 | 1,104 | 523 |
| Cost of Wine | 397 | 473 | 432 | 219 |
| Gross Profit | 886 | 761 | 672 | 304 |
| Operating Expenses | 592 | 442 | 438 | 194 |
| Operating Income-Retail Sales | $ 294 | $ 319 | $ 234 | $ 110 |
| | | | | |
| **EVENTS** | | | | |
| Revenue | | | | |
| Events Revenue | $ 1,237 | $ 805 | $ 1,227 | $ 379 |
| Discounts | (51) | (46) | (67) | (29) |
| Wine Sales Revenue | 1,186 | 759 | 1,160 | 350 |
| Cost of Sales | 12 | 13 | 25 | 4 |
| Gross Profit | 1,174 | 746 | 1,135 | 346 |
| Operating Expenses | 851 | 540 | 841 | 277 |
| Operating Income-Events | $ 323 | $ 206 | $ 294 | $ 69 |



41

# EXHIBIT 34



In the Matter Of:

MUFG UNION BANK

vs

ROBERT BROWER, et al.

ROBERT BROWER

February 21, 2019

Case No:

CERTIFIED COPY

Case: 17-05044   Doc# 109-18   Filed: 07/29/19   Entered: 07/29/19 21:25:52   Page 12 of 15

1  Q.   Who do you contend are the current
2  shareholders of Coastal Cypress Corporation Delaware?
3  A.   Robert Brower, Patricia Brower Trust,
4  Rich Babcock, Anthony Nobles, and Chualar Canyon
5  Ranch Supply.
6  Q.   In terms of the shares owned by the
7  shareholders, the number specified on this Exhibit 1
8  for Patricia Brower Trust is 125,000 shares; is that
9  correct?
10  A.   I believe that is correct.
11  Q.   And is that consistent with your
12  understanding of the Patricia Brower Trust's current
13  ownership of Coastal Cypress Corporation Delaware?
14  A.   Yes.
15  Q.   And to back up, this Exhibit 1 pertains
16  to Coastal Cypress California, correct?
17  A.   Yes.
18  Q.   So is the case that when Coastal Cypress
19  Delaware -- Coastal Cypress Corporation California
20  merged into Coastal Cypress Corporation Delaware, was
21  it just a straight-across exchange of shares?
22       In other words, if Patricia Bower Trust
23  had 125,000 shares of Coastal Cypress Corporation
24  California, shares it simply was exchanged for the
25  same number of Coastal Cypress Corporation Delaware

72

1    shares?
2        A.    The aggregate, yes.
3        Q.    And was the same true for all other
4    shareholders of Coastal Cypress Corporation
5    California at that time?
6        A.    Correct.
7        Q.    This Exhibit 1 reflects 50,000 shares
8    owned by Richard J. Babcock, correct?
9        A.    Correct.
10       Q.    And is it your contention that he owns
11   the same number of shares in Coastal Delaware?
12       A.    Yes.
13       Q.    This document reflects Anthony Nobles'
14   ownership of 200,000 shares, correct?
15       A.    Correct.
16       Q.    And is it your contention that that is
17   the same number of shares that he currently owns in
18   Coastal Delaware?
19       A.    Correct.
20       Q.    As to Chualar Canyon Ranch Supply, this
21   document reflects that entity owning 355,000 shares
22   of Coastal; is that correct?
23       A.    Yes.
24       Q.    And is it your contention that that
25   entity currently owns the same number of shares of

1  Coastal Delaware?
2       A.    Correct.
3       Q.    And how many shares of Coastal Delaware
4  do you currently own?
5       A.    I don't remember the exact number.
6       Q.    Is it the same number of shares of
7  Coastal California that you owned at the time of the
8  Coastal California-Coastal Delaware merger?
9       A.    Yes.
10      Q.    The date reflected here on the left side
11 of the stockholders' name column, and specifically
12 for Chualar Canyon Ranch Supply, is that date,
13 12-19-1987, consistent with your understanding of
14 when of Chualar Canyon Ranch Supply acquired its
15 shares of Coastal Cypress?
16      A.    I believe it would be, yes.
17      Q.    And as to Anthony Nobles and Richard
18 Babcock, the dates next to their names are
19 January 22nd of 2011.
20            Is that consistent with your
21 understanding of when they acquired their Coastal
22 shares?
23      A.    Yes.
24      Q.    And the date next to Patricia Brower
25 Trust is July 1, 2015.

74