David W. Balch, Esq. (SBN 226519)
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Tel: 831.754.2444

Attorneys for Coastal Cypress Corporation, Wilfred "Butch" Lindley
Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Robert Brower, Sr.* | Case No.: 15-50801 (MEH) |
| Debtor. | Chapter 11 |
| MUFG UNION BANK, N.A., | Adv. Proc. No. 17-05044 |
| Plaintiff, | **DECLARATION OF DAVID W. BALCH** |
| v. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | Place: United States Bankruptcy Court 280 South First Street San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond<br>Crtrm: 3020 |
| Defendants. | |

I, David W. Balch, declare as follows:

1. I am an attorney licensed to practice law before this Court and attorney of record for all defendants except Richard Babcock and Anthony Nobles. I make this declaration upon

1

Declaration of David Balch

personal knowledge, and if called upon to testify, I could and would do so.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant Butch Lindley's Supplemental Response to Plaintiff's Interrogatories, Set One.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Dated this 29th day of July 2019, in Salinas, California.

By: _____
David W. Balch

---

2

Declaration of David Balch

# EXHIBIT A

```
 1  David W. Balch, Esq. SBN 226519
    JRG Attorneys at Law
 2  318 Cayuga Street
    Salinas, California 93901
 3  Telephone: (831) 754-2444
    Facsimile: (831) 754-2011
 4
    Attorney for Defendant,
 5  Coastal Cypress Corporation, et al.
 6
 7
 8              UNITED STATES BANKRUPTCY COURT
 9          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE
10
```

| | |
|---|---|
| In re Robert Brower, Sr. | Case No. 15-50801 |
| Debtor. | Chapter 11 |
| | Adv. Proc. No. 17-05044 |
| MUFG UNION BANK, N.A., | **DEFENDANT, WILFORD "BUTCH" LINDLEY'S, SUPPLEMENTAL RESPONSE TO PLAINTIF MUFG UNION BANK, N.A.'S INTERROGATORIES, SET ONE** |
| Plaintiff, | |
| v. | |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | |
| Defendants. | |

PROPOUNDING PARTY: PLAINTIFF MUFG UNION BANK, N.A.

RESPONDING PARTY: DEFENDANT WILFORD "BUTCH" LINDLEY

SET NO.: ONE

ADV. PROC. NO. 17-05044
Supplemental Response to Interrogatories - Lindley

1

## PREFATORY STATEMENT

This responding party has not yet completed the investigation of the facts in this case, has not completed discovery in this action, and has not completed preparation for trial. Each of the following responses is based on information, documents, and writings presently available to and located by the responding party. Discovery is continuing and will continue as long as permitted by rule, statute, or stipulation of the parties to this action. The following responses are given without prejudice to responding party's right to produce evidence of any additional or subsequently discovered facts, documents, items or other matters.

## GENERAL INCORPORATED OBJECTIONS

1. This responding party objects to the interrogatories to the extent that they ask this answering party to identify or disclose material reflecting confidential communications with attorneys, materials protected by the attorney work product doctrine, or expert witness information subject to the disclosure provisions of California Code of Civil Procedure § 2034, on the grounds that each such interrogatory is overly broad, burdensome and oppressive, seeks disclosure of privileged and protected information, and is beyond the scope of discovery permitted pursuant to the Code of Civil Procedure.

2. This responding party objects to the interrogatories in their entirety on the grounds that they seek information equally available to the propounding party from other sources.

3. This responding party objects to each request to the extent that it seeks information that is privileged or protected by the attorney-client privilege, the attorney work-product doctrine, or any other constitutional, statutory, common-law or applicable privilege(s), right of privacy, or protection ("Privileged Information"), and this responding party hereby asserts such privileges. Any inadvertent disclosure of any Privileged Information shall not be deemed to constitute a waiver of any such privileges or doctrines.

4. This responding party objects to each request to the extent that it seeks the premature disclosure of expert opinion, or to the extent it calls for a legal conclusion.

5. This responding party objects to each request to the extent that it seeks

information that is protected or prohibited from disclosure under California or other applicable law, including, but not limited to, the right of privacy, as well as any other confidentiality rights possessed by third parties.

6. This responding party objects to each request to the extent that it calls for trade secret, proprietary, confidential or other sensitive or private information.

Notwithstanding and without waiving the foregoing objections, each of which is incorporated by reference into each response below, Defendant, W. B. "Butch" Lindley, responds to Plaintiff's Special Interrogatories, as follows:

## SUPPLEMENTAL RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 2:**

Identify by date, amount, manner of payment (if by check, wire transfer, or credit card, please identify the FINANCIAL INSTITUTION and account number from which the payment originated and, if applicable, to which the payment was wired), and reason for payment, all payments YOU have made to COASTAL CALIFORNIA.

**INTIIAL RESPONSE TO INTERROGATORY NO. 2:**

Responding Party objects to this request on the grounds that this request is overbroad and unduly burdensome. Responding party further objects to this request because it seeks information that is not relevant to this dispute and not likely to lead to the discovery of admissible evidence. Moreover, Responding Party objects to this request based upon its right of financial and personal privacy under both the California Constitution and U.S. Constitution.

Subject to and without waiving these objections, Responding Party responds as follows: Responding Party recalls that, in or about 1987, Responding Party made a payment of some type in consideration for stock in COASTAL CALIFORNIA. However, he does not recall the amount(s), nature, or type of consideration paid. The account used has been closed and Responding Party no longer has those records.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Responding Party hereby provides the following supplemental information responsive to this request: Responding party did not pay cash for his shares in Coastal and made no other

3

ADV. PROC. NO. 17-05044
Supplemental Response to Interrogatories - Lindley

payments to Coastal. Responding party provided certain goods and services—such as certain portions of the grape crops from his grape-growing operation, and the provision of his services to assist Coastal and Chateau Julien in CJ's efforts to lease land, grow grapes, and produce wine. To the best of responding party's recollection, these exchanges began in approximately 1984, and continued sporadically through approximately 2008.

Dated: April 5, 2018

JRG Attorneys at Law

By: _____
David W. Balch, Esq.
Attorney for Defendant
WILFORD "BUTCH" LINDLEY

## VERIFICATION

I, Wilford "Butch" Lindley, declare:

I am a Defendant in the above-entitled action. I have read the foregoing SUPPLEMENTAL RESPONSES TO SPECIAL INTERROGATORIES and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of April, 2018, at Salinas, California.

*Wilford "Butch" Lindley*

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is: 318 Cayuga Street, Salinas, California 93901.

On this date, I served the foregoing documents described as **DEFENDANT WILFORD "BUTCH" LINDLEY'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES, SET ONE** on the interested party(ies) listed below in this action as follows:

| | |
|---|---|
| Steven B. Sacks<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>Four Embarcadero Center 17th Floor<br>San Francisco, CA 94111-9100<br>Attorneys for Union Bank<br>ssacks@sheppardmullin.com<br>iweedn@sheppardmullin.com<br>mlauter@sheppardmullin.com | Bobby Samini<br>bsamini@SaminiLaw.com<br>C. Prado<br>nprado@SaminiLaw.com<br><br>Ryan Stubbe<br>Ryan@jlglawyers.com<br>Michael Jaurigue<br>Michael@jlglawyers.com |

_____ **BY MAIL**: By placing a copy(ies) thereof in a sealed envelope(s) addressed to the above-listed person(s) and place(s) of business. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States postal service on that same day with postage thereon fully prepaid at Monterey, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X** **BY ELECTRONIC MAIL**: By electronically serving the document(s) to the electronic mail address(es) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 10, 2018, at Salinas, California.

MICHELLE BARTY-BILLECI