David W. Balch, Esq. (SBN 226519)
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Tel: 831.754.2444

Attorneys for Coastal Cypress Corporation, Wilfred "Butch" Lindley
Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Robert Brower, Sr.*<br><br>Debtor. | Case No.: 15-50801 (MEH)<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>    Plaintiff,<br>v.<br><br>ROBERT BROWER, SR., an individual,<br>PATRICIA BROWER, an individual,<br>COASTAL CYPRESS CORPORATION, a<br>California corporation, COASTAL CYPRESS<br>CORPORATION, a Delaware corporation,<br>AMERICAN COMMERCIAL<br>PROPERTIES, INC., a Nevada corporation,<br>ANTHONY NOBLES, an individual,<br>WILFRED "BUTCH" LINDLEY, an<br>individual, RICHARD BABCOCK, an<br>individual, PATRICIA BROWER TRUST,<br>and DOES 1-50,<br><br>    Defendants. | Adv. Proc. No. 17-05044<br><br>**DECLARATION OF ROBERT<br>BROWER, SR.**<br><br>**VOLUME III**<br><br>Place:    United States Bankruptcy Court<br>           280 South First Street<br>           San Jose, CA 95113<br>Judge:   Hon. M. Elaine Hammond<br>Crtrm:  3020<br><br>Date:  August 26, 2019<br>Time:  11:00 am<br>Courtroooom: 3020 |

# VOLUME III
# EXHIBITS I-L

1

Declaration of Robert Brower, Sr.

# EXHIBIT I

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2011 or tax year beginning _____, 2011, ending _____
► See separate instructions.

OMB No. 1545-0123
**2011**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch PH) ☐
3 Personal service corp (see instrs) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: COASTAL CYPRESS CORPORATION
Number, street, and room or suite number. If a P.O. box, see instructions.
P.O. BOX 221775
City or town: CARMEL   State: CA   ZIP code: 93922

**B** Employer Identification number: 94-2817154
**C** Date incorporated: 02/25/1982
**D** Total assets (see instructions): $ 5,404,382.

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change ☐

| | | | Amount |
|---|---|---|---|
| 1a | Merchant card and third-party payments. For 2011, enter -0- | 1a | 0. |
| b | Gross receipts or sales not reported on line 1a (see instructions) | 1b | |
| c | Total. Add lines 1a and 1b | 1c | 0. |
| d | Returns and allowances plus any other adjustments (see instructions) | 1d | |
| e | Subtract line 1d from line 1c | 1e | 0. |
| 2 | Cost of goods sold from Form 1125-A, line 8 (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1e | 3 | 0. |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | 404,400. |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions — attach schedule) See Other Income Statement | 10 | 960. |
| 11 | Total income. Add lines 3 through 10 | 11 | 405,360. |
| 12 | Compensation of officers from Form 1125-E, line 4 (attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | |
| 17 | Taxes and licenses | 17 | 53,999. |
| 18 | Interest | 18 | 303,159. |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 194,467. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc, plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule) - See Other Deductions Statement | 26 | 49,057. |
| 27 | Total deductions. Add lines 12 through 26 | 27 | 600,682. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -195,322. |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | |
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | -195,322. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2012 estimated tax _____ Refunded ► | 36 | |

Handwritten annotations: DATE REC'D 4/13/12, OFFICER U12, TICKLER LM, book w/ref

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature]   Date: 3/13/12   Title: TREASURER

May the IRS discuss this return with the preparer shown below (see instructions)? Yes ☐ No ☐

**Paid Preparer Use Only**
Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN
Firm's name ► Self-Prepared
Firm's address ►
Firm's EIN ►
Phone no.

BAA For Paperwork Reduction Act Notice, see separate instructions.
CPCA0212 12/12/11
Form 1120 (2011)

EXHIBIT 3

UB0005273

Case: 17-05044   Doc# 113-7   Filed: 07/29/19   Entered: 07/29/19 23:27:46   Page 3 of 27

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 4,363. | | 9,407. |
| 2a Trade notes and accounts receivable | 1,208,812. | | 1,344,142. | |
| b Less allowance for bad debts | 0. | 1,208,812. | 0. | 1,344,142. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach schedule) | | | | |
| 10a Buildings and other depreciable assets | 7,329,160. | | 7,329,160. | |
| b Less accumulated depreciation | 3,762,529. | 3,566,631. | 3,995,148. | 3,334,012. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | 703,573. | | 703,573. |
| b Less accumulated amortization | 103,375. | | 103,375. | |
| 14 Other assets (attach schedule) | 81,825. | 21,550. | 90,127. | 13,248. |
| 15 Total assets | | 5,504,929. | | 5,404,382. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 16,450. | | 11,451. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch) | | 140,016. | | 140,016. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach schedule) | | 5,072,485. | | 4,931,948. |
| 22 Capital stock: a Preferred stock | | | 250,000. | |
| b Common stock | 933,000. | 933,000. | 933,000. | 1,183,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings — Appropr (att sch) | | | | |
| 25 Retained earnings — Unappropriated | | -657,022. | | -862,033. |
| 26 Adjmts to shareholders' equity (att sch) | | | | |
| 27 Less cost of treasury stock | | | | |
| 28 Total liabilities and shareholders' equity | | 5,504,929. | | 5,404,382. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -205,011. | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | 0. | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| a Depreciation $ 71,798. | | a Depreciation $ | | |
| b Charitable contributions $ | | b Charitable contribns $ | | |
| c Travel & entertainment $ | | See Ln 8 Stmt | 28,463. | |
| | | | | 28,463. |
| 6 Add lines 1 through 5 | 71,798. | 9 Add lines 7 and 8 | | 28,463. |
| | -133,213. | 10 Income (page 1, line 28) — line 6 less line 9 | | -161,676. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -657,022. | 5 Distributions: a Cash | | 0. |
| 2 Net income (loss) per books | -205,011. | b Stock | 0. c Property | 0. |
| 3 Other increases (itemize): | | 6 Other decreases (itemize): | | |
| | | 7 Add lines 5 and 6 | | 0. |
| 4 Add lines 1, 2, and 3 | -862,033. | 8 Balance at end of year (line 4 less line 7) | | -862,033. |

CPCA0234  10/31/11                                                      Form 1120 (2011)

UB0005277

# CREDIT AUTHORIZATION (CA)

| Date: | 5/9/12 | Address: | Mailing: P.O. Box 221775 Carmel, CA 93922-1775 |
|---|---|---|---|
| Borrower: | Chateau Julien, Inc. | Phone #: | 831-624-2600 |
| Relationship: | Chateau Julien, Inc. / Coastal Cypress Corp. | TIN/SSN: | 77-0072861 |
| Contact: | Robert S. Brower | Holding/Operating: | Operating |
| Borrower Rating: | 8 | Legal Entity: | C Corp |
| NAICS: | 312130 | HVC (Yes/No): | No |
| Industry Type: | 31-33-Manufacturing | SNC (Yes/No): | No |
| Lending Unit: | 2015-Monterey | HRI (Yes/No): | Yes |
| CIF Off./Code #: | Todd Stornetta / M12 | Documentation Prep: | Loan Services |
| Responsible RM/Code #: | Todd Stornetta / M12 | Check box if this is a change to Vision. ☐ | |

| A | B | C | D | E |
|---|---|---|---|---|
| Total Aggregate Debt | Aggregated Debt for Loan Approval *(less carve outs)* | Amount of this Request | Total Relationship Debt *(for informational purposes only)* | Total C&I Debt |
| $9,875,120. | $9,875,120. | $4,850,000. | $9,875,120. | $9,875,120. |

## Facility #1

| | Change to Existing? | | | |
|---|---|---|---|---|
| Amount: | ☐ | $4,850,000. | | |
| New Money: | | No | | |
| Type of Credit: | ☐ | **C&I** 34-Comml Asset Based LOC | | |
| Sub-Limits: | ☐ | $3,500,000 cap on bulk wine inventory only during period September through May and $3,000,000 cap during June through August. | | |
| CLIFO/SWEEP: | ☐ | Sweep # 41002940 | | |
| Action: | | Extension | | |
| Facility Risk Rating: | ☐ | Current Grade: 8 | Proposed Grade: 8 | An RGC must be submitted if changed. |
| Accrual/Non-Accrual: | ☐ | Accrual | | |
| TDR: | ☐ | No | | |
| Loan Number: | ☐ | #10817047 LIBOR Based Advances; #10817039 PRIME Based Advances | | |
| Master Plan Number: | ☐ | 999000001 | | |
| Summary Purpose: | ☐ | Short term extension to ABL facility used to support trading assets; extension to allow customer to sell business or find another lender. | | |
| Purpose Code: | ☐ | **Business Purpose** 58-Working Capital | | |
| Comptroller Call Code: | ☐ | 04A0: Commercial Industrial | See CBG Comptroller Reference Guide for more detailed information. | |
| Repayment Sources – Primary: | | Operating cash flow. | | |
| Secondary: | | Liquidation of collateral. | | |
| Tertiary: | | Call on Guarantor. | | |
| Repayment Schedule: | | Interest due monthly; Principal due at maturity. | | |
| Current Maturity Date: | ☒ | 5/31/12 | | |
| Amortization / Maturity / Repricing Period: | ☒ | 90 days. | | |
| Review Dates: | ☐ | Annual @ renewal or quarterly while on UMCA schedule (currently on quarterly UMCA schedule). | | |
| Pricing – Rate: | ☐ | WSJ Prime or LIBOR + 2.5% option 1, 2, 3, 6 months. (Libor advances to be | | |

Chateau Julien, Inc. (05-12)   CA (Form Revised 11/11)

**EXHIBIT 1**   T. Stornetta   5/13/19

UB0002393

| | | |
|---|---|---|
| | | $250M). Borrower is also set up on credit sweep. |
| **Floor:** | ☐ | 25% |
| **Prepayment Penalty:** | ☐ | N/A |
| **Fees:** | ☐ | Type: N/A |
| | | Amount: $0.00 |
| **Collateral:** | ☐ | Secured |
| **Abundance of Caution:** | ☐ | No   If Yes, the facility must meet the definition in GLLP Section 21.00. |
| **Description:** | ☐ | UCC Blanket Lien |
| **Location:** | ☐ | 8890 & 8940 Carmel Valley Road, Carmel, CA  93922 |
| **Valuation:** | ☒ | 1) $8,780,131. (or $4,878,680. total eligible collateral based on advance rates)<br>2) $9,052,690. |
| **Valuation Source & Date:** | ☒ | 1) ABL Borrowing Base Certificate 3/31/12<br>2) Collateral Exam dated 3/17/11 by Guardian Examination Service, LLC (next exam is scheduled for 5/31/12). |
| **LTV / LTC:** | ☒ | 1) 56% (or 100% total eligible collateral based on advance rates)<br>2) 54% |
| **Maintenance Rate:** | ☐ | N/A |
| **Priority Liens:** | ☐ | N/A |
| **Guarantors – Names:** | ☐ | Robert S. Brower |

| Additional Credit Information – Overall Relationship | |
|---|---|
| **Deposits – Direct:** | $11,095. |
| **Deposits – Indirect:** | $0. |
| **Deposits – Aggregate:** | $11,095.<br>Avg. YTD (4 mos.) $17,522.<br>Avg. LYR (12 mos.) $61,030. |
| **Borrower Credit History:** | D&B Report dated 4/4/12 shows 24-month D&B Paydex Score of 65 (vs. last year's score of 68), which means when weighted by dollar amount, payments to suppliers average 19 days beyond terms (vs. 17 days last year). The industry average is 79, or 2 days beyond terms.  Predictive Analysis Financial Stress Score is 4, which falls between moderate – high, and indicates a higher risk than other companies in the same region/ industry/ employee size/ years in business.  Credit Score Class is 2- "Good"; and History is described as "Clear".  There are 23 payment experiences in D&B's file, with 6 experiences during the last three month period.  The highest "Now Owes" on file is $2,500. and the highest "Past Due" is $0. |

| | |
|---|---|
| **Guarantors – Names:** | Robert S. Brower |
| **SSN / TIN:** | 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 |
| **Net Worth / As of Date:** | $9,857M as of 12/31/11 |
| **Guaranty Amount:** | Unlimited |
| **Contingent Liability:**<br>**(Exclude PCB debt)** | $127M mortgage on Brower's personal residence, under American Commercial Properties, Inc.  Brower is 100% owner of the entity.  DS is included under Brower's personal existing debt service in Moody's. |
| **Guarantor Credit History:** | Credit Report dated 4/27/12 shows FICO score of 792.  Credit history dates back to 1968 with no reported delinquencies on file.  There are a total of 16 tradelines, 8 of which are paid/ closed.   There are no mortgage accounts on file. The existing tradelines are all revolving credit card accounts. |

## Current Status/ Short-Term Extension

The Bank's original intent, prior to receiving unfavorable FYE 2011 and 3-31-12 information, plus disclosure of ownership information previously undisclosed to us, was to consider a full renewal of the ABL line of credit. In addition to these new factors, Mr. Brower has also informed the Bank that he is in process of selling either the winery real estate or the business as a whole. Accordingly, we are now offering him a 90 day extension during which he can either accomplish the sale of the business or find another lender. On June 7, the RM and Regional Manager met with him and presented the Bank's ·sition. He acknowledged that he anticipated that and was in process of seeking alternate financing.

UB0002394

Related: Coastal Cypress Corp.

Real Estate Holding Company for Chateau Julien, Inc., 100% owned by Brower. Chateau Julien, Inc. pays rent to Coastal Cypress Corp. Financial spreads are included for informational/discussion purposes.

Coastal Cypress Corporation (CoastalCyp)
Detailed Balance Sheet - Actual and %

| Statement Date | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | |
|---|---|---|---|---|---|---|
| Months Covered | 12 | | 12 | | 12 | |
| Audit Mthd | Tax Return | | Tax Return | | Tax Return | |
| Accountant | Self-Prepared | | Self-Prepared | | Self-Prepared | |
| Analyst | LM | | rlm | | LM | |
| Stmt Type | Annual | | Annual | | Annual | |
| **CURRENT ASSETS** | | | | | | |
| Cash | 301,135 | 5.4 | 4,363 | 0.1 | 9,407 | 0.2 |
| Due from Related Co - CP | 753,022 | 13.5 | 1,208,812 | 22.0 | 1,344,142 | 24.9 |
| TOTAL CURRENT ASSETS | 1,054,157 | 18.8 | 1,213,175 | 22.0 | 1,353,549 | 25.0 |
| **NON-CURRENT ASSETS** | | | | | | |
| Land | 703,573 | 12.6 | 703,573 | 12.8 | 703,573 | 13.0 |
| Buildings & Improvements | 5,509,541 | 98.4 | 5,509,541 | 100.1 | 5,509,541 | 101.9 |
| Machinery & Equipment | 1,819,619 | 32.5 | 1,819,619 | 33.1 | 1,819,619 | 33.7 |
| Gross Fixed Assets | 8,032,733 | 143.5 | 8,032,733 | 145.9 | 8,032,733 | 148.6 |
| Accumulated Deprec (-) | 3,519,959 | 62.9 | 3,762,529 | 68.3 | 3,995,148 | 73.9 |
| Total Fixed Assets - Net | 4,512,774 | 80.6 | 4,270,204 | 77.6 | 4,037,585 | 74.7 |
| Intangibles-Organization Fees (Net) | 31,521 | 0.6 | 21,550 | 0.4 | 13,248 | 0.2 |
| TOTAL NON-CURRENT ASSETS | 4,544,295 | 81.2 | 4,291,754 | 78.0 | 4,050,833 | 75.0 |
| TOTAL ASSETS | 5,598,452 | 100.0 | 5,504,929 | 100.0 | 5,404,382 | 100.0 |
| **CURRENT LIABILITIES** | | | | | | |
| CPLTD-Bank | 133,524 | 2.4 | 140,016 | 2.5 | 140,016 | 2.6 |
| Accounts Payable-Trade | 3,394 | 0.1 | 16,450 | 0.3 | 11,451 | 0.2 |
| TOTAL CURRENT LIABILITIES | 136,918 | 2.4 | 156,466 | 2.8 | 151,467 | 2.8 |
| **NON-CURRENT LIABILITIES** | | | | | | |
| Long Term Debt-Bank | 5,214,993 | 93.2 | 5,072,485 | 92.1 | 4,931,948 | 91.3 |
| TOTAL NON-CURRENT LIABILITIES | 5,214,993 | 93.2 | 5,072,485 | 92.1 | 4,931,948 | 91.3 |
| TOTAL LIABILITIES | 5,351,911 | 95.6 | 5,228,951 | 95.0 | 5,083,415 | 94.1 |
| **NET WORTH** | | | | | | |
| Common Stock | 933,000 | 16.7 | 933,000 | 16.9 | 1,183,000 | 21.9 |
| Retained Earnings | (686,459) | (12.3) | (657,022) | (11.9) | (862,033) | (16.0) |
| TOTAL NET WORTH | 246,541 | 4.4 | 275,978 | 5.0 | 320,967 | 5.9 |
| TOTAL LIABILITIES & NET WORTH | 5,598,452 | 100.0 | 5,504,929 | 100.0 | 5,404,382 | 100.0 |
| Working Capital | 917,239 | 16.4 | 1,056,709 | 19.2 | 1,202,082 | 22.2 |
| Tang Net Worth-Actual | 215,020 | 3.8 | 254,428 | 4.6 | 307,719 | 5.7 |

Notes:

1. Account Balance: Due from Related Co - CP - 12/31/2011 (12)
Listed as an A/R on previous Moody's spreads; this is a Note Rec due from related Chateau Julien, Inc., under discretionary repayment terms.

Coastal Cypress Corporation (CoastalCyp)
Detailed Income Statement - Actual and %

| Statement Date | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | |
|---|---|---|---|---|---|---|
| Months Covered | 12 | | 12 | | 12 | |
| Audit Mthd | Tax Return | | Tax Return | | Tax Return | |
| Accountant | Self-Prepared | | Self-Prepared | | Self-Prepared | |
| Analyst | LM | | rlm | | LM | |
| Stmt Type | Annual | | Annual | | Annual | |
| Lease Revenue | 710,772 | 100.0 | 710,772 | 100.0 | 404,400 | 100.0 |
| **GROSS PROFIT** | 710,772 | 100.0 | 710,772 | 100.0 | 404,400 | 100.0 |
| Depreciation | 253,616 | 35.7 | 210,347 | 29.6 | 232,619 | 57.5 |
| Amortization | 10,337 | 1.5 | 42,193 | 5.9 | 8,301 | 2.1 |
| Operating Expense | 134,707 | 19.0 | 121,116 | 17.0 | 65,492 | 16.2 |
| TOTAL OPERATING EXPENSE | 398,659 | 56.1 | 373,656 | 52.6 | 306,412 | 75.8 |
| NET OPERATING PROFIT | 312,113 | 43.9 | 337,116 | 47.4 | 97,988 | 24.2 |
| Interest Expense (-) | 342,649 | 48.2 | 307,679 | 43.3 | 303,159 | 75.0 |
| Interest Income | 149 | - | - | - | - | - |
| Total Interest Inc(Exp) | (342,500) | (48.2) | (307,679) | (43.3) | (303,159) | (75.0) |
| Other Income | 12 | - | - | - | 950 | 0.2 |

Chateau Julien, Inc. (05-12)          CA (Form Revised 11/11)                    23

UB0002415

## COASTAL CYPRESS CORPORATION
## BALANCE SHEET
### FOR THE PERIODS ENDING DECEMBER 2011 AND 2010
### (UNAUDITED)

### A S S E T S

|  | 12/31/11 | 12/31/10 |
|---|---|---|
| **CURRENT ASSETS:** |  |  |
| CASH OR EQUIVELENTS | $9,407 | $4,363 |
| ACCOUNTS/NOTES RECEIVABLE *— Due from Chateau* | $1,344,142 | $1,208,812 |
| DEPOSITS AND PREPAID EXPENSES *Julien.* | $0 | $0 |
| *repayment is* |  |  |
| **TOTAL CURRENT ASSETS:** *discretionary.* | $1,353,548 | $1,213,175 |
|  |  |  |
| **EQUIPMENT & LEASEHOLD IMPROVEMENTS:** |  |  |
| LAND | $703,573 | $703,573 |
| BUILDINGS | $5,509,541 | $5,509,541 |
| EQUIPMENT | $1,819,619 | $1,819,619 |
|  |  |  |
| TOTAL EQUIP. AND IMPROVEMENTS | $8,032,733 | $8,032,733 |
| LESS: ACCUMULATED DEPRECIATION | ($3,995,148) | ($3,762,529) |
|  |  |  |
| **EQUIPMENT & LEASEHOLD IMPROVEMENTS, NET** | $4,037,585 | $4,270,204 |
|  |  |  |
| **OTHER ASSETS:** |  |  |
| AMORTIZABLE EXPENSES & FEES AT NET | $13,248 | $21,550 |
| TOTAL OTHER ASSETS | $13,248 | $21,550 |
|  |  |  |
| **TOTAL ASSETS:** | $5,404,381 | $5,504,929 |

*DATE REC'D 4/13/12*
*OFFICER __ M12*
*TICKLER __ im*

### L I A B I L I T I E S   A N D
### S T O C K H O L D E R S '   E Q U I T Y

|  | 12/31/11 | 12/31/10 |
|---|---|---|
| **CURRENT LIABILITIES:** |  |  |
| ACCOUNTS PAYABLE | $11,451 | $16,451 |
| CURRENT MATURITY OF LONG TERM DEBT | $140,016 | $140,016 |
|  |  |  |
| TOTAL CURRENT LIABILITIES | $151,467 | $156,467 |
|  |  |  |
| **LONG-TERM DEBT, NET OF CURRENT MATURITY** | $4,931,948 | $5,072,485 |
|  |  |  |
| **STOCKHOLDERS' EQUITY:** |  |  |
| CAPITAL /PREFERED STOCK | $1,183,000 | $933,000 |
| RETAINED EARNINGS | ($862,033) | ($657,023) |
|  |  |  |
| **TOTAL STOCKHOLDERS' EQUITY** | $320,967 | $275,977 |
|  |  |  |
| **TOTAL LIABILITIES AND STOCKHLDS EQUITY** | $5,404,381 | $5,504,929 |

EXHIBIT
4
Ti Stornetto 5/16/19
FENSAD 800-631-6989

*Robert J Brewer, President*
*April 12, 2012*

UB0006105

### COASTAL CYPRESS CORPORATION
### STATEMENT OF INCOME AND EXPENSE
#### FOR THE PERIODS ENDING DECEMBER 2011 AND 2010
#### (UNAUDITED)

|  | 12/31/11 | 12/31/10 |
|---|---|---|
| **INCOME:** |  |  |
| LEASE REVENUE | $404,400 | $710,772 |
| **TOTAL REVENUE** | **$404,400** | **$710,772** |
|  |  |  |
| **OPERATING EXPENSES:** |  |  |
| PROPERTY TAXES | $53,999 | $53,610 |
| LEGAL/ACCOUNTING FEES | $645 | $640 |
| MEETINGS & CONVENTIONS | $0 | $7,197 |
| BANK CHARGES | $19 | $350 |
| LICENSES/FEES/PERMITS | $5,650 | $9,246 |
| OFFICE & TELEPHONE | $761 | $33,648 |
| GENERAL MAINTENANCE | $4,418 | $10,454 |
| OPERATING AREA SUPPLIES | $0 | $5,171 |
| **TOTAL EXPENSES** | $66,491 | $120,316 |
|  |  |  |
| **OPERATING INCOME:** | **$338,909** | **$590,456** |
|  |  |  |
| **OTHER INCOME & EXPENSE:** |  |  |
| INTEREST EXPENSE | ($303,159) | ($307,679) |
| OTHER INCOME/EXPENSE | $960 | $1 |
| DEPRECIATION | ($232,619) | ($242,569) |
| AMORTIZATION | ($8,301) | ($9,971) |
|  |  |  |
| **NET PRETAX PROFIT** | **($204,211)** | **$30,238** |
|  |  |  |
| FEDERAL & STATE INCOME TAXES | $800 | $800 |
|  |  |  |
| **NET INCOME** | **($205,011)** | **$29,438** |

< $205,010 >

*Robert Sakawa, President*

April 12, 2012

UB0006106

Case: 17-05044    Doc# 113-7    Filed: 07/29/19    Entered: 07/29/19 23:27:46    Page 11
of 27



# EXHIBIT J

Todd - Here are the accounting answers for your questions. Coastal Cypress Corporation receives $6,000 from house rents (single family house) and $704,772 from Chateau Julien. That amount was required to be allocated in all past years by CJ as follows. $398,400 to direct expense (based on a square foot allocation of the building use) and $306,372 to product cost (for production allocation as required by IRS regulations). In 2011, CJ did not pay the production expense and that resulted in an agreement between the companies to reduce the rent in return for an orderly sale strategy.

I control Chateau Julien, however I do not have controlling interest in CCC. I am the President of both companies, however I must respond to the majority shareholders decision to move the company to market and repay the existing debt. I believe the plan that I provided you will fully address the issues once we have an acceptable offer.

Kind Regards,
Bob Brower, Proprietor
Chateau Julien® Wine Estate
www.chateaujulien.com

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or an employee or agent of the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to

**Robert Brower** <rbrower136@gmail.com>
To: Todd Stornetta <Todd.Stornetta@sbbt.com>

Thu, May 24, 2012 at 8:27 AM

Todd - Since I am not aware of what your files contain. I am unable to respond other than say that my interest in Coastal Cypress was never 100%. In our recent meetings I mentioned the Coastal Cypress proposed sale proceeds would be subject to other interests. I reviewed my personal financial statements that I have supplied the bank over the years and they clearly indicate my interest was always less than 100%. I also have to say that both Tom and Roland were well aware of my limited ownership of Coastal Cypress.
[Quoted text hidden]

**Todd Stornetta** <Todd.Stornetta@sbbt.com>
To: Robert Brower <rbrower136@gmail.com>

Thu, May 24, 2012 at 2:11 PM

# EXHIBIT K



This Certifies That

Anthony A. Nobles

is the registered holder of

Two Hundred Thousand (200,000) Shares

Of the Common Stock of Coastal Cypress Corporation

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation. This 18th day of April A.D. 2017.

Robert S. Brower, Sr., President

Patricia A. Brower, Secretary

CCC 000207

CCC 000210



**This Certifies that**

Richard J. Babcock

*is the registered holder of* Fifty Thousand (50,000) **Shares**

Of the Common Stock of Coastal Cypress Corporation

*transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof**, *the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this* 18th *day of* April *A.D.* 2017

Robert S. Brower, Sr., President

Patricia A. Brower, Secretary.

CCC 000209



CCC 000208



This Certifies that Patricia A. Brower, Trustee of the Brower Trust

is the registered holder of One Hundred Twenty Five Thousand (125,000) Shares

Of the Common Stock of Coastal Cypress Corporation

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized Officers and its Corporate Seal to be hereunto affixed this 18th day of April A.D. 2017

Robert S. Brower, Sr., President

Patricia A. Brower, Secretary



CCC 000206

**This Certifies that** ___Robert S. Brower, Sr.___

_is the registered holder of_ ___Two Hundred Thirty Thousand (230,000)___ ___Shares___

Of the Common Stock of Coastal Cypress Corporation _transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed._

**In Witness Whereof**, _the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed_ _this_ ___18th___ _day of_ ___April___ ___A. D.___ ___2017___.

___Robert S. Brower, Sr., President___

___Patricia A. Brower, Secretary___

# EXHIBIT L



ACP / Patty Brower 0034

**Certificate No. 1**

For 100 Shares Issued to

Robert S. Brower

Dated June 3, 19 83

FROM WHOM TRANSFERRED

Dated _____ 19 ____

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
|---|---|---|
|  |  |  |

Received of Certificate No. _____

For _____ Shares

this _____ day of _____ 19 ____

---

**Certificate No. 2**

For 100 Shares Issued to

Patricia A. Brower

Dated Nov. 6, 19 20

FROM WHOM TRANSFERRED

Robert S. Brower

Dated Nov. 6, 19 20

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
|---|---|---|
| 100 | 1 | 100 |

Received of Certificate No. 1

For 100 Shares Nov. 20 19

this 6th day of _____ 19 ____

---

**Certificate No. 3**

For 160 Shares Issued to

Brower Trust

Dated 6/30 2015

FROM WHOM TRANSFERRED

Patricia A. Brower

Dated 6/30 2015

| No. Original Shares | No. Original Certificate | No. of Shares Transferred |
|---|---|---|
| 100 | 2 | 100 |

Received of Certificate No. 2

For 100 Shares

this 30 day of June 2015

Pat Brower, Trustee

Incorporated under the Laws of the State of Nevada

1988

# American Commercial Properties, Inc.

Authorized: 1,000 Shares. Without Nominal or Par Value

**This Certifies that** ROBERT S. BROWER is the record

holder of One Hundred (100) Shares of the Capital Stock of

American Commercial Properties, Inc.

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused this Certificate to be signed by its duly authorized officers and to be sealed with the Seal of the Corporation.

this 31st day of June A.D. 19 83

SECRETARY                                        PRESIDENT

ACP / Patty Brower 0037
Case: 17-05044    Doc# 113-7    Filed: 07/29/19    Entered: 07/29/19 23:27:46    Page 22 of 27

FOR VALUE RECEIVED _____I_____ HEREBY SELL, ASSIGN AND TRANSFER UNTO

_____Patricia A Brower_____

_____100_____ SHARES REPRESENTED

BY THE WITHIN CERTIFICATE AND DO HEREBY IRREVOCABLY CONSTITUTE AND

APPOINT _____Patricia A Brower_____ ATTORNEY

TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED
CORPORATION, WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED _____Nov 6_____ 19 2000

IN PRESENCE OF

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.



Incorporated under the Laws of the State of Nevada

1963

NUMBER

SHARES

**American Commercial Properties, Inc.**

Authorized: 1,000 Shares   Without Nominal or Par Value

This Certifies that   PATRICIA A. BROWER   is the record holder of   One Hundred (100)   Shares of the Capital Stock of   American Commercial Properties, Inc.

transferable only upon the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this   5th   day of   November   A.D. 2000

SECRETARY

PRESIDENT

FOR VALUE RECEIVED _I_ HEREBY SELL, ASSIGN AND TRANSFER UNTO

_Brower Trust_

_100_ _____ SHARES REPRESENTED

BY THE WITHIN CERTIFICATE AND DO HEREBY IRREVOCABLY CONSTITUTE AND

APPOINT _Patricia Brown_ _____ ATTORNEY

TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED
CORPORATION, WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED _June 30_ _2015_

IN PRESENCE OF _____ } _Ruth Brower_

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.



American Commercial Properties, Inc.

Incorporated under the Laws of the State of Nevada

1988

Authorized: 1,000 Shares   Without Nominal or Par Value

NUMBER

SHARES

This Certifies that   Brower Trust   is the record holder of   100   Shares of the Capital Stock of

American Commercial Properties, Inc.

transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

In Witness Whereof, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

this 30 th day of June A.D. 2015

SECRETARY

PRESIDENT

FOR VALUE RECEIVED _____ HEREBY SELL, ASSIGN AND TRANSFER UNTO

_____

_____ SHARES REPRESENTED
BY THE WITHIN CERTIFICATE AND DO HEREBY IRREVOCABLY CONSTITUTE AND

APPOINT _____ ATTORNEY
TO TRANSFER THE SAID SHARES ON THE SHARE REGISTER OF THE WITHIN NAMED
CORPORATION, WITH FULL POWER OF SUBSTITUTION IN THE PREMISES.

DATED _____ 19 _____

IN PRESENCE OF _____ }
                                         }  _____
_____ }

NOTICE: THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE, IN EVERY PARTICULAR, WITHOUT ALTERATION OR ENLARGEMENT, OR ANY CHANGE WHATEVER.