David W. Balch, Esq. (SBN 226519)
L+G, LLP
318 Cayuga Street
Salinas, CA 93901
Tel: 831.754.2444

Attorneys for Coastal Cypress Corporation, Wilfred "Butch" Lindley
Patricia Brower, Patricia Brower Trust, and American Commercial Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Robert Brower, Sr.* <br><br> Debtor. | Case No.: 15-50801 (MEH) <br><br> Chapter 11 |
| MUFG UNION BANK, N.A., <br><br> Plaintiff, <br> v. <br><br> ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, <br><br> Defendants. | Adv. Proc. No. 17-05044 <br><br> **CERTIFICATE OF SERVICE** <br><br> Place: United States Bankruptcy Court <br> 280 South First Street <br> San Jose, CA 95113 <br> Judge: Hon. M. Elaine Hammond <br> Crtrm: 3020 <br><br> Date: August 26, 2019 <br> Time: 11 am <br> Dept: 3020 |

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 318 Cayuga Street,

1

Certificate of Service

1  Salinas, California 93901. On the date set forth below, I caused the following document(s)
2  entitled:

- Opposition to Motion for Summary Judgment; Memorandum of Points and Authorities
- Declaration of David Balch
- Supplemental Declaration of Robert Brower
- Declaration of Wilford "Butch" Lindley
- Certificate of Service

to have been E-filed with the above Court and served on all counsel of record as follows:

Bobby Samini
SAMINI COHEN SPANOS LLP Michael A. Vacchio
333 S. Hope St., 35th Floor, Los Angeles, CA 90071 Main: 213.863.0080 Direct: 213.863.0819

Isaiah Weedn
IWeedn@sheppardmullin.com
SheppardMullin
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993
1 714-513-5100

Ryan A. Stubbe
JAURIGUE LAW GROUP
300 W. Glenoaks Blvd., Suite 300, Glendale, California 91202
main: 818.630.7280 I fax: 888.879.1697
ryan@jlglawyers.com

[X] (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF))

pursuant to the controlling Rules, the aforementioned document(s) will be served by the

court via NEF and proper link(s) to the document(s).

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on August 12, 2019, at Salinas, California.

/s/ David W. Balch

David W. Balch

2

Certificate of Service