David W. Balch (SBN 226519)
Cathleen M. Giovannini (SBN 244837)
JRG ATTORNEYS AT LAW
318 Cayuga Street
Salinas, CA 93901
david@jrgattorneys.com
cathleen@jrgattorneys.com
Telephone: (831) 754-2444
Facsimile: (831) 269-7089

Attorneys for Defendants

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Robert Brower, Sr.,<br><br>Debtor, | Case No. 15-50801 (MEH)<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation; AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation; ANTHONY NOBLES, an individual; WILFRED "BUTCH" LINDLEY, an individual; RICHARD BABCOCK, an individual; PATRICIA BROWER TRUST and DOES 1-50,<br><br>Defendants. | Adv. Proc. No. 17-05044<br><br>**DECLARATION OF CATHLEEN M. GIOVANNINI IN FURTHER OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY MUFG UNION BANK, N.A.** |

I, Cathleen M. Giovannini, declare as follows:

1. I am duly licensed to practice as an attorney before this Court, and I am associated with JRG Attorneys at Law, attorneys of record for all Defendants except for Anthony Nobles and Richard Babcock in this matter. I make this declaration upon personal knowledge, and if called upon to testify, I could and would do so.

1

DECLARATION OF CATHLEEN M. GIOVANNINI IN FURTHER OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

2. Attached as Exhibit A is a true and correct copy of the Monterey Superior Court's Notice Order re-noticing and setting all motions scheduled to be heard on November 8, 2019, for December 20, 2019, in the related Monterey County Superior Court, Case No. M129403.

3. Defendant wishes to keep this Court apprised of proceedings in the state court, particularly as relates to the validity of the underlying state court claim and alleged debt in this matter, as it reviews the pending summary judgment issues in federal court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 12th day of November 2019, in Salinas, California.

                                          */s/ Cathleen M. Giovannini*
                                          Cathleen M. Giovannini

# EXHIBIT A

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY<br>1200 Aguajito Road<br>Monterey California 93940 | Reserved for Clerk's File Stamp<br>ELECTRONICALLY FILED BY<br>Superior Court of California,<br>County of Monterey<br>On 10/30/2019<br>By Deputy: Mouisset, Elise |
|---|---|
| MUFG Union Bank NA vs. Chateau Julien Inc et al | |
| **NOTICE: Hearing: Motion** | Case No. M129403 |

Hearing: Motions set on **November 8, 2019 are vacated and reset on December 20, 2019 at 9:00 AM in Department 15,** located at:1200 Aguajito Road, Monterey, CA 93940

*Court proceedings are in English. If a party or witness does not speak or understand English well, he or she may need an interpreter. Please complete Judicial Council form INT-300\* if you or a witness in your case needs an interpreter.* ***File INT-300 at the first floor clerks counter 15 business days prior to your hearing. \*5 days for eviction hearing/trial.***

*Las actuaciones de la corte se realizan en inglés. Si una parte o testigo del caso no habla o entiende bien el inglés, tal vez necesite un intérprete. Por favor complete el formulario INT-300\* del Consejo Judicial si usted o un testigo en su caso necesita un intérprete. **\* Presente INT-300 en la oficina del secretario del primer piso 15 días hábiles antes de su audiencia. \*5 días para audiencia de desalojo/juicio.***

### CERTIFICATE OF MAILING
(Code of Civil Procedure Section 1013a)

I do hereby certify that I am employed in the County of Monterey. I am over the age of eighteen years and not a party to the within stated cause. I placed true and correct copies of the **Notice: Hearing: Motions,** for collection and mailing this date following our ordinary business practices. I am readily familiar with the Court's practices for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services in Monterey, California, in a sealed envelope with postage fully prepaid. The names and addresses of each person to whom notice was mailed is as follows:

| Isaiah Z Weedn/Steven Sacks<br>4 Embarcadero Ctr Fl 17<br>San Francisco CA 94111-4106<br><br>Mark A Serlin<br>701 E. Street<br>Sacramento CA 95814 | David William Balch<br>318 Cayuga Street<br>Salinas CA 93901 | Douglas William Oldfield<br>26619 Carmel Ctr Pl #202<br>Carmel CA 93923 | GREAT AMERICAN WINERIES<br>28088 Barn Court<br>Carmel CA 93923 |
|---|---|---|---|

Date: 10/30/2019

Clerk of the Court

By: _____
Elise Mouisset, Deputy Clerk