

The following constitutes the order of the Court.
Signed: November 20, 2019

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Robert Brower, Sr.,<br><br>          Debtor.<br>_____<br><br>MUFG Union Bank, N.A.,<br><br>          Plaintiff.<br><br>v.<br><br>Robert Brower, Sr., Patricia Brower, Coastal Cypress Corporation, *a California corporation*, Coastal Cypress Corporation, *a Delaware corporation*, American Commercial Properties, Inc., Anthony Nobles, Wilfred "Butch" Lindley, Richard Babcock, Patricia Brower Trust, and DOES 1-50,<br><br>          Defendants. | Case No. 15-50801 MEH<br><br>Chapter 11<br><br><br><br><br>Adv. No. 17-5044<br><br><br><br><br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: 09/09/19<br>Time: 2:00 p.m.<br>Ctrm: 11 |

1

The cross-motion for summary judgment (Dkt. # 113) of Robert Brower, Sr. ("Debtor"), Patricia Brower, Coastal Cypress Corporation, a California corporation ("Coastal"), Coastal Cypress Corporation, a Delaware corporation ("Coastal DE"), American Commercial Properties, Inc. ("ACP"), Anthony Nobles, Wilfred "Butch" Lindley, Richard Babcock, and Patricia Brower Trust (collectively, "Defendants") came on for hearing on September 9, 2019. Cathleen Giovannini and Michael Vacchio appeared on behalf of Defendants. Ori Katz and Isaiah Weedn appeared on behalf of Plaintiff MUFG Union Bank, N.A.

The court considered Defendants' motion concurrently with the motion for summary judgment (Dkt. # 108) of Plaintiff.

The court having considered the motion papers of Plaintiff and Defendants, the oppositions, replies, and the arguments from counsel, issues a Memorandum Decision on Motions for Summary Judgment contemporaneously herewith. Good cause appearing, IT IS HEREBY ORDERED THAT, for the reasons stated in the Memorandum Decision,

1. Defendants' Motion for Summary Judgment is GRANTED IN PART as to Plaintiff's First Claim. To the extent Patricia Brower is able to establish through further proceedings that she provided separate property consideration to Coastal for shares, then those shares are the separate property of Patricia Brower or the Patricia Brower Trust.

2. Defendants' Motion for Summary Judgment is DENIED as to all remaining issues.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients