1  LAW OFFICE OF WILLIAM J. HEALY
   WILLIAM J. HEALY, #146158
2  748 Holbrook Pl
   Sunnyvale, CA 94087
3  Telephone:   (408) 373-4680

4  ATTORNEYS FOR
   Judgment Creditor CAMPEAU GOODSELL SMITH, L.C.

5

6                    UNITED STATES BANKRUPTCY COURT

7                          NORTHERN DISTRICT

8                          (San Jose Division)

9

10  In re                                )   Main Case No. 15-50801 MEH
                                         )
11                                       )
    Robert Brower, Sr.,                  )
12                                       )
                                         )
13                 Debtor.               )
                                         )
14  _____  )
                                         )
15  MUFG Union Bank, N.A.,               )   AP Case No. 17-5044
                                         )
16  Plaintiff.                           )
                                         )
17  v.                                   )
                                         )
18  Robert Brower, Sr., et al            )

19

20  I, the undersigned, say:

21  1.      I am now and at all times herein mentioned have been over the age of 18 years, a resident of

22  and employed in Santa Clara County, California, and not a party to the within action or cause; my

23  business address is 748 Holbrook Pl, Sunnyvale, CA 94087. I am readily familiar with this firm's

24  business practice for collection and processing of correspondence for mailing with the U.S. Postal

25  Service, mailing via Federal Express, hand delivery via messenger service, and transmission by

26  facsimile machine.

27  2.      On May 19, 2020  I served a copy of each of the documents listed below by placing said

28  copies for processing as indicated herein.

         **a). NOTICE OF LIEN with Certified Copy of Judgment**

                              PROOF OF SERVICE

**b). PROOF OF SERVICE**

X    If MAILED VIA U.S. MAIL, said copies were placed in envelopes which were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the U.S. Postal Service at San Jose, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed.

X    VIA ECF

RECIPIENTS:

| | |
|---|---|
| Robert S. Brower, Sr.<br>31322 Founders Ave.<br>Selbyville, DE 19975-3728 | VIA U.S. Mail |
| Stephan A. Barber<br>David Balch<br>JRG ATTORNEYS AT LAW<br>318 Cayuga Street<br>Salinas, CA 93901 | VIA ECF |
| Isaiah Z. Weedn, SBN 229111<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626 | VIA ECF |
| Ryan A. Stubbe<br>Jaurigue Law Group<br>300 W Glenoaks Blvd. #300<br>Glendale, CA 91202 | VIA ECF |
| Babak Samini<br>The Samini Firm APC<br>2801 West Coast Highway, Suite 200<br>Newport Beach, CA 92663 | VIA ECF |
| ALL ECF Recipients | VIA ECF |

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 19, 2020.

/s/ William J. Healy
William J. Healy

PROOF OF SERVICE
2