**Entered on Docket**
**August 19, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: August 19, 2020

_M. Elaine Hammond_
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Robert S. Brower, Sr.,<br><br><br><br>Debtor(s). | Case No. 15-50801 MEH<br><br>Chapter 11 |
| MUFG Union Bank, N.A.,<br><br>Plaintiff.<br><br>v.<br><br>Robert Brower, Sr., Coastal Cypress Corporation, *a California corporation*, Wilfred "Butch" Lindley, Patricia Brower, American Commercial Properties, Inc., *a Nevada corporation*, Anthony Nobles, Richard Babcock, Patricia Brower Trust, Coastal Cypress Corporation, *a Delaware corporation*.<br><br>Defendants. | Adv. No. 17-05044<br><br><br><br><br><br><br><br><br><br><u>Video Hearing</u><br>Date: August 19, 2020<br>Time: 10:30 a.m. |

**ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR CONTINUANCE**

1

Defendants filed an Emergency Motion for Continuance of the trial set for September 2, 2020 ("Motion") based on Defendant Robert Brower's health issues and inability to testify. The matter was heard at the pre-trial conference held on August 19, 2020. At the hearing, the Court found that Mr. Brower is not a Defendant seeking relief at trial and was not identified as a witness for trial.

Accordingly, Defendants' Motion is hereby DENIED.

**END OF ORDER**

**COURT SERVICE LIST**

**Via ECF:**

All ECF Recipients