Babak Samini, Esq. (SBN 181796)
**THE SAMINI FIRM APC**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 724-0900
Facsimile: (949) 724-0901

Attorney for Defendant,
ANTHONY NOBLES

David W. Balch (SBN 226519)
Stephan A. Barber (SBN 70070)
**JRG ATTORNEYS AT LAW**
318 Cayuga Street
Salinas, CA 93901
steve@jrgattorneys.com
Telephone: (831) 754-2444
Facsimile: (831) 269-7089

Attorneys for Debtor/Defendants,
ROBERT S. BROWER, SR.; COASTAL CYPRESS CORORATION; WILFRED "BUTCH" LINDLEY; PATRICIA BROWER; PATRICIA BROWER TRUST

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | CASE NO.: 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN | ADVERSARY NO.: 17-05044-MEH<br><br>**DEFENDANTS' JOINT PRETRIAL CONFERENCE STATEMENT**<br><br>Date: September 2, 2020<br>Time: 9:00 a.m.<br>Court: Hon. M. Elaine Hammond |

- 1 –
DEFENDANTS' JOINT PRETRIAL CONFERENCE STATEMENT

COMMERCIAL PROPERTIES, INC., a
Nevada corporation, ANTHONY
NOBLES, an individual, WILFRED
"BUTCH" LINDLEY, an individual,
RICHARD BABCOCK, an individual,
PATRICIA BROWER TRUST, and
DOES 1-50,

Defendants.

Defendants ANTHONY NOBLES and PATRICIA BROWER (collectively, "Defendants") hereby submits the following joint pretrial conference statement:

1. **PARTIES' STANDARD PRE-TRIAL MEET AND CONFER ISSUES**

   A. **The following facts are admitted and require no proof:**

   1. Mr. and Mrs. Brower were married in 1980.

   2. Coastal Cypress Corporation was founded as a California corporation in 1982.

   3. Dr. Nobles caused $200,000 to be transferred to debtor Robert Brower, Sr. and Mrs. Brower's joint personal bank account at Fremont Bank on January 31, 2011.

   4. Mr. Brower caused $50,000 to be transferred from he and Mrs. Brower's joint personal account to Coastal Cypress Corporation's

("Coastal") bank account on February 4, 2011.

5. On February 4, 2011, in his capacity as President of and on behalf of Coastal, Mr. Brower executed a promissory note in favor of himself (in his individual capacity) in the amount of $50,000 (the "Promissory Note").

6. Coastal repaid Mr. Brower all principal and interest due under the Promissory Note.

**B. The following issues of fact, and no others, remain to be litigated:**

1. Whether Dr. Nobles paid $50,000 and Coastal received that $50,000 in exchange for 50,000 shares of Coastal stock purportedly issued to Dr. Nobles.

2. Whether Mrs. Brower paid and Coastal received $125,000 in exchange for 125,000 shares of Coastal stock.

3. To the extent Mrs. Brower paid and Coastal received $125,000 in exchange for 125,000 shares of Coastal stock, whether the $125,000 paid by Mrs. Brower is traceable to her sole and separate property.

**C. The following issues of law, and no others, remain to be litigated:**

None.

///

///

**D. The appropriate measure of damages is as follows:**

Not applicable. Plaintiff is not seeking damages. Rather, Plaintiff is seeking a declaratory judgment that the alleged stock issuances to Defendants are void for lack of consideration. As to Mrs. Brower and to the extent the Court determines that she paid and Coastal received $125,000 in exchange for her alleged Coastal stock, Plaintiff is seeking a declaratory judgment that the $125,000 purportedly paid by Mrs. Brower is not traceable to her sole and separate property and is therefore community property and property of Mr. Brower's bankruptcy estate.

**E. The parties have exchanged lists of witnesses to be called at trial.**

The parties anticipate calling the following witnesses at trial:

- Robert Brower, Sr. Mr. Brower is unavailable to testify at trial due to medical illness. Defendants intended to call him as a witness, however, they cannot do so in light of his unavailability. Defendants will be irreparably prejudiced if they are unable to examine Mr. Brower at trial insofar as he is the only individual who can provide foundation for and authentication of vital trial exhibits, such as bank records and the Promissory Note dated February 11, 2011. Moreover, only Mr. Brower can provide context for the February 4 Promissory Note and explain to the court the circumstances surrounding the loan and the $50,000 check he wrote from his personal account to Coastal for Dr. Nobles' 50,000 shares in Coastal.

- Anthony Nobles

- Richard Babcock

**F, G, & H. The parties have exchanged all other non-testimonial evidence to be used at trial, including documents and expert reports.**

Transcripts of the depositions of Mr. Brower (taken in his individual capacity as well as his capacity as an officer/representative of Coastal and/or American Commercial Properties, Inc.), Dr. Nobles, and Richard Babcock will be lodged with the Court by Plaintiff in advance of trial and may be referenced by the parties during the proceedings.

Defendants will offer portions of the deposition testimony pursuant to FRE Rule 32(6).

Plaintiff lodged with the Court the below eleven (11) exhibits in its Exhibit List dated August 12, 2020, but also reserved the right to use any documents listed on Defendants' exhibit list as well as unlisted exhibits for impeachment purposes. Defendants shall use the exhibits identified in Plaintiff's Exhibit List, to the extent needed, and also reserve the right to use unlisted exhibits for impeachment purposes.

///

///

///

| No. | Description | Stipulated to Admission? | Defendant's Objection(s) (if any) |
|---|---|---|---|
| 1. | Court's Memorandum Decision on Motions for Summary Judgment (Dkt. #123) | Yes | |
| 2. | Court's March 22, 2017 Memorandum Decision (Dkt. #47 in *MUFG Union Bank, N.A. v. Brower* (Adv. No. 15-05119) | Yes | |
| 3. | Final Settlement Statement for Sale of Wine Estate Property dated April 17, 2015 (Bates #CCC 075) | Yes | |
| 4. | Bank Statement dated 2/11/2011 for Debtor and Mrs. Brower's Joint Account at Fremont Bank (Dkt. #109-10, p. 14-16) | Yes | |
| 5. | Declaration of Anthony Nobles (with exhibits) (Dkt. #113-4) | Yes | |
| 6. | Supplemental Declaration of Robert Brower (without exhibits) (Dkt. #116-1) | Yes | |
| 7. | Copy of check #8948 from Debtor and Mrs. Brower's joint account to Coastal in the amount of $50,000 (Dkt. #116-2, p. 27) | Yes | |
| 8. | $50,000 Promissory Note from Coastal to Debtor dated February 4, 2011 (CCC 124) | Yes | |
| 9. | Excerpt from Brower Deposition Testimony re Promissory Note and Repayment of Same | Yes | |
| 10. | Declaration of Trust by Patricia A. Brower of the Brower Trust (2015) | Yes | |

| | | | |
|---|---|---|---|
| | date June 30, 2015 (Bates #ACP/Patty Brower 0020-0030) | | |
| 11. | Bank Statement dated 2-28-2011 for Coastal Account at Fremont Bank (Bates #UB0029061 and Dkt. #116-2, p. 26) | Yes | |

**I.  Other matters that might affect the trial (Set forth additional matters, such as anticipated motions in limine, special scheduling of witnesses, objections to proposed testimony, etc.)**

None.

**2.  PARTIES' MEET AND CONFER REGARDING REMOTE TRIAL PROCEDURES**

**A.  Counsel Access to Technology**

Counsel met and conferred concerning the corresponding issues identified in the Court's Amended Trial Scheduling Order.  All counsel state that they will have access to sufficient technology to conduct trial via Zoom.

**B.  Witness Access to Technology**

Counsel met and conferred concerning the corresponding issues identified in the Court's Amended Trial Scheduling Order. Counsel for Mr. Brower and Dr. Nobles have ensured that these witnesses will have access to sufficient technology to view exhibits and testify. Counsel for Dr. Nobles will ensure that Mr. Babcock will have access to sufficient technology to view exhibits and testify.

///

## C. Presentation of Exhibits

Consistent with the Court's Amended Trial Order, counsel will prepare electronic exhibits that are distributed to opposing counsel, all witnesses, and the court prior to hearing and in accordance with the specifications set forth in sub-section 2D of the Amended Trial Order. Exhibits to be used only for impeachment or rebuttal will be emailed to and thereby lodged with the courtroom deputy at the same time as other exhibits are distributed. Witnesses will view the exhibits on a separate electronic device during questioning. Counsel may also elect to use the Zoom "share screen" feature for some or all exhibits.

**THE SAMINI FIRM APC**

Date: August 27, 2020      By:   /s/ Babak Samini
                                 Babak Samini, Esq.
                                 Attorney for Defendant,
                                 Anthony Nobles

**JRG ATTORNEYS AT LAW**

Date: August 27, 2020      By:   /s/ Stephan A. Barber
                                 Stephan A. Barber
                                 Attorneys for Defendant,
                                 Patricia Brower

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 650 Town Center Drive, Suite 1700, Costa Mesa, California 92626. On this date, I served the foregoing documents described as **DEFENDANTS' JOINT PRETRIAL CONFERENCE STATEMENT**, on the interested party(ies) listed below in this action as follows:

| | |
|---|---|
| Isaiah Z. Weedn<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626<br>iweedn@sheppardmullin.com | Ryan A. Stubbe<br>JAURIGUE LAW GROUP<br>300 W. Glenoaks Boulevard, #300<br>Glendale, CA 91202<br>ryan@lglawyers.com |
| David W. Balch<br>Stephan A. Barber<br>JRG ATTORNEYS AT LAW<br>318 Cayuga Street<br>Salinas, CA 93901<br>steve@jrgattorneys.com | |

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2020, at Costa Mesa, California.

_____
Bobby Samini