| | |
|---|---|
| 1 | David W. Balch (SBN 226519) |
| | Stephan A. Barber (SBN 70070) |
| 2 | JRG ATTORNEYS AT LAW |
| | 318 Cayuga Street |
| 3 | Salinas, CA 93901 |
| | steve@jrgattorneys.com |
| 4 | Telephone: (831) 754-2444 |
| | Facsimile: (831) 269-7089 |
| 5 | |
| | Attorneys for Debtor/Defendant, |
| 6 | ROBERT S. BROWER, SR. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re | | Case No.: 15-50801 MEH |
| ROBERT BROWER, SR., | | Chapter 11 |
| | Debtor. | |
| MUFG UNION BANK, N.A., | | Adv. Proc. No. 17-05044-MEH |
| | Plaintiff, | **DEFENDANT ROBERT BROWER, SR.'S EXHIBIT LIST** |
| v. | | Date: September 2, 2020 |
| ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50, | | Time: 9:00 a.m. |
| | | Court: Hon. M. Elaine Hammond |
| | | Zoom Trial |
| | Defendants. | |

1

DEFENDANTS' EXHIBIT LIST

# EXHIBIT LIST

D_Brower_Exhibit A: June 11, 1980 Prenuptial Agreement between Robert S. Brower and Patricia Ann Hendrickson.

D_Brower_Exhibit B: Excerpts from the Deposition transcript of Robert Brower, February 20, 2019.

D_Brower_Exhibit C: Excerpts from the Deposition transcript of Robert Brower, February 21, 2019.

D_Brower_Exhibit D: Excerpts from the Deposition transcript of Richard Babcock, January 24, 2019.

Dated: August 28, 2020                    **JRG ATTORNEYS AT LAW**

By: /s/ Stephan A. Barber
Stephan A. Barber
Associated Counsel

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF MONTEREY

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is: JRG Attorneys at Law, 318 Cayuga Street, Salinas, California 93901.

On this date, I served the foregoing documents described as **DEFENDANTS' EXHIBIT LIST,** on the interested party(ies) listed below in this action as follows:

| | |
|---|---|
| Isaiah Z. Weedn<br>SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993<br>Telephone: (714) 513-5100<br>Facsimile: (714) 513-5130<br>iweedn@sheppardmullin.com<br>**Attorneys for MUFG Union Bank, N.A.** | Ryan A. Stubbe<br>JAURIGUE LAW GROUP<br>300 W. Glenoaks Boulevard, #300<br>Glendale, CA 91202<br>Telephone: (818) 630-7280<br>ryan@lglawyers.com<br><br>Babak Samini<br>THE SAMINI FIRM APC<br>2801 West Coast Highway, Suite 200<br>Newport Beach, CA 92663<br>Telephone: (949) 724-0900<br>bsamani@saminilaw.com |

__X__ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2020, at Salinas, California.

Kathleen F. Hutter