

In the Matter Of:

MUFG UNION BANK

vs

ROBERT BROWER, et al.

ROBERT BROWER

February 20, 2019

Case No:

CERTIFIED COPY

D_Brower_Exhibit B

1  Q. When you and Mrs. Brower occupied the
2  Carmel townhouse, you were paying rent pursuant to
3  the lease, correct?
4  A. Yes.
5  Q. How were you paying rent?
6  A. A check.
7  Q. And from what account?
8     MR. BALCH: Do you recall the bank?
9     I'll object. The records speak for
10    themselves.
11        You can answer if you recall.
12 A. I paid it for a number of years. She
13 paid it for a number of years out of her own personal
14 accounts.
15 Q. So Mrs. Brower did have personal
16 accounts that were separate from yours?
17 A. Of course.
18 Q. When was that?
19 A. At least since she's old enough to have
20 a bank account.
21 Q. So for the duration of your marriage?
22 A. Yes. We had a prenup.
23 Q. Does Mrs. Brower have any personal
24 accounts currently?
25 A. Yes.

125

1          MR. BALCH: Off the record.
2          (Discussion held off the record.)
3          MR. WEEDN: Back on the record.
4  BY MR. WEEDN:
5      Q.   And during the periods that you paid the
6  rent, did you pay that from a separate bank account?
7      A.   Yes.
8      Q.   That was just your sole bank account,
9  correct?
10     A.   Correct.
11     Q.   Mr. Brower, you mentioned that you and
12 your wife had a prenuptial agreement, correct?
13     A.   Yes.
14     Q.   What assets does she have?
15     A.   Separate assets that she had at the time
16 she entered into the prenup, she was worth about
17 $600,000-plus, and I was worth over a million
18 dollars.
19     Q.   What did that $600,000-plus of her net
20 worth consist of, to your knowledge?
21     A.   It consisted of her ownership of Public
22 Gasoline Corp., which was a company that she ran, and
23 cash in her other -- cash, assets, cars, whatever.
24     Q.   Anything else?
25     A.   Not that I can remember.

```
 1              CERTIFICATE OF DEPONENT
 2
 3         I hereby certify that I have read and
 4  examined the foregoing transcript, and the same
 5  is a true and accurate record of the testimony
 6  given by me.
 7            Any additions or corrections that I
 8  feel are necessary, I will attach on a separate
 9  sheet of paper to the original transcript.
10
11
12
13
14         _____
15            ROBERT BROWER, SR.
16
17
18
19         _____
20                  DATE
21
22
23
24
25
```

133