

The following constitutes the order of the Court.
Signed: September 9, 2020

M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Robert S. Brower, Sr.,<br><br>Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11 |
| MUFG Union Bank, N.A.,<br><br>Plaintiff.<br><br>v.<br><br>Robert S. Brower, Sr., Coastal Cypress Corporation, a California corporation, Wilfred "Butch" Lindley, Patricia Brower, American Commercial Properties, Inc., a Nevada corporation, Anthony Nobles, Richard Babcock, Patricia Brower Trust, and Coastal Cypress Corporation, a Delaware corporation,<br><br>Defendants. | Adv. No. 17-5044<br><br>Video Trial<br>Date: September 2, 2020<br>Time: 9:00 a.m. |

## JUDGMENT

For the reasons stated in the Order After Trial entered contemporaneously herewith, Judgment is granted in Plaintiff's favor as to its claim. The 50,000 Coastal shares issued to

1

1  Nobles and the 125,000 Coastal shares issued to Patricia Brower, and subsequently
2  transferred to the Patricia Brower Trust, are void for lack of consideration, pursuant to
3  California Corporation Code § 409.

**END OF JUDGMENT**

# COURT SERVICE LIST

**Via ECF:**

All ECF Recipients