Babak Samini, Esq. (SBN 181796)
**THE SAMINI FIRM APC**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 724-0900
Facsimile: (949) 724-0901

Attorney for Appellant,
ANTHONY NOBLES

**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | CASE NO.: 15-50801<br><br>Chapter 11 |
| MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | ADVERSARY NO.: 17-05044-MEH<br><br>USDC NO. 5:20-cv-06889-EJD<br><br>**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT** |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626



Case: 17-05044 Doc# 165 Filed: 10/07/20 Entered: 10/07/20 12:38:51 Page 1 of 12

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

**DESIGNATION OF RECORD**

Appellant Anthony Nobles hereby designates Bankruptcy Court documents and transcripts set forth below as necessary for review of the issues submitted by Appellant on appeal.

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 05/11/2017 | Adversary case 17-05044. 21 (Validity, priority or extent of lien or other interest in property), 72 (Injunctive relief - other), 91 (Declaratory judgment) Complaint by MUFG Union Bank, N.A. against Robert Brower Sr., Patricia Brower, Coastal Cypress Corporation, American Commercial Properties, Inc., Anthony Nobles, Wilfred "Butch" Lindley, Richard Babcock, Patricia Brower Trust. Fee Amount $350. (Attachments: # 1 AP Cover Sheet) (Sacks, Steven) CORRECTIVE ENTRY: COURT MODIFIED DEFENDANTS' NAMES TO REMOVE COMMAS AND COURT ADDED PARTY TEXT TO DEFENDANTS' NAMES. Modified on 5/12/2017 (no). (Entered: 05/11/2017) |
| 2 | 05/12/2017 | Summons Issued on American Commercial Properties, Inc. Answer Due 6/12/2017; Richard Babcock Answer Due 6/12/2017; Patricia Brower Answer Due 6/12/2017; Robert Brower Sr. Answer Due 6/12/2017; Coastal Cypress Corporation Answer Due 6/12/2017; Wilfred "Butch" Lindley Answer Due 6/12/2017; Anthony Nobles Answer Due 6/12/2017; Patricia Brower Trust Answer Due 6/12/2017 (RE: related document(s)1 Complaint filed by Plaintiff MUFG Union |



Case: 17-05044 Doc# 165 Filed: 10/07/20 Entered: 10/07/20 12:38:51 Page 2 of 12

| | | Bank, N.A.). Status Conference scheduled for 8/7/2017 at 10:00 AM at San Jose Courtroom 3020 - Hammond. (no) (Entered: 05/12/2017) |
|---|---|---|
| 3 | 05/16/2017 | MUFG UNION BANK, N.A.S AMENDED COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTIONS (RE: related document(s)1 Complaint filed by Plaintiff MUFG Union Bank, N.A.). (Sacks, Steven) CORRECTIVE ENTRY: COURT ADDED DEFENDANT TO REFLECT PDF; COURT MODIFIED DOCKET TEXT TO REFLECT TITLE OF PDF. Modified on 5/17/2017 (myt). (Entered: 05/16/2017) |
| 37 | 10/13/2017 | Answer to Complaint Filed by Richard Babcock, Anthony Nobles. (Attachments: # 1 Certificate of Service) (Samini, Babak) (Entered: 10/13/2017) |
| 38 | 10/17/2017 | Answer to Complaint Filed by Coastal Cypress Corporation. (Attachments: # 1 Certificate of Service) (Balch, David) (Entered: 10/17/2017) |
| 39 | 10/17/2017 | Answer to Complaint Filed by Coastal Cypress Corporation. (Attachments: # 1 Certificate of Service) (Balch, David) (Entered: 10/17/2017) |
| 40 | 10/17/2017 | Answer to Complaint Filed by Wilfred "Butch" Lindley. (Attachments: # 1 Certificate of Service) (Balch, David) (Entered: 10/17/2017) |
| 41 | 10/17/2017 | Answer to Complaint Filed by Robert Brower Sr.. (Stubbe, Ryan) (Entered: 10/18/2017) |
| 42 | 10/20/2017 | Answer to Complaint /Defendants Patricia Brower, ACP, Inc., and The Patricia Brower Trust's Answer to Plaintiff MUFG Union Bank, N.A.'s Amended Complaint for Declaratory Relief and Injunctive Relief Filed by American Commercial Properties, Inc., Patricia Brower, Patricia Brower Trust. (Attachments: # 1 Certificate of Service) (Green, Tracy) (Entered: 10/20/2017) |



THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

Case: 17-05044 Doc# 165 Filed: 10/07/20 Entered: 10/07/20 12:38:51 Page 3 of 12

| | | |
|---|---|---|
| 49 | 11/08/2017 | Amended Answer (RE: related document(s) 41 Answer to Complaint). Filed by Defendant Robert Brower Sr. (Stubbe, Ryan) (Entered: 11/08/2017) |
| 106 | 05/07/2019 | PDF with attached Audio File. Court Date & Time [ 5/6/2019 10:02:41 AM ]. File Size [ 2096 KB ]. Run Time [00:08:44 ]. (admin). (Entered: 05/07/2019) |
| 108 | 07/29/2019 | Motion for Summary Judgment Plaintiff MUFG Union Bank N.A.'s Notice of Motion and Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment and Memorandum of Points and Authorities in Support Thereof Filed by Plaintiff MUFG Union Bank, N.A.. (Attachments: # 1 Declaration of Isaiah Z. Weedn) (Weedn, Isaiah)DEFECTIVE ENTRY: Incorrect event code selected and incorrect PDF attached. Modified on 7/30/2019 (pw). (Entered: 07/29/2019) |
| 109 | 07/29/2019 | Exhibit Index of Compiled Exhibits in Support of Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (RE: related document(s)108 Motion for Summary Judgment/Adjudication). Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Index of Exhibits Part 2 # 2 Index of Exhibits Part 3 # 3 Index of Exhibits Part 4 # 4 Index of Exhibits Part 5 # 5 Index of Exhibits Part 6 # 6 Index of Exhibits Part 7 # 7 Index of Exhibits Part 8 # 8 Index of Exhibits Part 9 # 9 Index of Exhibits Part 10 # 10 Index of Exhibits Part 11 # 11 Index of Exhibits Part 12 # 12 Index of Exhibits Part 13 # 13 Index of Exhibits Part 14 # 14 Index of Exhibits Part 15 # 15 Index of Exhibits Part 16 # 16 Index of Exhibits Part 17 # 17 Index of Exhibits Part 18 # 18 Index of Exhibits Part 19 # 19 Index of Exhibits Part 20) (Weedn, Isaiah) (Entered: 07/29/2019) |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| 110 | 07/29/2019 | Notice of Hearing on Plaintiff MUFG Union Bank, N.A.'s Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (RE: related document(s)108 Motion for Summary Judgment/Adjudication filed by Plaintiff MUFG Union Bank, N.A.). Hearing scheduled for 8/26/2019 at 11:00 AM at San Jose Courtroom 3020 - Hammond. Filed by Plaintiff MUFG Union Bank, N.A.. (Weedn, Isaiah) (Entered: 07/29/2019) |
| 112 | 07/29/2019 | Motion for Summary Judgment Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust. (Balch, David) (Entered: 07/29/2019) |
| 113 | 07/29/2019 | Motion for Summary Judgment Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust. (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # 3 Declaration # 4 Declaration # 5 Declaration # 6 Declaration # 7 Declaration # 8 Declaration # 9 Certificate of Service) (Balch, David) (Entered: 07/29/2019) |
| 114 | 07/29/2019 | Notice of Hearing (RE: related document(s)108 Motion for Summary Judgment/Adjudication filed by Plaintiff MUFG Union Bank, N.A., 112 Motion for Summary Judgment/Adjudication filed by Defendant Coastal Cypress Corporation, Defendant Wilfred "Butch" Lindley, Defendant Patricia Brower, Defendant American Commercial Properties, Inc., Defendant Anthony Nobles, Defendant Richard Babcock, Defendant Patricia Brower Trust, Defendant Coastal |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| | | Cypress Corporation, 113 Motion for Summary Judgment/Adjudication filed by Defendant Coastal Cypress Corporation, Defendant Wilfred "Butch" Lindley, Defendant Patricia Brower, Defendant American Commercial Properties, Inc., Defendant Anthony Nobles, Defendant Richard Babcock, Defendant Patricia Brower Trust, Defendant Coastal Cypress Corporation). Hearing scheduled for 8/26/2019 at 11:00 AM at San Jose Courtroom 3020 - Hammond. Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust. (Balch, David) (Entered: 07/29/2019) |
| 115 | 08/12/2019 | Opposition Brief/Memorandum in Opposition to Plaintiff MUFG Union Bank, N.A.'s Opposition to Defendants' Motion for Summary Judgment (RE: related document(s)113 Motion for Summary Judgment/Adjudication). Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Declaration # 2 Evidentiary Objections # 3 Certificate of Service) (Weedn, Isaiah) (Entered: 08/12/2019) |
| 116 | 08/12/2019 | Brief/Memorandum in Opposition to Union Bank's Motion for Summary Judgment (RE: related document(s)108 Motion for Summary Judgment/Adjudication). Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Robert Brower Sr., Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust (Attachments: # 1 Declaration Robert Brower, Vol. I # 2 Declaration Robert Brower Vol II # 3 Declaration Butch Lindley # 4 Declaration |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| | | David Balch # 5 Certificate of Service) (Balch, David) DEFECTIVE ENTRY: PDF is illegible on page(s) #125, #126 and #151. Modified on 8/13/2019 (lm). (Entered: 08/12/2019) |
| 117 | 08/21/2019 | Reply Plaintiff MUFG Union Bank, N.A.'s Reply in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (RE: related document(s)108 Motion for Summary Judgment/Adjudication). Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Evidentiary Objections # 2 Certificate of Service) (Weedn, Isaiah) (Entered: 08/21/2019) |
| 118 | 08/21/2019 | Memorandum of Points and Authorities in Support of (RE: related document(s)113 Motion for Summary Judgment/Adjudication). Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust (Attachments: # 1 Opposition to Objections # 2 Certificate of Service) (Balch, David) (Entered: 08/21/2019) |
| 119 | 09/09/2019 | PDF with attached Audio File. Court Date & Time [9/9/2019 2:04:19 PM]. File Size [17532 KB]. Run Time [01:13:03]. (admin). (Entered: 09/09/2019) |
| 120 | 10/18/2019 | Declaration of Cathleen M. Giovannini in Further Opposition of Motion for Summary Judgment Filed by MUFG Union Bank, N.A.. Filed by Defendant Coastal Cypress Corporation (Attachments: # 1 Exhibit # 2 Certificate of Service) (Balch, David). Related document(s) 108 Motion for Summary Judgment Plaintiff MUFG Union Bank N.A.'s Notice of Motion and Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment and Memorandum of |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| | | Points and Authorities in Support Thereof filed by Plaintiff MUFG Union Bank, N.A.. CORRECTIVE ENTRY: Clerk added linkage to document #108. DEFECTIVE ENTRY: PDF reflects incorrect division on page #3. Modified on 10/18/2019 (lb). (Entered: 10/18/2019) |
| 121 | 11/12/2019 | Declaration of Cathleen M. Giovannini in in Further Opposition of Motion for Summary Judgment Filed by MUFG Union Bank, N.A.. Filed by Defendant Robert Brower Sr. (Balch, David) (Entered: 11/12/2019) |
| 123 | 11/20/2019 | Memorandum Decision On Motions For Summary Judgement (RE: related document(s)108 Motion for Summary Judgment/Adjudication filed by Plaintiff MUFG Union Bank, N.A., 113 Motion for Summary Judgment/Adjudication filed by Defendant Coastal Cypress Corporation, Defendant Wilfred "Butch" Lindley, Defendant Patricia Brower, Defendant American Commercial Properties, Inc., Defendant Anthony Nobles, Defendant Richard Babcock, Defendant Patricia Brower Trust, Defendant Coastal Cypress Corporation). (acr) (Entered: 11/20/2019) |
| 124 | 11/20/2019 | Order Granting in part And Denying in part MUFG Union Bank's N.A.'s Motion for Summary Judgment (Related Doc # 108) (acr) (Entered: 11/20/2019) |
| 125 | 11/20/2019 | Order Granting in part And Denying in part Defendants' Motion for Summary Judgment (Related Doc # 113) (acr) (Entered: 11/20/2019) |
| 126 | 12/04/2019 | Notice of Appeal and Statement of Election, Fee Amount $298. (RE: related document(s)124 Order on Motion for Summary Judgment/Adjudication). Appellant Designation due by 12/18/2019. Transmission to District Court due by 01/3/2020. |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| | | (Attachments: # 1 Certificate of Service) Filed by Defendants American Commercial Properties, Inc., Richard Babcock, Patricia Brower, Robert Brower Sr., Coastal Cypress Corporation, Coastal Cypress Corporation, Wilfred "Butch" Lindley, Anthony Nobles, Patricia Brower Trust (Balch, David) (Entered: 12/04/2019) |
| 129 | 12/18/2019 | PDF with attached Audio File. Court Date & Time [ 12/18/2019 10:03:21 AM ]. File Size [ 10763 KB ]. Run Time [ 00:22:25 ]. (admin). (Entered: 12/18/2019) |
| 145 | 08/12/2020 | Pre-Trial Statement . Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service) (Weedn, Isaiah) (Entered: 08/12/2020) |
| 146 | 08/13/2020 | Trial Brief . Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Certificate of Service) (Weedn, Isaiah) (Entered: 08/13/2020) |
| 147 | 08/17/2020 | Emergency Motion to Continue Hearing On September 2, 2020 Trial Filed by Defendant Robert Brower Sr.. (Attachments: # 1 Proposed Order-FRBP 4001 [Proposed] Order Re Defendants' Emergency Motion to Continue) (Balch, David) (Entered: 08/17/2020) |
| 149 | 08/18/2020 | Brief/Memorandum in Opposition to Emergency Motion for Continuance. Filed by Plaintiff MUFG Union Bank, N.A. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Weedn, Isaiah). Related document(s) 147 Emergency Motion to Continue Hearing On September 2, 2020 Trial filed by Defendant Robert Brower. CORRECTIVE ENTRY: Clerk added linkage to document #147. Modified on 8/19/2020 (tp). (Entered: 08/18/2020) |

| | | |
|---|---|---|
| 150 | 08/18/2020 | Trial Brief Filed by Defendant Robert Brower Sr. (Balch, David) (Entered: 08/18/2020) |
| 151 | 08/18/2020 | Reply to MUFG Union Bank, N.A.'s Opposition to Emergency Motion for Continuance Filed by Defendant Robert Brower Sr. (Balch, David). Related document(s) 149 Opposition Brief/Memorandum filed by Plaintiff MUFG Union Bank, N.A.. CORRECTIVE ENTRY: Clerk added linkage to document #149. Modified on 8/19/2020 (tp). (Entered: 08/18/2020) |
| 152 | 08/19/2020 | Order Denying Defendant's Emergency Motion For Continuance (Related Doc # 147) (acr) (Entered: 08/19/2020) |
| 153 | 08/26/2020 | Trial Brief. Filed by Defendant Anthony Nobles (Samini, Babak). DEFECTIVE ENTRY: Additional event code(s) not selected. Modified on 8/27/2020 (klr). (Entered: 08/26/2020) |
| 154 | 08/27/2020 | Pre-Trial Statement. Filed by Defendants Patricia Brower, Anthony Nobles (Samini, Babak) Modified on 8/28/2020 DEFECTIVE ENTRY: Additional event code(s) not selected. (dts). (Entered: 08/27/2020) |
| 155 | 08/28/2020 | Exhibit Defendant's Exhibit List. Filed by Defendant Robert Brower Sr. (Attachments: # 1 Exhibit D_Brower_Exhibit A # 2 Exhibit D_Brower_Exhibit B # 3 Exhibit D_Brower_Exhibit C # 4 Exhibit D_Brower_Exhibit D) (Balch, David) (Entered: 08/28/2020) |
| 156 | 08/28/2020 | The Audio File attached to the PDF includes several hearings. Court Date & Time [ 8/19/2020 10:30:00 AM ]. File Size [ 46712 KB ]. Run Time [ 00:48:40 ]. (admin). (Entered: 08/28/2020) |
| 157 | 09/03/2020 | PDF with attached Audio File. Court Date & |

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

| | | |
|---|---|---|
| | | Time [ 9/2/2020 9:00:00 AM ]. File Size [ 66460 KB ]. Run Time [01:09:14 ]. (admin). (Entered: 09/03/2020) |
| 158 | 09/09/2020 | Order After Trial (RE: related document(s)143 Amended Order, Scheduling Order). (acr) (Entered: 09/09/2020) |
| 159 | 09/09/2020 | Judgment (RE: related document(s)3 Amended Complaint filed by Plaintiff MUFG Union Bank, N.A.). Case Management Action due after 9/23/2020. (acr) (Entered: 09/09/2020) |
| 160 | 09/22/2020 | Notice of Appeal and Statement of Election , Fee Amount $298. (RE: related document(s)158 Order, 159 Judgment on Complaint). Appellant Designation due by 10/8/2020. Transmission of Record to District Court due by 10/22/2020. Statement of Issues due by 10/8/2020. Filed by Defendant Anthony Nobles (Samini, Babak) (Entered: 09/22/2020) |

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in finding that with regard to Plaintiff's First Claim, the 50,000 Coastal Shares of Appellant are void for lack of consideration, pursuant to California Corporations Code § 409.

Dated: October 7, 2020

Bobby Samini
Attorney for Appellant,
Anthony Nobles



Case: 17-05044 Doc# 165 Filed: 10/07/20 Entered: 10/07/20 12:38:51 Page 11 of 12

THE SAMINI FIRM APC
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626

**CERTIFICATE OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 650 Town Center Drive, Suite 1700, Costa Mesa, California 92626. On this date, I served the foregoing documents described as **APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT**, on the interested party(ies) listed below in this action as follows:

| | |
|---|---|
| Isaiah Z. Weedn<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626<br>iweedn@sheppardmullin.com | Ryan A. Stubbe<br>JAURIGUE LAW GROUP<br>300 W. Glenoaks Boulevard, #300<br>Glendale, CA 91202<br>ryan@lglawyers.com |
| David W. Balch<br>Stephan A. Barber<br>JRG ATTORNEYS AT LAW<br>318 Cayuga Street<br>Salinas, CA 93901<br>steve@jrgattorneys.com | |

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 7, 2020, at Costa Mesa, California.



Bobby Samini