Form NFPA

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Robert S. Brower, Sr.<br>Debtor(s)<br>MUFG Union Bank, N.A. Plaintiff(s)<br>vs.<br>Robert Brower Sr. et al. Defendant(s) | Bankruptcy Case No.: 15−50801 MEH<br>Chapter: 11<br><br>Adversary Proceeding No. 17−05044 MEH |

## NOTICE OF FAILURE TO PERFECT APPEAL

According to Court records **Anthony Nobles**, an Appellant or Cross−Appellant in the above−captioned bankruptcy case has not filed the following documents in accordance with Federal Rule of Bankruptcy Procedure 8009(a) and (b):

- ☐ Designation of Items for the appeal record
- ☐ Statement of Issues on appeal
- ☒ Transcript Request Order or a Certification no transcript(s) will be ordered
- ☒ Other: A separate transcript request order needed for 5 audio files indicated in designation of record.

If within seven (7) days of the date stated below the Appellant or Cross−Appellant noted above does not file the document(s) indicated above, in accordance with Bankruptcy Local Rule 8009−1(b), *a Notice of Unperfected Appeal* will be sent to the District Court, and the presiding bankruptcy judge may recommend dismissal of the appeal.

Edward J. Emmons, Clerk
United States Bankruptcy Court

Date: 2/11/21

By: Tom Prorok
Deputy Clerk