John van Loben Sels (Bar. No. 201354)
FISH IP LAW, LLP
2603 Main Street, Suite 1000
Irvine, CA 92614-4271
Telephone: (949) 943-8300
Facsimile:  (949) 943-8358
Email:  jvanlobensels@fishiplaw.com

*Attorneys for Defendants,*
ANTHONY NOBLES and
RICHARD BABCOCK

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>Debtor.<br>―――――――――――<br>MUFG UNION BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWER, SR., an individual, PATRICIA BROWER, an individual, COASTAL CYPRESS CORPORATION, a California corporation, COASTAL CYPRESS CORPORATION, a Delaware corporation, AMERICAN COMMERCIAL PROPERTIES, INC., a Nevada corporation, ANTHONY NOBLES, an individual, WILFRED "BUTCH" LINDLEY, an individual, RICHARD BABCOCK, an individual, PATRICIA BROWER TRUST, and DOES 1-50,<br><br>Defendants. | Bankruptcy Case No.: 15-50801<br><br>Chapter 11<br><br>Adversary No.: 17-05044-MEH<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS ANTHONY NOBLES AND RICHARD BABCOCK** |

| | |
|---|---|
| 1 | **TO THE CLERK OF THIS COURT AND ALL PARTIES OF** |
| 2 | **RECORD:** |

PLEASE TAKE NOTICE that John van Loben Sels of Fish IP Law, LLP, hereby enters an appearance as counsel for Defendants Anthony Nobles and Richard Babcock in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

> John van Loben Sels (Bar. No. 201354)
> FISH IP LAW, LLP
> 2603 Main Street, Suite 1000
> Irvine, CA 92614-4271
> Telephone: (949) 943-8300
> Facsimile: (949) 943-8358
> Email: jvanlobensels@fishiplaw.com

Dated: October 28, 2021           **FISH IP LAW, LLP**

By: */s/John van Loben Sels*
John van Loben Sels, Esq.
*Attorneys for Defendants*,
ANTHONY NOBLES and
RICHARD BABCOCK